# EXHIBIT A

March 11, 2026

# FY 2026 HRSA General Terms and Conditions

**These terms and conditions apply to all discretionary awards with funds and award modifications with funds made on or after March 11, 2026.**

Compliance with Court Orders: Any term or condition in this Notice of Award (NOA), including those incorporated by reference, that HHS is enjoined by court order from imposing or enforcing shall not apply or be enforced as to any recipient or subrecipient to which that court order applies and while that court order is in effect.

## 1.    Administrative Requirements

You must comply with the laws, policies, and terms and conditions included in your Notice of Award (NOA).

This includes:

- Requirements of the authorizing statutes and implementing regulations for the programs under which your award is funded.
- Appropriations acts provisions.
- Terms and conditions included in the HHS Grants Policy Statement (HHS GPS), which HHS revised with an effective date of October 01, 2025.This includes the requirements of applicable HHS regulations and the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards codified at 2 CFR 200 and any successor regulations, policies and requirements.
    - The HHS GPS applies to monetary actions only, including non-competing continuation awards and award modifications that add funding made on or after October 01, 2025. This includes supplements to awards, competing and non-competing continuations. The GPS applies to all HRSA discretionary awards and the requirements flow down to subrecipients.
    - Until a monetary action is processed, the July 24, 2025 GPS applies to your award.
- The HHS Administrative and National Policy Requirements (Appendix D, revised to ensure consistency with all administration policies.
- Requirements included in the Notice of Funding Opportunity (NOFO); and
- Policies specific to the award.

**Applicable Regulatory Provisions**. This award is subject to any applicable provisions of 2 CFR 200 and 2 CFR 300.

In case of conflicting or inconsistent requirements, follow the order of precedence indicated in the HHS Administrative and National Policy Requirements. This document provides statutory, regulatory, and executive requirements that apply to HHS awards.

We may list exceptions to individual requirements stated above in the NOA.

Use of the terms "federal award," "award," and "grant" refers collectively and separately to federal assistance awards, grants, and cooperative agreements, unless otherwise indicated.

Per 2 CFR 25, SAM.gov and Unique Entity Identifier (UEI) registration are required throughout the lifecycle of all HRSA awards.

March 11, 2026

**a.    Termination**

This award is subject to the termination provisions at 2 CFR 200.340. Pursuant to 2 CFR 200.340, the recipient agrees by accepting this award that continued funding for the award is contingent upon the availability of appropriated funds, recipient satisfactory performance, compliance with the Terms and Conditions of the award, and to the extent authorized by law, a decision by the agency that the award continues to effectuate program goals or agency priorities.

**b.    Appeals**

HRSA affords appeal rights for remedies for non-compliance, including terminations for compliance reasons. See 2 CFR 200.342 for opportunities to object, hearings, and appeals.

**c.    Subrecipients and Recipients (Pass-Through Entities) Responsibilities**

The recipient is the entity that receives a federal award directly from HRSA.

The recipient can give a portion of the direct award to other organizations, called subrecipients, to accomplish the goals and objectives of the award.

In this case, the recipient becomes a pass-through entity and the subrecipient's award is called a subaward.

As a recipient, you must ensure the applicable general terms and conditions stated in this document flow down to subrecipients. See the HHS Administrative and National Policy Requirements.

**d.    Prior Approval**

You must get prior approval for certain items, as stated in 2 CFR 200.308 and 2 CFR 200.407. Examples of items requiring prior approval include:

- Significant rebudgeting of project costs. Significant budget changes require prior approval when:
    - The award exceeds the simplified acquisition threshold (currently $350,000), and
    - The cumulative amount of the transfer exceeds 25 percent of the total budget, including cost share, of the most recent approved award (budget period).
        - Due to programmatic need, HRSA is using the 25 percent threshold for prior approval, instead of the 10 percent threshold cited in the HHS GPS Section 3.1.2.2 (Significant Budget Changes)
- Change of scope. A change in scope can occur when a recipient makes a budget change that cause a project to change substantially.
    - If you are not sure your budget change is beyond the scope, contact your Grants Management Specialist (GMS).
- Rebudgeting funding into a direct cost category not previously requested.

We do not automatically authorize prior approvals under 2 CFR 200.308(g) or 2 CFR 200.308(h):

- We do not waive cost-related or administrative prior approvals unless specifically stated in your NOA. You must submit these as a Prior Approval action via HRSA Electronic Handbooks (EHBs) or GrantSolutions (when HRSA transitions to GrantSolutions).
- Only responses to prior approval requests signed by the Grants Management Officer (GMO) are valid.

2

March 11, 2026

If you act based on responses from other officials, you do so at your own risk. We do not consider these responses binding.

**f.        Funding Restrictions**

See your NOA and the HHS Administrative and National Policy Requirements for funding restrictions such as:

- Salary Cap (also see Salary Rate Limitation)
- Gun control
- Anti-lobbying
- Restrictions on abortion
- Ban on funding embryo research
- Limitation on use of funds for promotion of legalization of controlled substances
- Restriction of pornography on computer networks
- Restriction on the purchase of sterile needles
- Prohibition on certain telecommunications and video surveillance services or equipment.

**g.        Roles and Responsibilities**.

To see the roles and responsibilities of the GMS and the Program Official (PO) for your award, visit Manage Your Grant - Administrative Management.

**i.        Antidiscrimination Laws and Requirements Compliance Certification**

By applying for or accepting federal funds from HHS, recipients certify compliance with all federal antidiscrimination laws and these requirements and that complying with those laws is a material condition of receiving federal funding streams. Recipients are responsible for ensuring subrecipients, contractors, and partners also comply.

## 2.        Policy Requirements

The HHS Administrative and National Policy Requirements provide a list of requirements applicable to HHS awards.

**a.        Conflict of Interest**

See the HRSA Federal Financial Assistance Conflict of Interest Policy (COI Policy)

## 3.        Financial Requirements

**a.        Salary rate limitation (SRL)**

See the Salary Cap Summary Table for the latest salary rate limitation.

The HHS salary rate limitation applies to both direct and indirect costs for all applicable HHS awards.

**b.        Payments**

Grant funds must be drawn and Federal Financial Reports (FFR) filed using the HHS Payment Management System (PMS).

The Division of Payment Management, Financial Management Services, Program Support Center, manages PMS and has instructions for obtaining payments.

3

March 11, 2026

Submit direct inquiries about payments:
ONE-DHHS Help Desk for PMS Support at 1-877-614-5533 or PMSSupport@psc.hhs.gov.

If you do not have access, complete a PMS Access Form (PMS/FFR Form). If you have any questions about accessing PMS, contact the PMS Liaison Accountant.

**c**.      **Program income**

Per 2 CFR 200.307, HRSA awards use the additive method for program income earned from your award.

Program income requirements for for-profit recipients are governed by 2 CFR 300.318.

## 4.      Reporting Requirements

Review your NOA, HHS Administrative and National Policy Requirements, and HRSA Manage Your Grant for required reports and method of submission.

**a.      General Reports may include:**
- Federal Financial Reports (FFR)
- Noncompeting Continuation (NCC) Progress Reports
- Tangible Personal Property Report (SF-428) for Equipment and Supplies
- Real Property Report (SF-429)
- Subaward Reporting under the Federal Funding Accountability and Transparency Act (FFATA) reporting at SAM.gov.
- Recipient integrity and performance

**b.      Audit Reports**

- If your organization is a nonprofit organization and is required to have audits in accordance with 2 CFR 200, Subpart F (See 2 CFR 200.501) because it spends $1,000,000 or more in federal funds in one fiscal year, submit the audit reports to the Federal Audit Clearinghouse.
- For-profit organizations required to have audits should submit the audit reports directly to HRSA.

**c.      Reporting Fraud, Waste, Abuse, and Mismanagement**

- The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800- HHS-TIPS [1-800-447-8477]; TTY: 1-800-377-4950) and website for receiving information concerning fraud, waste, abuse, and mismanagement under HHS programs.

    Additionally, information may be submitted by mail to:

        Office of the Inspector General
        Department of Health and Human Services
        Attn: HOTLINE
        330 Independence Ave., SW
        Washington DC 20201

4

March 11, 2026

- Such reports are treated as sensitive material. You can decline to give your name if you choose to remain anonymous.

## 5.    Alignment with HRSA funding priorities

### a.    General Alignment with HRSA Mission and Strategic Priorities

As a condition of this award, you must ensure that all activities funded under this award are implemented in a manner consistent with HRSA's mission and strategic priorities as authorized by law.

Funded activities must advance HRSA's mission of protecting and improving the health and well-being of Americans. The particular focus is on those who are underserved, medically vulnerable, or live in areas with limited access to care. HRSA's duty is to serve wisely, effectively, and with measurable results that justify every taxpayer dollar invested.

Consistent with HRSA's priorities, in carrying out any funded project, the recipient must adhere to the following principles, where they are consistent with the authority and scope of the award and its activities:

- **Gold Standard Science:** Design and deliver services using gold standard evidence-based and evidence-informed approaches, establish measurable performance goals, and use data to monitor outcomes and drive continuous improvement.
- **Program Integrity and Fiscal Stewardship:** Administer all funds in accordance with applicable federal statutes, regulations, and award conditions. You must maintain strong internal controls to prevent waste, fraud, abuse, and mismanagement of taxpayer dollars.
- **Partnership and Local Leadership:** Coordinate with state, tribal, territorial, local, and community partners to ensure services are tailored to community-identified needs while respecting local decision-making authority.

### b.    Alignment with Administration Objectives

Recipients must manage any awarded project in accordance with the following objectives in programs authorized to advance them:

**Make America Healthy Again (MAHA):** HRSA prioritizes the health and well-being of all Americans by supporting common-sense, evidence-based health policies that promote:
- Personal responsibility.
- Strong families and communities.
- Proper nutrition.
- The prevention and management of chronic disease, while ensuring access to high-quality, affordable physical and mental health care.

**Child protections, biological integrity, parental rights, and lawful use of funds:** HRSA prioritizes safeguarding children's health and safety by:
- Not supporting medical interventions for gender dysphoria in minors that lack a strong evidence base.
- Applying sex-based definitions grounded in biological reality.
- Supporting parental authority, transparency, and choice in education, including school-based health centers that respect parental rights and religious upbringing.
- Ensuring taxpayer funds are not used to promote or support elective abortions, consistent with federal law and the Hyde Amendment.

5

March 11, 2026

**Advancing evidence-based, merit-driven, and ethically grounded health care**: HRSA will prioritize unbiased, transparent science; merit-based workforce opportunities; and programs that demonstrate measurable outcomes, while deprioritizing organizations with:

- Conflicts of interest.
- Ineffective "harm reduction" models.
- Housing-first approaches lacking accountability.
- Activities that facilitate illegal drug use or unsafe medical practices.

**Promoting public safety, lawful use of federal funds, and national health priorities:** To the extent permitted by law, HRSA will align funding with administration priorities by:

- Supporting ending the HIV epidemic through authorized, evidence-based care.
- Reserving benefits for eligible individuals.
- Discouraging illegal immigration and unsafe community practices.
- Prioritizing recipients that enforce public safety, address serious mental illness and substance use through treatment and recovery, and reduce homelessness responsibly.

**c.      Enforcement Standards**

To the extent permitted by law, HRSA gives priority to states and municipalities for programs to:

- Enforce prohibitions on open illicit drug use.
- Enforce prohibitions on urban camping and loitering.
- Enforce prohibitions on urban squatting.
- Enforce, and where necessary, adopt, standards that address individuals who are a danger to themselves or others and suffer from serious mental illness or substance use disorder, or who are living on the streets and cannot care for themselves. The approach must be through assisted outpatient treatment or by moving them into treatment centers or other appropriate facilities through civil commitment or other available means, to the maximum extent permitted by law.

**d.      Compliance, Monitoring, and Termination**

HRSA will implement these priorities consistent with applicable laws, regulations, court orders, and any required procedures.

- **Ongoing Compliance:** You must demonstrate continuous alignment with these priorities through program design, implementation, reporting, and evaluation throughout the period of performance.
- **Corrective Action:** Failure to meaningfully align funded activities with these requirements may result in the imposition of specific award conditions, additional reporting requirements, or corrective action plans.
- **Termination:** In accordance with 2 CFR § 200.340(a)(4), HRSA may terminate this award in whole or in part, to the extent permitted by law, if it determines that the award no longer effectuates the program goals or agency priorities outlined in these terms.