**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-12638-WGY |

**CERTIFICATION OF RYAN P. TRUMBAUER**

Pursuant to Local Rule 83.5.3(e)(3), and in support of my application for admission *pro hac vice* in this matter, I, Ryan P. Trumbauer, hereby certify that:

1. I am an Attorney at Herbert Smith Freehills Kramer (US) LLP and I represent the plaintiffs in the above captioned action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of New York and District of Columbia.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2026

*/s/ Ryan P. Trumbauer*
Ryan P. Trumbauer
HERBERT SMITH FREEHILLS KRAMER (US) LLP
2000 K Street NW 4th Floor
Washington, DC, 20006
Telephone: (202) 471-3049
Ryan.Trumbauer@hsfkramer.com

**Address for mailing purposes only.*