**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE; et al., *Plaintiffs*, v. HEALTH RESOURCES AND SERVICES ADMINISTRATION; et al., *Defendants*. | Case No. 1:26-cv-12638-WGY |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT</u>**

Pursuant to Local Rule 7.1, Plaintiffs respectfully request that the Court grant leave for Plaintiffs to file a memorandum of law in support of their Motion for Preliminary Relief Under 5 U.S.C. § 705 and a Preliminary Injunction exceeding the 20-page limit set by Local Rule 7.1(b)(4). Specifically, Plaintiffs request that the Court enlarge the page limit from 20 pages to 40 pages. Given the time-sensitive posture of this matter, Plaintiffs have filed the memorandum contemporaneously with this motion.  As support for this motion, Plaintiffs state:

1.	On March 11, 2026, Defendant Health Resources and Services Administration ("HRSA") issued new General Terms and Conditions (the "Updated FY2026 Terms") that purport to apply to all discretionary funding awards issued by the agency after March 11, 2026.

2.	On June 5 and 8, 2026, Defendant HRSA issued Notices of Funding Opportunity ("NOFOs") pertaining to Part B Supplemental, Part C, and Part F of the Ryan White HIV/AIDS Program ("Ryan White Program").

3.	Both the Updated FY2026 Terms and the NOFOs include provisions restricting Plaintiffs, who are Ryan White Program funding recipients, from acknowledging and respecting

1

the identities of their transgender patients participating in the Ryan White Program and from using Ryan White funds to provide gender-affirming medical care to transgender patients living with HIV (the "Challenged Conditions"). *See* Complaint ¶¶ 164-87, Dkt. 1.

4.    On June 10, 2026, Plaintiffs filed suit against Defendants, alleging that the Challenged Conditions: (i) are arbitrary and capricious, 5 U.S.C. § 706(2)(A); (ii) are not in accordance with law, 5 U.S.C. § 706(2)(A); (iii) exceed Defendants' statutory authority, 5 U.S.C. § 706(2)(C); (iv) are contrary to constitutional rights, 5 U.S.C. § 706(2)(B); (v) violate the Affordable Care Act, 42 U.S.C. § 18116; and (vi) violate the First and Fifth Amendments to the U.S. Constitution.

5.    Good cause exists for plaintiffs' request.  Plaintiffs are seeking preliminary relief on an emergent basis. In addition, Plaintiffs have good cause for this request given the historical and factual detail necessary to properly frame the issues before the Court; the scope and national significance of the claims, which affect a vast array of federally funded healthcare providers and patients across the Nation; the significant number of distinct legal claims that must be briefed; and the highly compressed timeline that Plaintiffs have had to finalize the brief following Defendants' issuance of the NOFOs. *See*, *e.g.*, Electronic Order, *Am. Public Health Ass'n v. Nat'l Institutes of Health*, No. 1:25-cv-10787 (D. Mass. Apr. 14, 2026) (ECF No. 29) (granting leave to file memorandum in support of preliminary injunction motion that exceeds limitation by additional 20 pages); Electronic Order, *Commonwealth of Massachusetts v. Kennedy, Jr.*, No. 1:25-cv-10814 (D. Mass. Apr. 4, 2025) (ECF No. 14) (granting leave to file memorandum in support of preliminary injunction motion that exceeds limitation by additional 10 pages). Additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented.

6.      Granting Plaintiffs' request will not prejudice Defendants.  Plaintiffs do not oppose granting Defendants the same page limit for their brief in opposition to Plaintiffs' motion.

For these reasons, Plaintiffs respectfully request that this Court allow Plaintiffs to file a brief of 40 pages in support of their Motion for Preliminary Relief.

Dated: June 10, 2026

Respectfully submitted,

/s/ Omar Gonzalez-Pagan

Jeffrey S. Trachtman*
Jason M. Moff*
Stephen P. Ferguson*
Hannah Kanter*
**Herbert Smith Freehills Kramer (US) LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Jeffrey.Trachtman@hsfkramer.com
Jason.Moff@hsfkramer.com
Stephen.Ferguson@hsfkramer.com
Hannah.Kanter@hsfkramer.com

Ryan P. Trumbauer*
**Herbert Smith Freehills Kramer (US) LLP**
2000 K Street NW 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Ryan.Trumbauer@hsfkramer.com

* Motions for admission *pro hac vice* pending or forthcoming.

José I. Abrigo*
Omar Gonzalez-Pagan (BBO No. 678517)
Jessica Polansky*
Charlie Ferguson*
**Lambda Legal Defense**
**and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
jabrigo@lambdalegal.org
ogonzalez-pagan@lambdalegal.org
jpolansky@lambdalegal.org
cferguson@lambdalegal.org

Kenneth D. Upton, Jr.*
**Lambda Legal Defense**
**and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

Pelecanos*
**Lambda Legal Defense**
**and Education Fund, Inc.**
800 South Figueroa St., Suite 1260[†]
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org

[†] Mailing address only

## **Rule 7.1 Certificate of Compliance**

I certify that, on June 10, 2026, counsel for Plaintiffs provided notice of this motion, seeking to ascertain defendants' position as to the relief requested herein, to the following attorneys at the U.S. Department of Justice by electronic mail:

> Abraham George
> Chief, Civil Division
> U.S. Attorney's Office for the District of Massachusetts
> abraham.george@usdoj.gov
>
> Rayford Farquhar
> Chief, Defensive Litigation, Civil Division
> U.S. Attorney's Office for the District of Massachusetts
> rayford.farquhar@usdoj.gov

As of the time of filing, the aforementioned counsel at the U.S. Department of Justice acknowledged receipt of the request but were unable to provide defendants' position by June 10, 2026.

> */s/ Omar Gonzalez-Pagan*
> Omar Gonzalez-Pagan (BBO No. 678517)
> **Lambda Legal Defense**
> **and Education Fund, Inc.**
> 120 Wall Street, 19th Floor
> New York, New York 10005
> Telephone: 212-809-8585
> Facsimile: 855-535-2236
> ogonzalez-pagan@lambdalegal.org

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 10, 2026, counsel for Plaintiffs provided a copy of the forgoing

motion and any attachments thereto to the following attorneys at the U.S. Department of Justice

by electronic mail:

Abraham George
Chief, Civil Division
U.S. Attorney's Office for the District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

5