IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-12638-WGY <br><br> **ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF UNDER 5 U.S.C. § 705
AND PRELIMINARY INJUNCTION**

Pursuant to 5 U.S.C. § 705 and Federal Rule of Civil Procedure 65(a), and Local Rule 7.1, Plaintiffs hereby respectfully move for preliminary relief under 5 U.S.C. § 705 and a preliminary injunction prohibiting Defendants from implementing, enforcing, effectuating, or giving effect to certain agency policies, including those set forth in the FY 2026 HRSA General Terms and Conditions, issued on March 11, 2026, and in Notices of Funding Opportunity ("NOFOs") relating to the Ryan White HIV/AIDS Program, created under the Ryan White Comprehensive AIDS Resources Emergency Act, codified as amended at 42 U.S.C. §§ 300ff–11 to 300ff–140, which prohibit Ryan White funding recipients from acknowledging, affirming, and/or respecting the identities of transgender patients or from providing gender-affirming medical care under the Ryan White Program, and that incorporate or implement Executive Order 14168, "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

In support of this request for preliminary relief under 5 U.S.C. § 705 and a preliminary injunction, Plaintiffs rely on the memorandum of law, declarations, and other evidence filed in support of this motion. Plaintiffs respectfully request that the Court grant preliminary relief under

1

5 U.S.C. § 705 and enter a preliminary injunction in the form set forth in the proposed order attached to this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully suggest that oral argument may assist the Court in considering this motion for preliminary relief under 5 U.S.C. § 705 and a preliminary injunction.

Dated: June 10, 2026

Respectfully submitted,

 */s/ Omar Gonzalez-Pagan*

| | |
|---|---|
| Jeffrey S. Trachtman* | José I. Abrigo* |
| Jason M. Moff* | Omar Gonzalez-Pagan (BBO No. 678517) |
| Stephen P. Ferguson* | Jessica Polansky* |
| Hannah Kanter* | Charlie Ferguson* |
| **Herbert Smith Freehills Kramer (US) LLP** | **Lambda Legal Defense** |
| 1177 Avenue of the Americas | **and Education Fund, Inc.** |
| New York, New York 10036 | 120 Wall Street, 19th Floor |
| Telephone: 212-715-9100 | New York, New York 10005 |
| Jeffrey.Trachtman@hsfkramer.com | Telephone: 212-809-8585 |
| Jason.Moff@hsfkramer.com | Facsimile: 855-535-2236 |
| Stephen.Ferguson@hsfkramer.com | jabrigo@lambdalegal.org |
| Hannah.Kanter@hsfkramer.com | ogonzalez-pagan@lambdalegal.org |
| | jpolansky@lambdalegal.org |
| | cferguson@lambdalegal.org |
| Ryan P. Trumbauer* | |
| **Herbert Smith Freehills Kramer (US) LLP** | Kenneth D. Upton, Jr.* |
| 2000 K Street NW 4th Floor | **Lambda Legal Defense** |
| Washington, DC 20006 | **and Education Fund, Inc.** |
| Telephone: 202-775-4500 | 3656 North Halsted Street |
| Ryan.Trumbauer@hsfkramer.com | Chicago, Illinois 60613 |
| | Telephone: 312-663-4413 |
| | Facsimile: 855-535-2236 |
| * Motions for admission *pro hac vice* pending or forthcoming. | kupton@lambdalegal.org |

2

Pelecanos\*
**Lambda Legal Defense
and Education Fund, Inc.**
800 South Figueroa St., Suite 1260[†]
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org

[†] Mailing address only

*Attorneys for Plaintiffs*

3

**<u>Rule 7.1 Certificate of Compliance</u>**

I certify that, on June 10, 2026, counsel for Plaintiffs provided notice of this motion, seeking to ascertain defendants' position as to the relief requested herein, to the following attorneys at the U.S. Department of Justice by electronic mail:

> Abraham George
> Chief, Civil Division
> U.S. Attorney's Office for the District of Massachusetts
> abraham.george@usdoj.gov
>
> Rayford Farquhar
> Chief, Defensive Litigation, Civil Division
> U.S. Attorney's Office for the District of Massachusetts
> rayford.farquhar@usdoj.gov

As of the time of filing, the aforementioned counsel at the U.S. Department of Justice acknowledged receipt of the request but were unable to provide Defendants' position by June 10, 2026.

> */s/ Omar Gonzalez-Pagan*
> Omar Gonzalez-Pagan (BBO No. 678517)
> **Lambda Legal Defense**
> **and Education Fund, Inc.**
> 120 Wall Street, 19th Floor
> New York, New York 10005
> Telephone: 212-809-8585
> Facsimile: 855-535-2236
> ogonzalez-pagan@lambdalegal.org

4

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on June 10, 2026, counsel for Plaintiffs provided a copy of the forgoing motion and any attachments thereto to the following attorneys at the U.S. Department of Justice by electronic mail:

Abraham George
Chief, Civil Division
U.S. Attorney's Office for the District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

5