**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF HIV MEDICINE; HIV MEDICINE ASSOCIATION, a division of the INFECTIOUS DISEASES SOCIETY OF AMERICA; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; JENNIFER K. BRODY, MD; and CHRISTOPHER B. FOX, NP,

*Plaintiffs*,

v.

HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of the Health Resources and Services Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,

*Defendants*.

Case No.

**DECLARATION OF BRUCE J. PACKETT II, EXECUTIVE DIRECTOR OF THE AMERICAN ACADEMY OF HIV MEDICINE**

I, Bruce J. Packett II, hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am the Executive Director of The American Academy of HIV Medicine ("The Academy"), which is an organizational plaintiff in this case bringing claims on behalf of its members and the transgender patients of its members.

4. I first joined the Academy in 2005, as part of its policy staff, and then served as the Director of Educational Programming and Deputy Executive Director. Since 2019, I have served as the Academy's Executive Director. For the last 21 years, as part of the Academy's staff, I have been engaged in HIV advocacy on behalf of medical providers, including support to the Academy's member; clinical education and curriculum development relating to HIV care; nonprofit business management and development; board management; publication of the Academy's textbook, Fundamentals of HIV Medicine; and oversight and execution of government grants, donor relationships, and partnerships at the Academy.

5. I submit this declaration in support of Plaintiffs' Motion for Preliminary Relief under 5 U.S.C. § 705 and for a Preliminary Injunction, which seeks to prevent Defendants from giving effect to certain conditions relating to transgender people and gender-affirming medical care set forth in Ryan White HIV/AIDS Program ("Ryan White Program" or "RWHAP") Notices of Funding Opportunity issued or forecasted to be issued in 2026 and the 2026 Updated HRSA General Terms and Conditions, issued on March 11, 2026 (collectively, "Challenged Conditions").

6. In this declaration, I explain that HIV providers are under significant stress due to mass retirements, health disparities, and funding challenges amid already high rates of medical provider burnout. I then describe how the Ryan White Program is vital for Academy members' ability to provide comprehensive HIV care, including gender-affirming medical care, and that the effect of a gender-affirming medical care restriction under Ryan White will cause disruptions of operations and patients' HIV care and force Academy members to act against their ethical obligations as medical providers. I conclude by explaining that these problems together will result in future long-term public health crises.

## I. Background on the Academy

7. The Academy is a 501(c)(3) nonprofit membership organization and one of the nation's largest independent HIV provider organizations, supporting the HIV practitioners and promoting accessible, quality care for all Americans living with HIV disease.

8. The Academy's membership of HIV practitioners and credentialed providers, which together amount to over 5,000 HIV care providers, give direct care to the majority of HIV patients in the United States.

9. The Academy's mission is to ensure that healthcare professionals have the resources needed to provide prevention, treatment, and care for those with or at risk for HIV and related conditions to achieve optimal health. The Academy works to create an empowered, skilled, and robust healthcare workforce able to intervene at all levels of prevention, care, and treatment for those at risk for or living with HIV. Through a focus on overall wellness, we aim to see a reduction in HIV transmission, an increased quality of life for those living with HIV, and ultimately, an end to the HIV/AIDS epidemic.

10. The Academy was founded in 1999 when there was no specialization for HIV care and no sub-specialty for HIV medicine in medical schools. The Academy created HIV-focused professional certifications in 2001, which are the first and only credentials offered to physicians, nurse practitioners, physician assistants, and pharmacists specializing in advanced-level HIV care. HIV specialty recognition is important because it signals competency to patients, but more broadly, it prepares medical professionals to provide the highest quality of care. The complex nature of HIV care includes evolving clinical guidelines based on best available evidence, complex co-infections and co-morbidities, and a deep understanding of the social drivers of HIV and the cultural competencies that are needed to address the full picture of medical care.

11. The Academy leverages the unique perspective and powerful collective voice of HIV health care providers to address policy issues impacting HIV care practice, patients with and at risk for HIV, sexual health and HIV prevention, and care access and delivery. As an organization and through strategic partnerships, we advocate for Ending the Epidemic initiatives, with a clear emphasis on underserved populations, such as transgender people with HIV, geographic disparities, and elimination of structural and intersectional stigma around those with and at risk for HIV.

12. The Academy's educational and professional development programs help HIV care providers remain current with HIV's rapidly evolving treatment and prevention landscape. The Academy's programs and curricula expand beyond just HIV disease to include clinical issues of primary care and wellness, Hepatitis C ("HCV") and other common co-conditions, overall sexual health, mental health, substance use disorder, and common conditions of an aging population.

13. The Academy's credentialing programs promote standards of care as an independent verification of a provider's knowledge of HIV and HCV care, professional ethics, and overall sexual health competencies. It is nationally recognized for training and certifying medical professionals, known as HIV Specialists™, HIV Experts™, and HIV Pharmacists™, guaranteeing the healthcare professionals' ability to provide robust HIV care.

14. The Academy's credentialing program is so well respected that some Ryan White Planning Councils, the Ryan White-mandated groups that make recommendations regarding the allocation of funding under the Ryan White Program, request that providers be credentialed through the Academy. Similarly, certain specialty pharmacies also require their pharmacists to be Academy credentialed. Several states codify the Academy's credentialing under the state-recognized definition of HIV specialty care, including California, Maryland, and New York.

15. The Academy's training materials provide a complete overview of HIV care, including gender-affirming medical care for transgender patients. In support of this training, the Academy publishes a comprehensive and authoritative reference on the clinical care of HIV/AIDS. Created by over 50 expert clinicians, *Fundamentals of HIV Medicine* is a clinical textbook on HIV care, which includes the latest science, research, and guidelines for care. *Fundamentals of HIV Medicine* highlights the various needs of transgender patients with HIV, providing discussions on evaluations, health maintenance, health disparities, HIV care and prevention for special populations, and gender-affirming medical care.

16. Many of the Academy's members provide medical care to their HIV patients through the Ryan White Program, including through funding under all its parts, as well as any supplementary funding. For their transgender HIV patients, this often includes hormone therapy as treatment for their gender dysphoria (also known as "gender-affirming hormone therapy" or "gender-affirming medical care").

17. Recognizing how integral gender-affirming medical care is to ensure access and adherence to HIV care for transgender patients with HIV, the Academy issued a statement titled "The American Academy of HIV Medicine Statement on Transgender Care and Gender-Diverse Care," in September 2023. The Academy's statement observed, in part, as follows:

> [P]roviding health care for the whole person, including gender-affirming care, is an integral part of status-neutral care delivery and the federal Ending the HIV Epidemic initiative. We will not achieve the goal of ending the HIV epidemic without providing comprehensive medical care for transgender and gender-diverse (TGD) individuals. The Academy's mission is to ensure health care professionals have the resources needed to provide prevention, treatment, and care for those with or at risk for HIV and related conditions to achieve optimal health. In upholding our mission, we support gender-affirming care for TGD individuals, because barriers to comprehensive gender-affirming care exacerbate existing health inequities and prevent TGD individuals from accessing HIV prevention and treatment services that may be appropriate for them.

A copy of the Academy's statement is attached as **Exhibit A.**

18. In addition, the Academy has created a "Transgender Health Resource Center" within its website (https://aahivm.org/transgender-health-resource-center), where it provides resources to its members and other HIV care providers, including webinars regarding the care of transgender patients with HIV and links to practice guidelines relating to HIV care and gender-affirming medical care.

**II. Current Stress on HIV Providers**

19. Since its inception, the Academy has specifically focused on the needs of the HIV provider workforce.

20. With significant effort and sustained funding, the world of HIV care has dramatically transformed for the better. While HIV care was scaled up to handle the increased demand, over the last decade, the supply of HIV specialists waned as many early experts retired from the field. By 2018, nearly one-third of the Academy's providers were considering retirement. Then the COVID-19 pandemic hit. This put significant stress on every aspect of medical care, especially for the HIV providers who had to help their immunocompromised patients survive a new deadly disease. Today, many Academy members are overwhelmed trying to navigate growing health disparities and funding challenges. Burnout of healthcare providers remains a problem in the medical field, as rates remain worryingly high. Moreover, most medical professionals work for large organizations, which restrict their autonomy. Physician burnout worsens the quality of patient care, increases the risk of medical errors, and decreases patient satisfaction. It also leads to medical professionals leaving the workforce, increasing the workload for those who stay.

21. The number of HIV specialists in the United States is also steadily decreasing as the need for HIV care and prevention is expected to increase. In my experience, a significant number of current HIV clinicians plan to leave the field within the next five years. Reasons for

leaving included burnout, retirement, administrative burdens, and inadequate support. Academy members report increased funding and staffing as the top priorities needed to improve HIV services in the face of burnout and an approaching wave of retirements.

**III. Ryan White Funding and Gender-Affirming Medical Care**

22. When HIV providers say they are worried about funding, they are primarily worried about Ryan White funding. Approximately 37% of Academy members and credentialed providers rely in part on the Ryan White funding to provide HIV care. This funding is essential to support HIV care, as it more often than not involves caring for patients who are uninsured, underinsured, or marginalized. Indeed, as a whole, HIV-infected patients are appropriately classified as a medically underserved and vulnerable population. Even those members who do not receive Ryan White Program grants are increasingly concerned about Ryan White Program funding cuts negatively impacting other parts of the fragile health coverage system.

23. Academy members rely on each part of the Ryan White Program to provide care for their patients. For example, the Ryan White Program can pay for part or all of the salaries for doctors and nurses to provide gender-affirming medical care, for therapists who serve transgender patients, and for administrative staff support.

24. Because so much of HIV care in the United States, including that provided by Academy members, is affected and funded by the Ryan White Program, as executive director of the Academy, I am aware of the contours of the program and how it affects the Academy's members.

25. The Ryan White Program is a care model designed to provide comprehensive healthcare for people with HIV. The Ryan White Program has four main goals: 1) preventing new HIV infections, 2) improving health outcomes for people with HIV, 3) reducing health disparities

and health inequities for people with HIV, and 4) achieving integrated and coordinated efforts that address the HIV epidemic. Because Ryan White funding reaches so far and wide, it serves most people diagnosed with HIV in the United States. By addressing the full spectrum of needs for people living with HIV, Ryan White has been extraordinarily successful.

26. The Ryan White Program is broken up into different parts based on the type of grant recipient or the purpose of the grant. Part A formula grants are directed at local governments (cities and county governments), and Part B formula grants are directed at States and territories. HIV care providers and organizations receive Part A and Part B funding as passthrough funding from local, state, and territorial entities. Funding is provided to states and territories (Part B), cities and counties (Part A), and directly to providers, community-based organizations (CBOs), and other institutions (Parts C, D, and F) in the form of grants. Funding recipients under Parts A, B, and C must provide comprehensive primary health care to eligible HIV patients.

27. In recognition of the varying nature of the HIV epidemic, Ryan White funding recipients are typically given broad discretion to design key aspects of their programs, including service priorities.

28. Academy members rely on all parts of Ryan White funding to provide care for their HIV patients.

29. Gender-affirming medical care is primary healthcare—or in Ryan White terminology, "a core medical service"—and an essential part of HIV care. As the Academy's Chief Medical Officer noted in a recent Clinical Research Update from the Academy in reference to a study by Reisner, et al. published in March 2025[1], "Gender affirming hormone therapy can be

---

[1] Sari L. Reisner et al., *HIV Seropositivity and Viral Non-suppression in Transgender, Non-binary, and Gender-diverse People in Primary Care Receiving Gender-affirming Hormone Therapy in the USA Between 2013 and 2019 (LEGACY): An Observational, Longitudinal, Cohort Study*, 12 THE LANCET HIV e283 (2025).

effectively integrated within primary care settings, and results of this unique longitudinal study help affirm the role and necessity of gender-affirming hormone therapy (and low barrier access to such services) on key HIV outcomes, namely HIV seropositivity and viral non-suppression." Copies of the Academy's Clinical Research Update and the Reisner et al. study are attached hereto as **Exhibits B** and **C**.

30. Of the Academy members who rely on Ryan White program funding, 40% of them report providing gender-affirming medical care, although the actual number is likely even higher. Gender-affirming medical care is necessary for Academy members to effectively treat transgender people living with HIV. In fact, Academy members report that transgender patients receiving gender-affirming medical care from Ryan White providers have high rates of maintaining consistent HIV treatment.

31. The Academy knows that Ryan White funding is vital for patients' health. Without it, many Ryan White Program patients would have no access to HIV care because they are generally low-income, uninsured, or underinsured, making them reliant on the program as a payer of last resort for high-cost medicine and support services. The program serves as a critical safety net for the patients of the Academy's members that fills gaps in coverage not met by Medicaid, Medicare, or private insurance, particularly in states that have not expanded Medicaid.

32. Ryan White funding is particularly important for the transgender patients of Academy members and credentialed providers. These providers use Ryan White funds to facilitate both HIV care and gender-affirming medical care, which is crucial for retaining transgender patients in HIV care. Integration of gender-affirming medical care with HIV care improves viral suppression and retention in treatment by building trust and reducing the stigma that often deters transgender people from seeking medical treatment. Additionally, we know that many clinics

funded by Ryan White specialize in transgender health, which helps to overcome historic medical mistrust and discrimination that act as barriers to HIV care. Trust in a provider is one of the most vital components of successful HIV care. If Ryan White clinics and providers specializing in medical care for transgender patients are prohibited from acknowledging and respecting the identities of their transgender patients, as required by the HRSA terms, or lose their ability to provide gender-affirming medical care, transgender patients will lose trust in their providers, and providers will lose patients.

33. Other medical funding sources are unable to cover the loss caused by a restriction on providing gender-affirming medical care under Ryan White and the restriction on acknowledging and respecting transgender patients' identities. Medicaid coverage for gender-affirming medical care is restricted in many states, Medicare cannot, by its nature, cover all transgender patients, and most Ryan White patients do not have private insurance. Without the Ryan White Program, most transgender patients have nowhere else to go. Indeed, in rural settings and in some states, Academy members report that many patients have lost access to gender-affirming medical care through Medicaid, and in some cases, clinical care for gender-affirming medical care has stopped entirely. Based on survey research by the Emergency HIV Clinic Response Task Force, of which the Academy is a member, we know that already 18% of HIV medical professionals report disruptions in their ability to provide gender-affirming medical care. A copy of the Emergency HIV Clinic Response Task Force's report, titled *HIV Response in U.S. Experiencing Renewed Strain* and published in 2026, is attached hereto as **Exhibit D.**

**IV. The Impact of the Challenged Conditions on Academy Members and Their Patients**

34. The effects of a gender-affirming medical care restriction under Ryan White and the conditioning of funding on not acknowledging and respecting transgender patients' identities

would immediately impact patient care. Academy members would be forced to disrespect their patients and to stop providing essential medical care, that as the Academy's own statement acknowledges is often lifesaving, and I expect that patients would stop showing up.

35. This restriction will cause both immediate and long-term operational disruptions. Compliance with the Challenged Conditions would require clinics and providers to unnecessarily dismantle integrated models of care. This drain on resources would result in needless operational burdens, such as service reductions, hiring freezes, layoffs of support staff, delayed procurements, program closures, and general loss of income for medical practices.

36. A gender-affirming medical care restriction will also force Academy members to act against their ethical obligations as medical providers. Gender-affirming medical care is evidence-based care that can be medically necessary for transgender patients who experience gender dysphoria. And it is, in many cases, lifesaving. Compliance with the prohibition on the use of Ryan White funding for gender-affirming medical care makes providers unnecessarily deviate from standards of care and their own professional judgement. The restriction, as well as the conditioning of funding on not acknowledging and respecting transgender patients' identities, will result in Academy members and credentialed providers being compelled to make an impossible choice: protect either the Ryan White funding that enables them to care for all their HIV patients or fulfill their duty of care to their transgender patients with HIV and risk losing essential funding. These restrictions cause providers to feel disillusioned and stressed by their inability to provide the care that they are sworn to provide and want to provide. As a result, Academy members will lose their credibility as scientific and medical authorities, and the trust between patients and providers could be permanently eroded.

37. In the absence of public health leadership that is guided by evidence and our goal to end the HIV epidemic, it is falling on the Academy to monitor the strains on providers and patients so we can address the challenges in real time. To better understand the impact on providers today, the Academy and the Emergency HIV Clinical Response Task Force surveyed our members about the ongoing challenges they face in providing competent HIV care. The Academy's provider-members believe that restrictions, such as the upcoming Ryan White restriction on providing gender-affirming medical care, will cause massive operational changes, including workflow changes, service disruptions, staffing adjustments, hiring freezes, delayed procurements, staff layoffs, and program closures. They report that HIV clinical and supportive service disruptions have already affected one population more than any other, and that is their transgender patients with HIV. When asked about the most urgent needs to safeguard the continuity of HIV services, providers said they were particularly concerned about the funding landscape, with a specific emphasis on Ryan White funding. The restriction on the use of Ryan White funding for gender-affirming medical care, as well as the conditioning of funding on not acknowledging and respecting transgender patients' identities, would devastate a population that is already teetering on the line of falling out of care.

38. Academy members are already trying to alter how they secure and deliver resources to provide their transgender patients with HIV with the gender-affirming medical care that they need in response to these federal restrictions. And while many have begun seeking alternative funding streams to maintain their patients currently in care, no source of funding is sufficient to replace the funding provided by the Ryan White Program. Nor can any alternative source of funding cure the harms caused by the HRSA Terms' conditioning of funding on recipients not acknowledging and respecting transgender patients' identities.

39. Given the environment created by the current administration's actions relating to transgender people and gender-affirming medical care, some of the Academy's members are scared to talk about gender-affirming medical care and fear publicly disclosing the fact they offer this essential care to their transgender patients due to safety and security concerns, as well as concerns of retaliation, including loss of funding.

40. Academy members and credentialed providers have shared how incredibly concerned they are with the changing HIV prevention and care environment. Our members are experiencing compounding emotional fatigue from witnessing the harm their patients have endured because of this administration's misguided healthcare policies, alongside their own challenges in navigating a discriminatory environment. Many of these same providers experienced the early days of the epidemic, and they know how many lives will be unnecessarily lost without immediate action. Not long ago, we were close to ending the HIV epidemic in this country. Now, we appear to be moving backwards.

41. The unnecessary stress caused by the Challenged Conditions restricting the use of Ryan White funding will exacerbate the problems facing an already strained system and result in worse health outcomes for patients. In my opinion, current clinicians will leave the field or retire earlier, and the small pool of new medical professionals interested in HIV specialization will be discouraged from joining the field. The remaining providers will navigate their already challenging jobs with workforce shortages and accelerated burnout. The lack of providers will create a gap in care for all people living with HIV and increase the operational burden of clinics, causing the destabilization of the United States' HIV care.

42. The destabilization of HIV services will necessarily cause long-term public health crises in the future. Once patients fall out of care, community viral load and HIV transmissions

increase. Limiting these disruptions is vital to safeguarding lives and decades of progress in the United States' HIV response. If the Ryan White gender-affirming medical care restriction and the conditioning of funding on not acknowledging and respecting transgender patients' identities are allowed to go into effect and be incorporated into the Ryan White funding streams, the effects will be devastating and the fight against HIV will be lost for decades.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2026

Bruce J. Packett II
Executive Director, The Academy