# EXHIBIT B

# CLINICAL RESEARCH UPDATE

***by Carolyn Chu, MD, MSc, AAHIVS, AAHIVM Chief Medical Offi***

April 8, 2025

## FEATURED LITERATURE:

***Reisner SL, Pletta DR, Mayer KH, et al. HIV seropositivity and viral non-suppression in transgender, non-binary, c gender-affirming hormone therapy in the USA between 2013 and 2019 (LEGACY): an observational, longitudinal, c 3018(25)00004-9. doi:10.1016/S2352-3018(25)00004-9.***

This analysis describes key HIV-related outcomes from the LEGACY study, which followed a diverse cohort of trans qualified health centers in the northeast US. Investigators assessed whether gender affirming hormone therapy (( seropositivity and viral non-suppression in the past 12 months. GAHT was delivered per established standards, ar medical provider determination. De-identified health record data were extracted across seven years of follow-up. and 6.9% in 2019, and viral non-suppression decreased: 22.4% of participants with HIV in 2013 were not suppresse analyses, participants with a current GAHT prescription had significantly lower risk of HIV seropositivity: factors as: group; being a transgender woman or non-binary assigned male at birth; identifying as a racially or ethnically minc Among participants with HIV, people with current GAHT prescription had significantly lower risk of viral non-suppr groups; being a transgender woman; and living at 100−199% FPL and 200–299% FPL (vs. 0–99% FPL).

**Author's Commentary:**

*Gender affirming hormone therapy can be effectively integrated within primary care settings, and results of this unique l gender-affirming hormone therapy (and low barrier access to such services) on key HIV outcomes, namely HIV seropositi importance of engagement in care to increase screening and identify new HIV infections among trans people, and enhan*

View archived Clinical Research Update entries here.