# EXHIBIT C

# HIV seropositivity and viral non-suppression in transgender, non-binary, and gender-diverse people in primary care receiving gender-affirming hormone therapy in the USA between 2013 and 2019 (LEGACY): an observational, longitudinal, cohort study

*Sari L Reisner, David R Pletta, Kenneth H Mayer, Madeline B Deutsch, Tonia Poteat, Jennifer Potter, Andrea L Wirtz, Alexander Harris, Juwan Campbell, Alex S Keuroghlian, Jaclyn M W Hughto, Alex Gonzalez, Asa E Radix*

## Summary

**Background** Gender-affirming hormone therapy is medically necessary for many transgender, non-binary, and gender-diverse (trans) individuals and might improve HIV clinical outcomes for trans people. This study evaluated gender-affirming hormone therapy delivered in primary care as an intervention to improve HIV outcomes for trans adults in the USA.

**Methods** LEGACY is a longitudinal cohort of trans adult participants receiving primary care at two US federally qualified health centres: Fenway Health (Boston, MA, USA) and Callen-Lorde Community Health Center (New York, NY, USA). Eligibility criteria were age at least 18 years, gender identity differing from assigned sex at birth, past 12-month medical visit, and signed consent with no research exclusion documented in electronic health record data. Eligible participants contributed electronic health data from 2013 to 2019. The exposure was gender-affirming hormone therapy prescription. Clinical outcomes were HIV seropositivity (all participants) and viral non-suppression (participants with HIV; ≥200 copies per mL) in the past 12 months. Log-Poisson generalised estimating equations assessed the longitudinal association of gender-affirming hormone therapy prescription (puberty blockers, anti-androgens, oestrogens, progesterone, and testosterone) with outcomes, adjusting for individual-level confounders.

**Findings** Among the 8109 trans participants in 2019, median age was 29 years (IQR 24–37). 2960 (36·5%) were transgender women, 2541 (31·3%) were transgender men, 1507 (18·6%) were non-binary, and 1101 (13·6%) were another trans identity. 4446 (54·8%) were White, 1323 (16·3%) were Black or African American, 498 (6·1%) were multiracial, and 1663 (20·5%) were Hispanic or Latinx. 2736 (33·7%) of 8109 participants were publicly insured and 451 (5·6%) participants were uninsured. In 2013, 2549 (85·5%) of 2983 participants were prescribed gender-affirming hormone therapy, 272 (9·1%) of 2983 participants were HIV seropositive, and 61 (22·4%) of 272 participants were not virally suppressed. In 2019, 7252 (89·4%) of 8109 participants were prescribed gender-affirming hormone therapy, 560 (6·9%) of 8109 participants were HIV seropositive, and 88 (15·7%) of 560 participants were not virally suppressed. Gender-affirming hormone therapy prescription was associated with reduced rates of HIV seropositivity (adjusted risk ratio [RR] 0·63, 95% CI 0·56–0·70) and viral non-suppression (adjusted RR 0·56, 95% CI 0·45–0·69) across follow-up.

**Interpretation** Gender-affirming care is important for optimising HIV outcomes among trans people. Our results underscore the vital role of gender-affirming models of care and access to gender-affirming hormone therapy for trans people.

**Funding** Patient-Centered Research Outcomes Institute and the National Institutes of Health.

**Copyright** © 2025 Elsevier Ltd. All rights reserved, including those for text and data mining, AI training, and similar technologies.

*Lancet HIV* 2025; 12: e283–92

Published Online March 27, 2025 https://doi.org/10.1016/S2352-3018(25)00004-9

See Comment page e244

**Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, MI, USA** (S L Reisner ScD, D R Pletta PhD)**; The Fenway Institute, Fenway Health, Boston, MA, USA** (S L Reisner, Prof K H Mayer MD, Prof J Potter MD, J Campbell MA, A S Keuroghlian MD, J M W Hughto PhD, A Gonzalez MD)**; Department of Epidemiology, Harvard T.H. Chan School of Public Health, Boston, MA, USA** (S L Reisner)**; Departments of Behavioral and Social Sciences** (D R Pletta, J M W Hughto) **and Department of Epidemiology** (J M W Hughto)**, Brown University School of Public Health, Providence, RI, USA; Department of Medicine, Beth Israel Deaconess Medical Center/Harvard Medical School, Boston, MA, USA** (Prof K J Mayer, Prof J Potter)**; Family Community Medicine, University of California San Francisco, San Francisco, CA, USA** (Prof M B Deutsch MD)**; Division of Healthcare in Adult Populations, Duke School of Nursing, Durham, NC, USA** (Prof T Poteat PhD)**; Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, USA** (A L Wirtz PhD)**; Callen-Lorde Community Health Center, New York, NY, USA** (A Harris MPH, A E Radix MD)**; Department of Psychiatry, Massachusetts General Hospital, Boston/Harvard**

## Introduction

In the USA, transgender, non-binary, and gender-diverse (trans) people who have a gender identity that differs from the sex assigned to them at birth are highly burdened by HIV and have suboptimal HIV clinical outcomes, including high viral non-suppression rates.[1,2] Trans people, particularly transgender women and Black transgender people, were a prioritised population in the National HIV/AIDS Strategy (NHAS) for 2022–25.[3] For example, NHAS 2022–25 had a goal of increasing viral suppression among transgender women from the baseline of 80·5% to 95·0%.[3] According to Health Resources and Services Administration Ryan White HIV/AIDS Program data from 2021, viral suppression in transgender people was 84·8%, well below the national goal.[4] Gender-affirming hormone therapy is medically

**Medical School, Boston, MA, USA** (A S Keuroghlian); **Center for Health Promotion and Health Equity, Brown University, Providence, RI, USA** (J M W Hughto); **Department of Epidemiology, Columbia University Mailman School of Public Health, New York, NY, USA** (A E Radix)

Correspondence to: Dr Sari L Reisner, Department of Epidemiology, University of Michigan School of Public Health, Ann Arbor, MI 48104, USA
**sreisner@umich.edu**

## Research in context

**Evidence before this study**

In the USA, transgender, non-binary, and other gender-diverse (trans) people were prioritised in the National HIV/AIDS Strategy. Gender-affirming hormone therapy is medically necessary for many trans people and might improve HIV outcomes.

We searched PubMed and Google Scholar using Medical Subject Headings and keyword terms for US-based publications reporting gender-affirming hormone therapy, HIV, and viral non-suppression between Jan 1, 2014, and July 31, 2024, for articles published in English. The HIV burden in trans people was high, with suboptimal viral non-suppression rates. For example, a meta-analysis of 22 US studies from 2006 to 2021 on HIV outcomes in trans people by Becasen and colleagues found the weighted mean proportion of transgender women currently virally suppressed was 59·3% (95% CI 49·5–68·4), well below national targets. Our search identified only two studies of transgender men and none of non-binary people. Few investigations assessed gender-affirming hormone therapy alongside viral non-suppression, with existing studies restricted to transgender women and having mixed findings. Most studies were cross-sectional and had small sample sizes with short follow-up periods, which might, in part, account for the inconsistent results. There is a need for additional longitudinal research and larger sample sizes to address these limitations.

**Added value of this study**

Our study included a large and diverse cohort of transgender, non-binary, and gender-diverse primary care participants drawn from federally qualified health centres in the USA, laboratory-confirmed outcomes from electronic health record data, and unprecedented longitudinal data on gender-affirming hormone therapy and HIV outcomes. We evaluated gender-affirming hormone therapy delivered in primary care as an intervention to improve HIV outcomes for trans adults. Compared with trans participants not prescribed gender-affirming hormone therapy, those prescribed gender-affirming hormone therapy had a lower risk of past-year HIV seropositivity and, among those with HIV, a lower risk of viral non-suppression during the 7 years of follow-up. Our consideration of gender identity, gender-affirming hormone therapy, and HIV outcomes is important, given that US HIV surveillance efforts do not routinely collect these data.

Our findings contribute to the evidence base for the health-promoting role of gender-affirming hormone therapy, showing that gender-affirming hormone therapy is associated with reduced HIV morbidity longitudinally for trans people, and underscore the vital role of gender-affirming models of care and access to gender-affirming hormone therapy for trans people. Our results could inform gender-affirming interventions to mitigate HIV inequities for trans people, including those incorporating gender-affirming hormone therapy.

**Implications of all the available evidence**

Integrating gender-affirming hormone therapy with HIV testing and care delivery is recommended for trans people. Gender-affirming care is important for optimising HIV outcomes among trans people.

necessary for many trans people and is known to improve many health outcomes.[5] However, few studies have assessed the association between gender-affirming hormone therapy and HIV acquisition in trans individuals. Furthermore, studies evaluating the association of gender-affirming hormone therapy with viral load suppression have had mixed findings.[6–9] Notably, most previous research has been cross-sectional,[9,10] and most existing longitudinal studies have small sample sizes[11] or short follow-up periods (or both),[8] which might, in part, account for the inconsistent results. Studies with larger sample sizes of trans people living with HIV have not assessed gender-affirming hormone therapy.[6] There is a need for additional longitudinal research to address these limitations and to examine differences by gender identity among trans people, including disaggregating for trans men and non-binary individuals, given the dearth of research about these groups.[1]

In this study, we sought to evaluate gender-affirming hormone therapy delivered in primary care as an intervention to improve HIV outcomes for trans adults. We assessed whether gender-affirming hormone therapy was associated with reduced rates of HIV seropositivity and viral non-suppression in the past 12 months for 7 years of follow-up in a cohort of adult trans individuals in primary care who were diverse in age, race, ethnicity, and gender identity. We hypothesised that gender-affirming hormone therapy would reduce HIV seropositivity and viral non-suppression incidence. We use trans as a collective term throughout this paper to refer to transgender, non-binary, and gender-diverse populations but do not intend to exclude or minoritise populations contained within this phrasing, and we acknowledge those who use other terms.

This manuscript was accepted before Executive Orders were issued by US President Trump related to gender ideology and diversity, equity, and inclusion in the USA, which have made some of the materials referenced in this Article inaccessible. The references were available upon acceptance of the manuscript.

## Methods

### Study design and participants

LEGACY is a longitudinal cohort of trans adult participants receiving primary care at two US federally qualified health centres: Fenway Health (Boston, MA, USA) and Callen-Lorde Community Health Center (New York, NY, USA).[12] Both federally qualified health centres specialise in provision of gender-affirming health care, including delivery of gender-affirming hormone

therapy using an informed consent protocol.[5] 8109 LEGACY participants were followed up from 2013 to 2019. In this period, gender-affirming hormone therapy was delivered as part of primary care according to the same established standards by both federally qualified health centres.[5] Qualitative research with trans people informed cohort implementation,[13] and a community advisory board oversaw the study. The detailed LEGACY protocol has been published elsewhere.[12]

Participants were considered eligible for LEGACY if they had a gender identity different to their assigned sex at birth (verified using a two-step method to cross-categorise sex and gender identity self-reported on participant registration or ICD-10 code of F64·0–9); were aged at least 18 years; were a primary care patient with at least one medical visit in the past 12 months; and had a signed informed consent form on file and no research exclusion indicated in their patient chart. All study procedures were approved by the Fenway Health institutional review board (FWA00000145).

## Procedures

Eligible trans participants contributed to the LEGACY research database. De-identified electronic health record data were extracted (eg, laboratory testing data and provider-documented diagnoses) and harmonised across sites. We compared 12-month HIV seropositivity (for all participants) and viral non-suppression (for participants with HIV) in groups who did and did not receive gender-affirming hormone therapy across the 7 years of follow-up. Within a given year, trans participants' electronic health records contained information related to their HIV serostatus, viral load (for those with HIV), gender-affirming hormone therapy prescription, sociodemographic characteristics, substance use, mental health, and other sexual health indicators.

## Outcomes

Two binary outcomes were operationalised. Outcome 1 was HIV-positive serostatus (for all participants). Participants were considered to be living with HIV if they tested positive for HIV, or a clinician added an indicator for HIV-positive serostatus to the participant's electronic health record. HIV testing was done for participants who had clinical indications, as determined by their medical provider. Outcome 2 was viral non-suppression (for participants with HIV). Based on standards from the US Centers for Disease Control and Prevention (CDC),[14] HIV viral non-suppression was defined as having a viral load of 200 copies per mL of blood or greater. Individuals could not count toward both outcomes in one year, as each outcome was operationalised according to the calendar year.

The exposure variable of gender-affirming hormone therapy was coded as a binary variable of being prescribed gender-affirming hormone therapy (yes *vs* no) in electronic health record data. This variable was operationalised using the date of first gender-affirming hormone therapy prescription and the date of last gender-affirming hormone therapy prescription in each year of observation in the cohort. A participant was dichotomously coded as either having a gender-affirming hormone therapy prescription within the year versus having no gender-affirming hormone therapy prescription within the year. Hormone variable prescription types were pubertal blockers (eg, leuprolide), antiandrogens (eg, spironolactone), oestrogens (eg, estradiol), progesterone (eg, micronised progesterone), and testosterone (eg, testosterone cypionate).

Sociodemographics included age, continuously and grouped in years (18–24, 25–30, 31–40, 41–50, or ≥51). Gender identity was operationalised by cross-tabulating participants' self-reported gender identity and sex assigned at birth and coding as transgender woman, transgender man, non-binary assigned male at birth, non-binary assigned female at birth, or transgender, not specified. Racial identity was documented in the electronic health record as American Indian or Alaskan Native, Asian, Black or African American, multiracial, Native Hawaiian or Pacific Islander, White, or other race. Hispanic or Latinx ethnicity was indicated dichotomously (yes *vs* no). Type of medical insurance included private insurance, public insurance, and no insurance. The Ryan White HIV/AIDS program was counted as public health insurance in this analysis. A participant's individual income percentage of the federal poverty level was coded categorically as 0–99%, 100–199%, 200–299%, or 300% or more.[15] Study site was coded as Boston or New York City.

Alcohol use disorder was determined based on diagnosis per the Diagnostic and Statistical Manual of Mental Disorders (F10.10–21)[16] using documented ICD-10 coding, as captured in the electronic health record. Psychological distress was measured using the validated self-reported Patient Health Questionnaire 9-item (PHQ-9)[17] as part of routine care. A score of 10 or more was considered clinically elevated (hereafter, PHQ depression) consistent with validated cutoffs (88% sensitivity and 88% specificity for major depression).[17] When only a narrative, non-integer appraisal of a participant's PHQ-9 score was provided in the electronic health record, an a-priori decision was made by the investigative team that a rating of moderate depression, moderately severe depression, or severe depression was indicative of depression, whereas a rating of mild depression or no depression was not. Sexual health measures included whether a participant tested positive for anogenital gonorrhoea or chlamydia. A positive anogenital sexually transmitted infection diagnosis was defined as having had a positive urethral, cervical, or rectal test within the past year for either chlamydia or gonorrhoea (yes *vs* no). Pre-exposure prophylaxis (PrEP) for HIV prevention was defined as having a PrEP prescription within the past year (yes *vs* no). Years in the cohort (2013–19) was operationalised as a continuous variable of years retained in care, ranging from 1 to 7.

| | 2013 | | | 2019 | | |
|---|---|---|---|---|---|---|
| | Total (n=2983) | GAHT prescription (n=2549) | No GAHT prescription (n=434) | Total (n=8109) | GAHT prescription (n=7252) | No GAHT prescription (n=857) |
| Study site | | | | | | |
| Fenway Health | 1079 (36·2%) | 907 (35·6%) | 172 (39·6%) | 3610 (44·5%) | 3046 (42·0%) | 564 (65·8%) |
| Callen-Lorde | 1904 (63·8%) | 1642 (64·4%) | 262 (60·4%) | 4499 (55·5%) | 4206 (58·0%) | 293 (34·2%) |
| Age, years | | | | | | |
| Median (IQR) | 30 (24–40) | 31 (25–40) | 27 (23–36) | 29 (24–37) | 29 (24–37) | 28 (23–34) |
| 18–24 | 785 (26·3%) | 632 (24·8%) | 153 (35·3%) | 2167 (26·7%) | 1870 (25·8%) | 297 (34·7%) |
| 25–30 | 751 (25·2%) | 639 (25·1%) | 112 (25·8%) | 2470 (30·5%) | 2222 (30·6%) | 248 (28·9%) |
| 31–40 | 727 (24·4%) | 637 (25·0%) | 90 (20·7%) | 1984 (24·5%) | 1797 (24·8%) | 187 (21·8%) |
| 41–50 | 420 (14·1%) | 372 (14·6%) | 48 (11·1%) | 776 (9·6%) | 721 (9·9%) | 55 (6·4%) |
| ≥51 | 294 (9·9%) | 263 (10·3%) | 31 (7·1%) | 710 (8·8%) | 640 (8·8%) | 70 (8·2%) |
| Missing | 6 (0·2%) | 6 (0·2%) | 0 | 2 (0·0%) | 2 (0·0%) | 0 |
| Gender identity | | | | | | |
| Transgender man | 764 (25·6%) | 646 (25·3%) | 118 (27·2%) | 2541 (31·3%) | 2370 (32·7%) | 171 (20·0%) |
| Transgender woman | 1086 (36·4%) | 975 (38·3%) | 111 (25·6%) | 2960 (36·5%) | 2776 (38·3%) | 184 (21·5%) |
| Non-binary assigned female at birth | 143 (4·8%) | 74 (2·9%) | 69 (15·9%) | 1006 (12·4%) | 702 (9·7%) | 304 (35·5%) |
| Non-binary assigned male at birth | 61 (2·0%) | 44 (1·7%) | 17 (3·9%) | 501 (6·2%) | 384 (5·3%) | 117 (13·7%) |
| Transgender, not specified | 929 (31·1%) | 810 (31·8%) | 119 (27·4%) | 1101 (13·6%) | 1020 (14·1%) | 81 (9·5%) |
| Racial identity | | | | | | |
| American Indian or Alaskan Native | 22 (0·7%) | 19 (0·7%) | 3 (0·7%) | 79 (1·0%) | 71 (1·0%) | 8 (0·9%) |
| Another racial identity | 11 (0·4%) | 10 (0·4%) | 1 (0·2%) | 57 (0·7%) | 47 (0·6%) | 10 (1·2%) |
| Asian | 131 (4·4%) | 118 (4·6%) | 13 (3·0%) | 387 (4·8%) | 348 (4·8%) | 39 (4·6%) |
| Black or African American | 464 (15·6%) | 399 (15·7%) | 65 (15·0%) | 1323 (16·3%) | 1236 (17·0%) | 87 (10·2%) |
| Multiracial | 177 (5·9%) | 148 (5·8%) | 29 (6·7%) | 498 (6·1%) | 430 (5·9%) | 68 (7·9%) |
| Native Hawaiian or Pacific Islander | 47 (1·6%) | 40 (1·6%) | 7 (1·6%) | 90 (1·1%) | 85 (1·2%) | 5 (0·6%) |
| White | 1557 (52·2%) | 1310 (51·4%) | 247 (56·9%) | 4446 (54·8%) | 3914 (54·0%) | 532 (62·1%) |
| Missing | 574 (19·2%) | 505 (19·8%) | 69 (15·9%) | 1229 (15·2%) | 1121 (15·5%) | 108 (12·6%) |
| Hispanic or Latinx ethnicity | | | | | | |
| Yes | 704 (23·6%) | 619 (24·3%) | 85 (19·6%) | 1663 (20·5%) | 1539 (21·2%) | 124 (14·5%) |
| No | 2279 (76·4%) | 1930 (75·7%) | 349 (80·4%) | 6446 (79·5%) | 5713 (78·8%) | 733 (85·5%) |
| Insurance type | | | | | | |
| Private | 1320 (44·3%) | 1129 (44·3%) | 191 (44·0%) | 4085 (50·4%) | 3582 (49·4%) | 503 (58·7%) |
| Public | 1140 (38·2%) | 963 (37·8%) | 177 (40·8%) | 2736 (33·7%) | 2490 (34·3%) | 246 (28·7%) |
| Uninsured | 108 (3·6%) | 92 (3·6%) | 16 (3·7%) | 451 (5·6%) | 398 (5·5%) | 53 (6·2%) |
| Missing | 415 (13·9%) | 365 (14·3%) | 50 (11·5%) | 837 (10·3%) | 782 (10·8%) | 55 (6·4%) |
| Percentage of the federal poverty level | | | | | | |
| 0–99 | 1431 (48·0%) | 1223 (48·0%) | 208 (47·9%) | 3370 (41·6%) | 3070 (42·3%) | 300 (35·0%) |
| 100–199 | 435 (14·6%) | 373 (14·6%) | 62 (14·3%) | 950 (11·7%) | 850 (11·7%) | 100 (11·7%) |
| 200–299 | 235 (7·9%) | 197 (7·7%) | 38 (8·8%) | 651 (8·0%) | 576 (7·9%) | 75 (8·8%) |
| ≥300 | 461 (15·5%) | 397 (15·6%) | 64 (14·7%) | 1186 (14·6%) | 1041 (14·4%) | 145 (16·9%) |
| Missing | 421 (14·1%) | 359 (14·1%) | 62 (14·3%) | 1952 (24·1%) | 1715 (23·6%) | 237 (27·7%) |
| Alcohol use disorder | | | | | | |
| Yes | 39 (1·3%) | 35 (1·4%) | 4 (0·9%) | 210 (2·6%) | 187 (2·6%) | 23 (2·7%) |
| No | 2944 (98·7%) | 2514 (98·6%) | 430 (99·1%) | 7899 (97·4%) | 7065 (97·4%) | 834 (97·3%) |
| PHQ-9 depression | | | | | | |
| Yes | 96 (3·2%) | 78 (3·1%) | 18 (4·1%) | 886 (10·9%) | 747 (10·3%) | 139 (16·2%) |
| No | 2887 (96·8%) | 2471 (96·9%) | 416 (95·9%) | 7223 (89·1%) | 6505 (89·7%) | 718 (83·8%) |
| PrEP prescription | | | | | | |
| Yes | 4 (0·1%) | 3 (0·1%) | 1 (0·2%) | 233 (2·9%) | 196 (2·7%) | 37 (4·3%) |
| No | 2979 (99·9%) | 2546 (99·9%) | 433 (99·8%) | 7876 (97·1%) | 7056 (97·3%) | 820 (95·7%) |

(Table 1 continues on next page)

| | 2013 | | | 2019 | | |
|---|---|---|---|---|---|---|
| | Total (n=2983) | GAHT prescription (n=2549) | No GAHT prescription (n=434) | Total (n=8109) | GAHT prescription (n=7252) | No GAHT prescription (n=857) |
| (Continued from previous page) | | | | | | |
| Anogenital STI diagnosis | | | | | | |
| Yes | 95 (3·2%) | 79 (3·1%) | 16 (3·7%) | 340 (4·2%) | 309 (4·3%) | 31 (3·6%) |
| No | 2888 (96·8%) | 2470 (96·9%) | 418 (96·3%) | 7769 (95·8%) | 6943 (95·7%) | 826 (96·4%) |
| HIV serostatus | | | | | | |
| HIV-positive | 272 (9·1%) | 229 (9·0%) | 43 (9·9%) | 560 (6·9%) | 512 (7·1%) | 48 (5·6%) |
| HIV-negative | 2711 (90·9%) | 2320 (91·0%) | 391 (90·1%) | 7549 (93·1%) | 6740 (92·9%) | 809 (94·4%) |
| HIV viral suppression | | | | | | |
| Not virally suppressed (≥200 copies per mL) | 61 (2·0%) | 46 (1·8%) | 15 (3·5%) | 88 (1·1%) | 78 (1·1%) | 10 (1·2%) |
| Virally suppressed (<200 copies per mL) | 185 (6·2%) | 162 (6·4%) | 23 (5·3%) | 430 (5·3%) | 396 (5·5%) | 34 (4·0%) |
| Missing viral load | 26 (0·9%) | 21 (0·8%) | 5 (1·2%) | 42 (0·5%) | 38 (0·5%) | 4 (0·5%) |
| Not applicable, not living with HIV | 2711 (90·9%) | 2320 (91·0%) | 391 (90·1%) | 7549 (93·1%) | 6740 (92·9%) | 809 (94·4%) |
| Years retained in care 2013–19, median (IQR) | 6 (4–6) | 6 (4–6) | 6 (4–6) | 3 (1–5) | 3 (1–6) | 1 (0–3) |

Data are n (%), unless otherwise indicated. GAHT=gender-affirming hormone therapy. PHQ-9=Patient Health Questionnaire 9-item. PrEP=pre-exposure prophylaxis. STI=sexually transmitted infection.

***Table 1:*** **Characteristics of transgender, non-binary, and gender-diverse individuals in primary care in 2013 and 2019**

## Statistical analysis

The study was powered (80% power, α=0·05) to detect a statistically significant association between gender-affirming hormone therapy and viral non-suppression (see published study protocol for sample size calculation).[12] Data analyses were done using R (version 4.3.1) and RStudio (version 2023.06.1). Descriptive statistics were generated for the full sample in 2019 and variable missingness was assessed descriptively. Missingness ranged from 0·0% for age to 24·1% for federal poverty level percentage. Test statistics and p values comparing trans participants with and without HIV were generated by $\chi^2$ tests of independence with Monte Carlo-simulated p values (2000 replicates; categorical) and Wilcoxon rank sum tests with continuity corrections (continuous). A second longitudinal dataset was generated, restricted to participants with HIV. Analyses imputed 100 datasets for both the full cohort dataset and the restricted to participants living with HIV dataset, using multiple imputation with chained equations via the mice package in R (appendix p 1).[18] Cumulative HIV seropositivity and viral non-suppression rates were graphically visualised by race and ethnicity, and stratified by gender identity.

Bivariate and multivariable log-Poisson generalised estimating equation models with cluster-robust SEs were fitted with an exchangeable working correlation structure to the imputed datasets to produce risk ratios (RRs), adjusted RRs, and 95% CIs for a participant's risk of having HIV-positive serostatus (outcome 1, all participants) and being virally non-suppressed (outcome 2, participants with HIV) over time. For outcome 1, PrEP prescription was not included in the model as there were no new HIV cases among PrEP users. For stability in model estimands, non-binary assigned male at birth and non-binary assigned female at birth categories were combined for the viral non-suppression outcome due to small sample sizes. Generalised estimating equation models estimated the marginal or population-averaged effect of concurrent gender-affirming hormone therapy on HIV seropositivity or viral non-suppression, using robust SEs and adjusting for repeated measures. All variables were incorporated into a multivariable model for each outcome. $p<0·05$ was considered to indicate a statistically significant difference.

Interpretations of associations incorporated epidemiological guidance to reduce reliance solely on p values and consider the magnitude and direction of associations and 95% CIs, in addition to p values, when making inferences.

The effect of unmeasured confounders was evaluated in sensitivity analyses by estimating the E-value and corresponding 95% confidence limits.[19] The E-value is a measure of the minimum strength of the association that an unmeasured confounder (or set of confounders) would need to have, with both the exposure and the outcome, to fully explain the exposure–outcome association on the RR.[19]

See Online for appendix

## Role of the funding source

The funders of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report.

## Results

Among the 8109 trans participants in 2019, the median age was 29 years (IQR 24–37). Participants were diverse in gender identity with 2960 (36·5%) being transgender women, 2541 (31·3%) transgender men, 1507 (18·6%) non-binary, and 1101 (13·6%) another trans identity

(table 1). Participants were mostly White (4446 [54·8%]), followed by Black or African American (1323 [16·3%]), multiracial (498 [6·1%]), and Hispanic or Latinx (1663 [20·5%]). 1837 (22·6%) participants were living at 200% of the federal poverty level or greater; 2736 (33·7%) were publicly insured and 451 (5·6%) were uninsured. 210 (2·6%) had an alcohol use disorder diagnosis; 886 (10·9%) screened positive for depression via the PHQ-9. 340 (4·2%) had anogenital gonorrhoea or chlamydia diagnoses in the past 12 months. 3·1% of participants without HIV had a current PrEP prescription.

Most participants had a gender-affirming hormone therapy prescription (85·5% in 2013 and 89·4% in 2019; table 1). Rates of HIV seropositivity were 9·1% in 2013 and 6·9% in 2019, and viral non-suppression decreased across the 7 years of follow-up (61 [22·4%] of 272 participants with HIV in 2013 and 88 [15·7%] of 560 participants with HIV in 2019). In 2019, on average, participants with HIV were older than participants without HIV (median age 37 years [IQR 30–37] *vs* 28 years [24–36]; p<0·0001).




***Figure 1:*** **HIV seropositivity rates among transgender, non-binary, and gender-diverse participants by race and year, stratified by gender identity (2013–19)**




***Figure 2:*** **HIV seropositivity rates among transgender, non-binary, and gender-diverse participants by ethnicity and year, stratified by gender identity (2013–19)**

Cumulative HIV seroprevalence rates stratified by gender identity are displayed by race (figure 1; appendix p 2) and ethnicity (figure 2; appendix p 3). In 2019, in terms of racial identity, the highest HIV seropositivity rates were in Black (164 [29·4%] of 558 participants), other race (19 [18·6%] of 102 participants), and multiracial (35 [17·8%] of 197 participants) transgender women, followed by other race (two [9·5%] of 21 participants) and Black (seven [6·0%] of 116 participants) non-binary participants. In terms of ethnicity, the highest HIV seropositivity rates were among Hispanic (129 [18·0%] of 716 participants) and non-Hispanic (225 [10·0%] of 2244 participants) transgender women, followed by Hispanic non-binary (six [3·8%] of 157 participants) and Hispanic transgender men (19 [3·7%] of 508 participants). HIV prevalence in transgender men ranged from one (0·8%) of 131 participants (multiracial transgender men) to 25 (5·9%) of 424 partcipants (Black transgender men). HIV seropositivity appeared stable for most subpopulations during follow-up, but increased for some groups (eg, Black transgender women; figure 1. In 2019, by racial identity, the highest rates of viral non-suppression were in Black non-binary participants (two [28·6%] of seven participants) and multiracial (ten [28·6%] of 35 participants), other race (four [21·1%] of 19 participants), and Black (33 [20·1%] of 164 participants) transgender women. In terms of ethnicity, in 2019, the highest rates of HIV viral non-suppression were among non-Hispanic transgender women (40 [17·8%] of 225 participants), followed by Hispanic non-binary participants (one [16·7%] of six participants) and Hispanic transgender men (three [15·8%] of 19 participants).

In a multivariable model, participants with a current gender-affirming hormone therapy prescription (adjusted RR 0·63, 95% CI 0·56–0·70) had a significantly lower risk of HIV seropositivity compared with participants without a gender-affirming hormone therapy prescription during follow-up (table 2). The E-value calculated was 2·55 (95% confidence limit 2·21–2·97) for the covariate-adjusted association between gender-affirming hormone therapy prescription and risk for HIV-positive serostatus.

In this model, factors associated with significantly higher risk of HIV positivity were as follows: being in an older age group compared with those aged 18–24 years; being a transgender woman or non-binary assigned male at birth compared with a transgender man; identifying as a racially or ethnically minoritised group compared with identifying as White; having public insurance and no insurance compared with having private insurance; having a positive anogenital gonorrhoea or chlamydia sexually transmitted infection diagnosis; and greater number of years in care (table 2). Variables associated with a significantly lower risk of living with HIV were being non-binary assigned female at birth compared with a transgender man and living at 100–199% of the federal poverty level or 300% or higher of the federal

poverty level compared with 0–99% of the federal poverty level.

In the multivariable model, participants with a gender-affirming hormone therapy prescription had significantly lower risk of viral non-suppression compared with those not on hormones during follow-up (adjusted RR 0·56, 95% CI 0·45–0·69, table 3). The E-value was 2·97 (95% confidence limit 2·26–3·87) for the covariate-adjusted association between gender-affirming hormone therapy prescription and viral non-suppression risk.

Factors associated with a significantly decreased risk of viral non-suppression were as follows: being in older age groups compared with the 18–24 years group; being a transgender woman compared with a transgender man; living at 100–199% of the federal poverty level and 200–299% of the federal poverty level versus 0–99% of the federal poverty level; and a greater number of years in care. Latinx participants living with HIV had a lower risk of viral non-suppression compared with White individuals (adjusted RR 0·84, 95% CI 0·69–1·01, table 3).

## Discussion

This longitudinal study of trans participants receiving primary care at federally qualified health centres found that gender-affirming hormone therapy prescribed through informed consent protocols was associated with reduced rates of HIV seropositivity and viral non-suppression over time. The mechanisms by which gender-affirming hormone therapy affects HIV serostatus and viral suppression outcomes for trans participants in this study remain unclear. Gender-affirming hormone therapy is prospectively associated with reduced mental health distress and improved quality of life;[20] these effects might, in turn, facilitate improved health behaviours, such as condom use or antiretroviral medication adherence. Gender-affirming hormone therapy-related care might also increase trust with providers, thereby reducing barriers to discussing concerns about sexual health or adherence difficulties. Years retained in care predicted increased risk for HIV seropositivity and decreased risk for viral non-suppression, highlighting engagement in care as key to identifying new HIV infections and enhancing viral suppression. Future research is necessary to understand the pathways through which gender-affirming hormone therapy is associated with HIV clinical outcomes in this study.

Although overall HIV seropositivity declined across follow-up, rates increased among some subpopulations. We observed higher HIV seropositivity across several sociodemographic characteristics, mirroring national HIV epidemic statistics.[21–23] Ethnically and racially minoritised groups had a significantly increased risk for HIV seropositivity across the years we observed. Our findings highlight the urgent need for efforts to address the unique HIV prevention and care needs of trans participants of colour, mirroring national trends in cisgender populations. Transgender women and non-binary assigned male at

| | Bivariate models | | Multivariable model | |
|---|---|---|---|---|
| | RR (95% CI) | p value | Adjusted RR (95% CI) | p value |
| **Exposure** | | | | |
| Gender-affirming hormone therapy prescription | | | | |
| Yes | 1·16 (1·04–1·30) | 0·0079 | 0·63 (0·56–0·70) | <0·0001 |
| No | 1 (ref) | .. | 1 (ref) | .. |
| **Covariates and confounders** | | | | |
| Study site | | | | |
| Fenway Health | 0·20 (0·18–0·23) | <0·0001 | 0·53 (0·47–0·59) | <0·0001 |
| Callen-Lorde | 1 (ref) | .. | 1 (ref) | .. |
| Age group, years | | | | |
| 18–24 | 1 (ref) | .. | 1 (ref) | .. |
| 25–30 | 2·70 (2·33–3·14) | <0·0001 | 2·59 (2·23–3·00) | <0·0001 |
| 31–40 | 4·97 (4·31–5·74) | <0·0001 | 4·57 (3·96–5·26) | <0·0001 |
| 41–50 | 8·09 (6·99–9·38) | <0·0001 | 6·79 (5·85–7·87) | <0·0001 |
| ≥51 | 6·32 (5·41–7·38) | <0·0001 | 6·29 (5·36–7·38) | <0·0001 |
| Gender identity | | | | |
| Transgender man | 1 (ref) | .. | 1 (ref) | .. |
| Transgender woman | 4·77 (4·24–5·35) | <0·0001 | 2·34 (2·10–2·62) | <0·0001 |
| Non-binary assigned female at birth | 0·23 (0·15, 0·36) | <0·0001 | 0·35 (0·23–0·55) | <0·0001 |
| Non-binary assigned male at birth | 1·82 (1·45–2·27) | <0·0001 | 2·00 (1·63–2·46) | <0·0001 |
| Racial identity | | | | |
| Asian | 1·97 (1·60–2·43) | <0·0001 | 1·45 (1·17–1·78) | 0·0006 |
| Black or African American | 6·71 (6·09–7·41) | <0·0001 | 3·24 (2·91–3·60) | <0·0001 |
| Multiracial | 2·43 (2·07–2·86) | <0·0001 | 1·76 (1·51–2·05) | <0·0001 |
| Another race | 5·85 (5·03–6·79) | <0·0001 | 2·30 (1·96–2·70) | <0·0001 |
| White | 1 (ref) | .. | 1 (ref) | .. |
| Hispanic or Latinx ethnicity | | | | |
| Yes | 2·33 (2·18–2·50) | <0·0001 | 1·39 (1·29–1·50) | <0·0001 |
| No | 1 (ref) | .. | 1 (ref) | .. |
| Insurance type | | | | |
| Private | 1 (ref) | .. | 1 (ref) | .. |
| Public | 9·09 (8·12–10·16) | <0·0001 | 3·52 (3·06–4·04) | <0·0001 |
| Uninsured | 1·59 (1·18–2·13) | 0·0021 | 1·68 (1·25–2·26) | 0·0005 |
| Percentage of the federal poverty level | | | | |
| 0–99 | 1 (ref) | .. | 1 (ref) | .. |
| 100–199 | 0·46 (0·41–0·53) | <0·0001 | 0·69 (0·61–0·78) | <0·0001 |
| 200–299 | 0·36 (0·31–0·43) | <0·0001 | 0·87 (0·74–1·02) | 0·080 |
| ≥300 | 0·22 (0·19–0·25) | <0·0001 | 0·72 (0·60–0·85) | 0·0001 |
| Alcohol use disorder | | | | |
| Yes | 1·11 (0·87–1·41) | 0·39 | 1·13 (0·91–1·41) | 0·26 |
| No | 1 (ref) | .. | 1 (ref) | .. |
| PHQ-9 depression | | | | |
| Yes | 0·49 (0·42–0·58) | <0·0001 | 1·02 (0·87–1·20) | 0·80 |
| No | 1 (ref) | .. | 1 (ref) | .. |
| Anogenital sexually transmitted infection diagnosis | | | | |
| Yes | 4·70 (4·32–5·12) | <0·0001 | 2·34 (2·13–2·57) | <0·0001 |
| No | 1 (ref) | .. | 1 (ref) | .. |
| Years retained in care | 1·30 (1·27–1·33) | <0·0001 | 1·03 (1·00–1·05) | 0·016 |

PHQ-9=Patient Health Questionnaire 9-item. RR=risk ratio.

*Table 2:* **Bivariate and multivariable longitudinal log-Poisson generalised estimating equation models for HIV seropositivity in transgender, non-binary, and gender-diverse primary care participants (40 692 observations)**

| | Bivariate model | | Multivariable model | |
|---|---|---|---|---|
| | RR (95% CI) | p value | Adjusted RR (95% CI) | p value |
| **Exposure** | | | | |
| Gender-affirming hormone therapy prescription | | | | |
| Yes | 0·63 (0·52–0·76) | <0·0001 | 0·56 (0·45–0·69) | <0·0001 |
| No | 1 (ref) | ·· | 1 (ref) | ·· |
| **Covariates and confounders** | | | | |
| Study site | | | | |
| Fenway Health | 0·66 (0·50–0·87) | 0·0034 | 0·73 (0·53–0·99) | 0·040 |
| Callen-Lorde | 1 (ref) | ·· | 1 (ref) | ·· |
| Age, years | | | | |
| 18–24 | 1 (ref) | ·· | 1 (ref) | ·· |
| 25–30 | 0·79 (0·64–0·98) | 0·030 | 0·88 (0·70–1·09) | 0·25 |
| 31–40 | 0·49 (0·40–0·61) | <0·0001 | 0·58 (0·46–0·73) | <0·0001 |
| 41–50 | 0·28 (0·21–0·37) | <0·0001 | 0·34 (0·25–0·46) | <0·0001 |
| ≥51 | 0·17 (0·11–0·26) | <0·0001 | 0·22 (0·14–0·34) | <0·0001 |
| Gender identity | | | | |
| Transgender man | 1 (ref) | ·· | 1 (ref) | ·· |
| Transgender woman | 1·29 (0·97–1·73) | 0·085 | 1·48 (1·05–2·08) | 0·025 |
| Non-binary* | 0·79 (0·36–1·73) | 0·55 | 0·92 (0·41–2·04) | 0·83 |
| Racial identity | | | | |
| Asian | 1·50 (0·97–2·34) | 0·071 | 1·17 (0·75–1·82) | 0·48 |
| Black or African American | 1·75 (1·38–2·23) | <0·0001 | 1·12 (0·86–1·48) | 0·40 |
| Multiracial | 1·98 (1·41–2·76) | 0·0001 | 1·35 (0·95–1·91) | 0·094 |
| Other race | 1·18 (0·79–1·76) | 0·42 | 1·00 (0·67–1·49) | 0·10 |
| White | 1 (ref) | ·· | 1 (ref) | ·· |
| Hispanic or Latinx ethnicity | | | | |
| Yes | 0·88 (0·75–1·03) | 0·11 | 0·84 (0·69–1·01) | 0·059 |
| No | 1 (ref) | ·· | 1 (ref) | ·· |
| Insurance type | | | | |
| Private | 1 (ref) | ·· | 1 (ref) | ·· |
| Public | 1·44 (1·08–1·91) | 0·012 | 1·01 (0·76–1·35) | 0·94 |
| Uninsured | 1·81 (0·90–3·65) | 0·095 | 1·07 (0·53–2·15) | 0·86 |
| Percentage of the federal poverty level | | | | |
| 0–99 | 1 (ref) | ·· | 1 (ref) | ·· |
| 100–199 | 0·65 (0·46–0·91) | 0·014 | 0·69 (0·49–0·97) | 0·033 |
| 200–299 | 0·46 (0·25–0·84) | 0·012 | 0·44 (0·24–0·80) | 0·0080 |
| ≥300 | 0·70 (0·48–1·02) | 0·065 | 0·82 (0·55–1·21) | 0·31 |
| Alcohol use disorder | | | | |
| Yes | 0·73 (0·38–1·40) | 0·34 | 1·01 (0·54–1·91) | 0·9665 |
| No | 1 (ref) | ·· | 1 (ref) | ·· |
| PHQ-9 depression | | | | |
| Yes | 0·86 (0·58–1·28) | 0·46 | 0·98 (0·66–1·45) | 0·91 |
| No | 1 (ref) | ·· | 1 (ref) | ·· |
| Anogenital sexually transmitted infection diagnosis | | | | |
| Yes | 1·52 (1·27–1·81) | <0·0001 | 1·07 (0·89–1·28) | 0·46 |
| No | 1 (ref) | ·· | 1 (ref) | ·· |
| Years retained in care | 0·90 (0·86–0·93) | <0·0001 | 0·94 (0·90–0·99) | 0·012 |

RR=risk ratio. PHQ-9=Patient Health Questionnaire 9-item. *Non-binary and transgender not specified, including participants assigned female at birth and assigned male at birth.

*Table 3:* **Bivariate and multivariable longitudinal log-Poisson generalised estimating equation models for viral non-suppression in transgender, non-binary, and gender-diverse primary care participants living with HIV (≥200 copies per mL; 2955 observations)**

birth participants had the highest HIV rates, yet HIV seropositivity and viral non-suppression rates were also higher for transgender men and non-binary assigned female at birth participants than national HIV surveillance data. Consistent with previous research on socioeconomic marginalisation,[24] having public insurance or no insurance compared with private insurance and living in poverty significantly predicted HIV seropositivity. Furthermore, corroborating synergistic effects of HIV and sexually transmitted infections,[25] trans participants with a positive anogenital bacterial sexually transmitted infection diagnosis had an increased risk of HIV seropositivity over follow-up. The risk of HIV seropositivity was significantly increased in older age groups, highlighting the need for early HIV prevention. This finding contrasts with national HIV epidemiological surveillance data, wherein HIV infection rates are highest in those aged 18–24 years, and might be due to the large number of non-binary assigned female at birth participants aged 18–24 years not living with HIV in our cohort. Relatedly, the risk of viral non-suppression was lower for the 31–40 years, 41–50 years, and 50 years and older age groups compared with the 18–24 years group, underscoring the need for supportive interventions to enhance viral suppression in the youngest age group. Latinx participants living with HIV had a lower risk of viral non-suppression compared with White individuals, a finding with clinical relevance that highlights the potential heterogeneity in HIV seropositivity and viral non-suppression outcomes and the need to consider the unique needs of different racial and ethnic groups in health care. Our findings highlight the need for continued interventions in clinical settings to address HIV inequities.

Combination interventions that pair gender-affirming hormone therapy with other services, such as PrEP for HIV prevention and HIV care, might hold promise. The low uptake of PrEP observed in our study highlights the need for focused efforts to increase PrEP uptake for this population. Interventions are needed to address HIV inequities by race, ethnicity, gender identity, socio-economic status, and age, including those culturally tailored to reach specific trans populations bearing disproportionate HIV burden. Examples of focused HIV-related efforts are Entre Nosotras, a peer-led PrEP project for trans Latina women,[26] and Project LifeSkills, a HIV status-neutral HIV prevention intervention for young transgender women.[27] Incorporating gender-affirming hormone therapy alongside these interventions represents an important future strategy. For example, HIV Prevention Trials 091 is currently testing the co-location of gender-affirming hormone therapy and PrEP delivery for transgender women across five sites (four in the USA and one in Brazil) to increase PrEP uptake and adherence. Additional interventional research to identify and test integrated strategies is warranted.

This study has several limitations. The federally qualified health centres in our study are specialised in providing gender-affirming hormone therapy through

an informed consent model, minimising gatekeeping and barriers to access. The association of gender-affirming hormone therapy with HIV outcomes might be confounded by the gender-affirming context in which clinical care occurred (eg, trained providers and affirming name or pronoun use policies). Second, participants were drawn from urban settings in the northeast USA, which might reduce generalisability to trans people in other regions. Furthermore, 33·7% of our participant population was publicly insured, higher than the national estimate of 23% found in a large community survey of more than 27 000 trans adults;[28] 5·6% of participants were uninsured, which is lower than the estimated 8% in a US representative study.[29] Future research examining the association between gender-affirming hormone therapy and HIV outcomes in samples with more publicly and uninsured individuals is recommended. Third, participants self-selected into gender-affirming hormone therapy treatment. Fourth, this study cannot rule out the possibility that participants received PrEP from other clinics or providers. Fifth, unmeasured confounding might be an issue, since some variables known to be associated with HIV outcomes (eg, housing instability) were not measured. However, the sensitivity analyses using E-values provide a sense of the magnitude of association that potential unmeasured confounders would need to fully explain the observed exposure–outcome associations, and the small E-value confidence intervals indicate that unmeasured confounding is unlikely. Sixth, the duration of hormone use or gender-affirming surgery was not assessed. A previous study of trans people in New York found gender-affirming surgery was associated with sustained viral suppression,[30] and a study of Black and Latina transgender women in Washington, DC and Baltimore found that the desire and unmet need for gender-affirming surgery was associated with increased odds of HIV treatment interruptions.[10] Thus, future research considering both gender-affirming hormone therapy duration and gender-affirming surgery is recommended. Additionally, the current study was 80% powered on the viral non-suppression outcome, but not on HIV seropositivity; additional research investigations of gender-affirming hormone therapy and HIV seropositivity are therefore needed. Finally, given that US HIV surveillance efforts do not have data about gender-affirming hormone therapy, we discuss adjusted parameter estimates for covariates and confounders to contextualise known HIV disparities (eg, by race and ethnicity) alongside gender-affirming hormone therapy, yet caution should be taken interpreting these estimates.[31]

Limitations notwithstanding, our study has strengths, including its primary care cohort (ie, not restricted to individuals presenting at gender clinics) and diversity in terms of HIV serostatus, gender identity, race, and ethnicity. The longitudinal design examined gender-affirming hormone therapy and HIV clinical outcome associations across 7 years of follow-up in real-world clinical settings. Data were reported for non-binary participants, a group for whom scarce HIV data exist. This research was informed by the priorities of trans people.[13] Our consideration of gender identity and gender-affirming hormone therapy in the context of HIV acquisition and viral suppression is novel, given that many HIV surveillance efforts do not routinely collect this trans-specific information.

In conclusion, in this federally qualified health centre-based study of a large sample of trans people in primary care, being prescribed gender-affirming hormone therapy was longitudinally associated with reduced rates of HIV seropositivity and viral non-suppression. Our findings contribute to the evidence base for the health-promoting role of gender-affirming hormone therapy, showing that gender-affirming hormone therapy is a medically necessary treatment that reduces HIV morbidity and improves HIV outcomes longitudinally for trans people. Our study found low rates of PrEP uptake in the cohort, representing another future intervention target to reduce HIV rates. Our results underscore the vital role of gender-affirming models of care and access to gender-affirming hormone therapy for trans people. Gender-affirming hormone therapy services were supported by the Health and Human Resources Administration and Ryan White HIV/AIDS Programs.[32] Integrated gender-affirming hormone therapy and HIV care is safe[33] and recommended for trans people.

#### Contributors
SLR wrote the first draft of the manuscript, was responsible for the decision to submit the manuscript for publication, and secured funding for the study. DRP conducted statistical analyses with support from SLR. All authors had full access to all the data in the study. SLR, DRP, and JC had verified the data. SLR, KHM, MBD, and AER co-designed the study. All authors critically reviewed, provided scientific input to the manuscript, and agreed with the decision to submit the manuscript.

#### Declaration of interests
SLR, JP, and ASK receive royalties from McGraw Hill for co-editing the textbook *Transgender and Gender Diverse Health Care: The Fenway Guide*. ASK reports royalties as editor of the American Psychiatric Association textbook *Gender-Affirming Psychiatric Care*. ALW receives separate research funding to her institute from ViiV Healthcare. All other authors declare no competing interests.

#### Data sharing
Data from this study are not publicly available for use. For data requests, please email the corresponding author. Data requests will be considered from investigators with funding support, after approval of a concept proposal by all study investigators, and with a signed data access agreement.

#### Acknowledgments
We wish to acknowledge the community advisory board, the scientific advisory board, and the LEGACY research team for their contributions. This research was supported by the Patient-Centered Research Outcomes Institute under award number AD-2017C1-6569 (principal investigator SLR) and the National Institutes of Health under award number R01MD013498 (principal investigator TP). The content is solely the responsibility of the authors and does not necessarily represent the official views of the funders.

**References**

1 Becasen JS, Morris JD, Denard CL, Mullins MM, Kota KK, Higa DH. HIV care outcomes among transgender persons with HIV infection in the United States, 2006-2021. *AIDS* 2022; **36:** 305–15.

2 Klein PW, Psihopaidas D, Xavier J, Cohen SM. HIV-related outcome disparities between transgender women living with HIV and cisgender people living with HIV served by the Health Resources and Services Administration's Ryan White HIV/AIDS Program: a retrospective study. *PLoS Med* 2020; **17:** e1003125.

3 The White House. National HIV/AIDS Strategy for the United States 2022–2025. Washington, DC: White House Office of National AIDS Policy, 2021.

4 Health Resources and Services Administration. Clients served by the Ryan White HIV/AIDS Program Data Report, 2021. Rockville, MD: Health Resources and Services Administration, 2023.

5 Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgender Health* 2022; **23** (suppl 1)**:** S1–259.

6 Poteat T, Hanna DB, Rebeiro PF, et al. Characterizing the human immunodeficiency virus care continuum among transgender women and cisgender women and men in clinical care: a retrospective time-series analysis. *Clin Infect Dis* 2020; **70:** 1131–38.

7 Yehia BR, Fleishman JA, Moore RD, Gebo KA. Retention in care and health outcomes of transgender persons living with HIV. *Clin Infect Dis* 2013; **57:** 774–76.

8 Baguso GN, Turner CM, Santos GM, et al. Successes and final challenges along the HIV care continuum with transwomen in San Francisco. *J Int AIDS Soc* 2019; **22:** e25270.

9 Sevelius JM, Xavier J, Chakravarty D, et al. Correlates of engagement in HIV care among transgender women of color in the United States of America. *AIDS Behav* 2021; **25** (suppl 1)**:** 3–12.

10 Rosen JG, Malik M, Cooney EE, et al. Antiretroviral treatment interruptions among Black and Latina transgender women living with HIV: characterizing co-occurring, multilevel factors using the gender affirmation framework. *AIDS Behav* 2019; **23:** 2588–99.

11 Summers NA, Huynh TT, Dunn RC, Cross SL, Fuchs CJ. Effects of gender-affirming hormone therapy on progression along the HIV care continuum in transgender women. *Open Forum Infect Dis* 2021; **8:** ofab404.

12 Reisner SL, Deutsch MB, Mayer KH, et al. Longitudinal cohort study of gender affirmation and HIV-related health in transgender and gender diverse adults: the LEGACY Project protocol. *JMIR Res Protoc* 2021; **10:** e24198.

13 Asquith A, Sava L, Harris AB, Radix AE, Pardee DJ, Reisner SL. Patient-centered practices for engaging transgender and gender diverse patients in clinical research studies. *BMC Med Res Methodol* 2021; **21:** 202.

14 Centers for Disease Control and Prevention. HIV treatment as prevention. 2023. https://www.cdc.gov/hiv/risk/art/index.html (accessed May 4, 2024).

15 Department of Health and Human Services. Annual update of the Health and Human Services Poverty Guidelines, 2022. https://www.federalregister.gov/documents/2022/01/21/2022-01166/annual-update-of-the-hhs-poverty-guidelines (accessed May 4, 2024).

16 American Psychiatric Association. Diagnostic and statistical manual of mental disorders: DSM-5. Washington, DC: American Psychiatric Publishing, 2013.

17 Kroenke K, Spitzer RL, Williams JB. The PHQ-9: validity of a brief depression severity measure. *J Gen Intern Med* 2001; **16:** 606–13.

18 Van Buuren S, Groothuis-Oudshoorn K. Mice: multivariate imputation by chained equations in R. *J Stat Softw* 2011; **45:** 1–67.

19 VanderWeele TJ, Ding P. Sensitivity analysis in observational research: introducing the E-value. *Ann Intern Med* 2017; **167:** 268–74.

20 Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021; **5:** bvab011.

21 Centers for Disease Control and Prevention. HIV infection, risk, prevention, and testing behaviors among transgender women—national HIV behavioral surveillance, 7 U.S. cities, 2019–2020: HIV surveillance special report 27. Atlanta, GA: Centers for Disease Control and Prevention, 2021.

22 Centers for Disease Control and Prevention. HIV surveillance report, 2021. Volume 34. Atlanta, GA: Centers for Disease Control and Prevention, 2023.

23 Becasen JS, Denard CL, Mullins MM, Higa DH, Sipe TA. Estimating the prevalence of HIV and sexual behaviors among the US transgender population: a systematic review and meta-analysis, 2006–2017. *Am J Public Health* 2019; **109:** e1–8.

24 Wirtz AL, Humes E, Althoff KN, et al. HIV incidence and mortality in transgender women in the eastern and southern USA: a multisite cohort study. *Lancet HIV* 2023; **10:** e308–19.

25 Cohen MS, Council OD, Chen JS. Sexually transmitted infections and HIV in the era of antiretroviral treatment and prevention: the biologic basis for epidemiologic synergy. *J Int AIDS Soc* 2019; **22** (suppl 6)**:** e25355.

26 Zamudio-Haas S, Koester K, Venegas L, et al. "Entre Nosotras:" a qualitative study of a peer-led PrEP project for transgender Latinas. *BMC Health Serv Res* 2023; **23:** 1013.

27 Garofalo R, Kuhns LM, Reisner SL, Biello K, Mimiaga MJ. Efficacy of an empowerment-based, group-delivered HIV prevention intervention for young transgender women: the Project LifeSkills randomized clinical trial. *JAMA Pediatr* 2018; **172:** 916–23.

28 James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. The report of the 2015 US transgender survey. Washington, DC: National Center for Transgender Equality, 2016.

29 Meyer IH, Brown TN, Herman JL, Reisner SL, Bockting WO. Demographic characteristics and health status of transgender adults in select US regions: behavioral risk factor surveillance system, 2014. *Am J Public Health* 2017; **107:** 582–89.

30 Rodriguez-Hart C, Zhao G, Goldstein Z, Radix A, Torian L. An exploratory study to describe transgender people with HIV who accessed Medicaid and their viral suppression over time in New York City, 2013–2017. *Transgend Health* 2023; **8:** 429–36.

31 Westreich D, Greenland S. The table 2 fallacy: presenting and interpreting confounder and modifier coefficients. *Am J Epidemiol* 2013; **177:** 292–98.

32 Cheever LW. Gender-affirming care and treatment services in Ryan White HIV/AIDS Program. Rockville, MD: Department of Health and Human Services, 2021.

33 Radix A, Sevelius J, Deutsch MB. Transgender women, hormonal therapy and HIV treatment: a comprehensive review of the literature and recommendations for best practices. *J Int AIDS Soc* 2016; **19** (suppl 2)**:** 20810.