**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE; HIV MEDICINE ASSOCIATION, a division of the INFECTIOUS DISEASES SOCIETY OF AMERICA; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; JENNIFER K. BRODY, MD; and CHRISTOPHER B. FOX, NP,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of the Health Resources and Services Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>*Defendants*. | Case No. |

**DECLARATION OF ANDREA WEDDLE, EXECUTIVE DIRECTOR OF THE HIV MEDICINE ASSOCIATION**

I, Andrea Weddle, hereby declare and state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am the Executive Director of the HIV Medicine Association ("HIVMA"), which is an organizational component of the Infectious Diseases Society of America ("IDSA"), a 501(c)6

nonprofit organization. IDSA is bringing claims in this case on behalf of HIVMA's members and the transgender patients of its members.

4. I have been the executive director at HIVMA for 18 years and with the association since its inception 25 years ago. In my role, I oversee the strategy development for HIVMA. This includes the policy and programmatic agendas and activities that support our members to provide high-quality care to their patients, advance public health, and conduct HIV research. My work is informed by a postgraduate social work degree from the University of California, Berkeley, and expertise developed over the last two and a half decades on healthcare access and financing, with a focus on people with HIV and other complex, chronic conditions.

5. I submit this declaration in support of Plaintiffs' Motion for Preliminary Relief under 5 U.S.C. § 705 and for a Preliminary Injunction, which seeks to prevent Defendants from giving effect to certain conditions relating to transgender people and gender-affirming medical care set forth in Ryan White HIV/AIDS Program ("Ryan White Program" or "RWHAP") Notices of Funding Opportunity issued or forecasted to be issued in 2026 and the 2026 Updated HRSA General Terms and Conditions, issued on March 11, 2026 (collectively, "the Challenged Conditions").

6. In this declaration, I explain how the Ryan White Program protects public health by providing the majority of people diagnosed with HIV in the United States with comprehensive healthcare. I further describe how transgender people are disproportionately impacted by HIV, and that providing gender-affirming medical care under the Ryan White Program is an important strategy to administer effective HIV care to transgender people with HIV. By restricting their care, the Challenged Conditions are contrary to medical evidence and will likely result in a rise of HIV

transmissions. I conclude by explaining how the Challenged Conditions will cause significant patient and provider harm as well as negative economic impacts.

**I. Background on HIVMA**

7. IDSA established HIVMA in 2001.

8. HIVMA is a community of nearly 6,000 healthcare professionals who advance a comprehensive and humane response to the HIV pandemic, informed by science and social justice. HIVMA works to increase access to healthcare services and coverage for people with HIV and populations heavily impacted by HIV and to foster a robust, diverse, and culturally competent HIV workforce.

9. A majority of HIVMA members report patient care as their primary professional activity, and most manage the care of patients with HIV.

10. Many HIVMA members provide medical care to their HIV patients through the Ryan White Program, including through funding under Ryan White Parts A, B, C, D, F, and any supplementary funding under these parts. For their transgender HIV patients, this can include hormone therapy as treatment for their gender dysphoria (also known as "gender-affirming hormone therapy" or "gender-affirming medical care").

11. HIVMA develops national guidelines for HIV care, creates practice tools for HIV health care professionals, develops HIV continuing education programs, advocates for federal HIV policy, and leads the field towards ending the HIV epidemic.

12. For example, HIVMA has published *Primary Care Guidance for Providers Who Care for Persons with Human Immunodeficiency Virus*, last updated in 2024, and relied on by HIV medical providers since 2009. A copy of the Guidance is attached hereto as **Exhibit A**. The Guidance, which is published in the peer-reviewed journal *Clinical Infectious Diseases*, includes

a whole section on "Considerations for Transgender and Gender-Diverse Adults" that addresses the importance of gender-affirming hormone therapy as part of the primary care for transgender patients living with HIV. In addition, HIVMA has published a Gender-Affirming Care Resource Brief for its members.

13. HIVMA also created and has sponsored the Ryan White Medical Providers Coalition for twenty years. The Ryan White Medical Providers Coalition is a voice for Ryan White clinicians from across the nation who deliver quality HIV care to their patients using funding from the Ryan White Program. The coalition first convened in 2006 as a call to action led by physicians, advanced practice providers, and other healthcare professionals who work in Ryan White-funded clinics. The coalition evolved with the support of HIVMA and today is a respected and leading voice in federal advocacy related to Ryan White HIV/AIDS Program funding and policies.

## II. Ryan White and HIV Care

14. Because so much of HIV care in the United States is affected and funded by the Ryan White Program, as executive director of HIVMA, I am aware of the contours of the program and how it affects HIVMA's members.

15. The Ryan White Program serves the majority of people diagnosed with HIV in the United States. In 1990, Congress passed the Ryan White legislation in response to the HIV/AIDS epidemic. Since then, healthcare providers, including current HIVMA members, have relied on Ryan White funding to serve their patients living with HIV, including transgender patients. Over half of all people diagnosed with HIV are served through the Ryan White Program, and many would not have access to necessary healthcare services and treatment without the program. Many HIVMA provider members would also not be able to meet the healthcare needs of their patients with HIV without Ryan White funding.

16. The goal of the Ryan White Program is to provide a safety net for people living with HIV by providing outpatient HIV care, treatment, and support services to those without health insurance, filling in gaps in coverage, and assisting with costs for those with insurance limitations. Funding is distributed to states/territories, cities, and clinics and community-based organizations in the form of grants.

17. Following its initial adoption and implementation, the Ryan White Program was expanded by Congress to address the unmet care and treatment needs of people living with HIV by focusing Ryan White funding on primary healthcare and support services important to enhancing access to and retention in care and adherence to daily treatment. This update to the Ryan White Program prioritized funding for core medical services, including services for co-occurring conditions for patients with HIV, as well as support services.

18. Medical advances in antiretroviral therapy ("ART") have made it possible for people living with HIV to have a lifespan that approaches that of people without HIV, without progressing to AIDS or transmitting HIV to others. Because of those advances, our members can now focus on maintaining health throughout the lifespan. Maintaining all aspects of HIV patient health is a necessary component of successful and effective HIV care and treatment. The Ryan White Program care model has proven to be highly successful at treating a complex patient population. As a result, demand for Ryan White services has steadily increased without an increase in resources, placing great strain on the HIV workforce and their ability to provide care.

19. As HIVMA's primary care guidance for people with HIV explains, to receive optimal medical care and achieve desired outcomes, persons with HIV must be consistently engaged in care and able to access uninterrupted treatment. Providing primary care for people with HIV is complex and involves management of multiple co-morbidities and the associated

challenges of polypharmacy—the concurrent use of multiple medications—while also attending to HIV-specific health concerns. HIV providers, such as our members, must address issues specific to preventive health, including cancer screening, reducing the risk of cardiovascular disease, providing recommended vaccinations, and promoting sexual health. Additionally, providers must address issues for specific populations, like those with childbearing potential, adolescents, and transgender people.

20. Creating a patient-centered care environment without stigma and discrimination, like that supported by the Ryan White Program, is essential for effectively treating people with HIV and sustaining care engagement, as evidenced by the higher viral suppression rates for Ryan White clients compared to the national average. To end the HIV epidemic by dramatically reducing HIV transmissions, barriers to care must be decreased at every level—societal, health system, clinic, and individual. Many populations with an increased likelihood of acquiring HIV disproportionately experience barriers to accessing care and treatment, including income inequality, unstable housing, food insecurity, joblessness, and poor access to transportation. These barriers emerge from a social framework replete with discrimination against those whose race, ethnicity, sexual orientation, or gender identity is in the minority. Increasingly, HIV care must acknowledge and address these issues in all affected populations to end the HIV epidemic. Ensuring that clinical settings are free of stigma and discrimination is a first and essential step.

## III. Transgender Patients with HIV

21. Public health data show that between 55-78% of transgender people rely on public health coverage, such as Medicaid and Medicare.[1] And medical literature documents that

[1] Centers for Disease Control and Prevention. Individual-level Social Determinants of Health and Quality of Life Among Persons with Diagnosed HIV Infection—Medical Monitoring Project, United States, 2022 Data Cycle (June 2022–May 2023). HIV Surveillance Special Report 38, 45 tbl.3a. https://stacks.cdc.gov/view/cdc/168909. Published November 2024. (attached as **Exhibit B**).

transgender adults are more likely to be uninsured than their cisgender counterparts.[2] In addition, some states have prohibited state Medicaid funding for gender-affirming medical care. Given this landscape, Ryan White funding is essential to supplement the public health coverage of transgender people with HIV. Thus, for many transgender people with HIV, the Ryan White Program is the only way they can access the gender-affirming medical care that is medically indicated.

22. Of the more than half a million people served by the Ryan White Program, 2.1%, over 11,000, are transgender.[3]

23. It is well-understood that the HIV epidemic has disproportionately affected certain populations. Gay and bisexual men, other men who have sex with men, and transgender persons, particularly Black and Latina transgender women, are overrepresented among people living with HIV and represent the largest proportion of new HIV diagnoses every year in the United States.[4] As documented in HIVMA's primary care guidance for HIV patients, estimates show a pooled HIV prevalence of 19.9% among transgender women, with 66-fold higher odds of HIV prevalence than the general population, and an estimated HIV prevalence of 2.56% among transgender men.

---

[2] Downing, J., Lawley, K. A., & McDowell, A. (2022). Prevalence of Private and Public Health Insurance Among Transgender and Gender Diverse Adults. *Medical care*, *60*(4), 311–315. https://tinyurl.com/yc6xsfa5 [https://doi.org/10.1097/MLR.0000000000001693].

[3] Health Resources and Services Administration. Ryan White HIV/AIDS Program Annual Data Report 2022: Ryan White HIV/AIDS Program Services Report (Dec. 2023) (attached as **Exhibit C**).

[4] Centers for Disease Control and Prevention, Fast Facts: HIV and Gay and Bisexual Men (Oct. 7, 2024), https://tinyurl.com/5ad5vw4e [https://perma.cc/29WA-RZZD]; Centers for Disease Control and Prevention, Fast Facts: HIV and Transgender People (Mar. 28, 2024), https://tinyurl.com/55vmp6bz [https://perma.cc/HW73-GHW8]; Herbst, J.H., Jacobs, E.D., Finlayson, T.J. *et al.* Estimating HIV Prevalence and Risk Behaviors of Transgender Persons in the United States: A Systematic Review. *AIDS Behav.* 12, 1–17 (2008). https://tinyurl.com/3r94djsr [https://doi.org/10.1007/s10461-007-9299-3].

In 2022, transgender people accounted to 2% of all HIV cases.[5] That is more than three times the proportion of transgender people in the United States (0.6%).[6]

24. Studies have found that access to gender-affirming hormone therapy is associated with reduced rates of HIV acquisition among transgender patients and, in transgender people with HIV, higher rates of viral suppression.[7]

25. Because of the presence of these health disparities and how they affect HIV care, HIVMA and its members need to be aware of the health needs and barriers affecting the populations most impacted by HIV.

26. Indeed, HIVMA's primary care guidance for HIV patients documents that stigma and discrimination are serious issues that threaten the quality of care for transgender persons, noting that "Nearly half of transgender persons face family rejection, 40% report a history of attempted suicide, 29% live in poverty, 30% have experienced homelessness, 33% have experienced discrimination within the healthcare system, and 23% avoid the healthcare system due to fear of discrimination."

27. The above is consistent with the medical literature, which documents that a significant number of transgender people experience negative interactions with their healthcare providers or avoid the healthcare system due to fear of being mistreated because they are transgender. For example, misinformation about transgender people and gender-affirming care is undermining trust in healthcare institutions, delaying or preventing them from accessing healthcare

---

[5] Centers for Disease Control and Prevention, Fast Facts: HIV in the United States (Apr. 22, 2024), https://tinyurl.com/3zactezx [https://perma.cc/LCE9-W2E5].
[6] Herman, J.L., Flores, A.R., O'Neill, K.K. (2022). How Many Adults and Youth Identify as Transgender in the United States? The Williams Institute, UCLA School of Law.
[7] Sari L. Reisner et al., *HIV seropositivity and viral non-suppression in transgender, non-binary, and gender-diverse people in primary care receiving gender-affirming hormone therapy in the USA between 2013 and 2019 (LEGACY): an observational, longitudinal, cohort study*,12 The Lancet HIVe283-e292 (2025).

services and contributing to the spread of diseases.[8] Based on literature cited in HIVMA's primary care guidance, this discrimination plays a dominant role in understanding why transgender women have 66-fold higher odds of HIV prevalence than the general population.[9] In an environment of misinformation and medical discrimination, providers play an important role in confronting misinformation while providing evidence-based care.

28. The U.S. Department of Health and Human Services, through the HHS Panel on Antiretroviral Guidelines for Adults and Adolescents, a working group of the NIH Office of AIDS Research Advisory Council, publishes and regularly updates the "Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV." Prior to 2025, including the September 2024 version, these guidelines contained a section titled "Transgender People with HIV."[10]

29. According to the 2024 HHS guidelines, of which HIVMA and its members keep regularly apprised, "Because transgender and nonbinary people bear a disproportionate burden of HIV, it is important for HIV care providers to be knowledgeable about the specific HIV care needs of these individuals." **Ex. F** at I-100.

30. The guidelines stated that:

> Individuals are more likely to engage in HIV care when gender affirmation needs are met. A national study of transgender people with HIV found that participants who work with HIV care providers who affirm their gender (e.g., providers who use their chosen name and pronoun) were more likely to be virologically suppressed. **Adherence to hormone therapy correlates with adherence to ART**.
>
> …

[8] Ciszek et al., *Health Communication in an Era of Disinformation: Perceived Source Credibility Among Transgender and Gender Diverse Individuals*, 29 Journal of Health Communication 432–439 (2024) (attached as **Exhibit D**).

[9] Sarah E. Stutterheim et al., *The worldwide burden of HIV in transgender individuals: an updated systematic review and meta-analysis*, 16 PLoS One e0260063 (2021) (attached as **Exhibit E**).

[10] U.S. Department of Health and Human Services, Panel on Antiretroviral Guidelines for Adults and Adolescents, Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV (updated September 12, 2024) (attached hereto as **Exhibit F**).

> According to research with transgender youth and adults, **integrating HIV care with gender care facilitates treatment and is associated with higher rates of viral suppression**. In addition to minimizing the number of provider visits and potentially stressful clinical interactions, **care integration makes it easier to discuss concerns about drug–drug interactions between HIV treatment and gender-affirming medications**.
>
> …
>
> **HIV care services should be provided within a gender-affirmative care model to reduce potential barriers to ART adherence and to maximize the likelihood of achieving sustained viral suppression** … Clinicians should also ask people with HIV about their gender identity, chosen names, and pronouns, using developmentally appropriate language.
>
> …
>
> **Integrating hormone therapy with HIV services is the recommended practice; this requires HIV providers to become knowledgeable about hormone therapy and other aspects of gender-affirming services**.

**Ex. F** at I-102 – I-103 (emphases added).

31. The guidelines further documented,

> In 2022, the Ryan White HIV/AIDS Program (RWHAP) provided services for 11,085 transgender people, representing 2.8% of RWHAP clients. Of these transgender clients, 2.3% were transgender women, 0.3% transgender men, and 0.2% with another gender identity (e.g., nonbinary). Among RWHAP participants, retention in care (73.5%) and viral suppression (86.4%) for transgender adults and adolescents were lower than the national averages (77.5% and 89.6%, respectively).

**Ex. F** at I-101.

32. Unfortunately, the current administration eliminated the section on "Transgender People with HIV" and virtually every other mention of transgender people in the September 25, 2025 version of the guidelines.[11]

33. Nonetheless, as documented in HIVMA's guidance and the medical literature, in addition to reducing stigma and discrimination in order to facilitate patient empowerment, care

[11] U.S. Department of Health and Human Services, Panel on Antiretroviral Guidelines for Adults and Adolescents, Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV (updated September 25, 2025) (attached hereto as **Exhibit G**).

engagement, and viral suppression, it is crucial for HIV providers to monitor their patients' gender-affirming care for polypharmacy management. When pharmacokinetic interactions between medications are anticipated, providers should monitor clinical effects and adjust hormone doses as needed. It is important to provide patients with accurate information on drug–drug interactions between their ART and hormone therapy, including the lack of deleterious effects on hormone therapy, and to make dose adjustments as appropriate.

34. Our members use research, like that referenced in HIVMA's primary care guidance, to inform their care and educate their patients.[12] Such research shows how various HIV medications may decrease or increase hormone levels. Moreover, lack of communication around drug–drug interaction concerns may contribute to fear of drug–drug interactions and poor adherence to one therapy or the other. For these reasons, it is considered best practice for HIV care providers to also ensure their patients can obtain gender-affirming medical care when medically indicated.

35. In furtherance of the Ryan White Program's purpose and our shared goal to end the HIV epidemic, and based on the evidence as documented in the scientific and medical literature, HIVMA's primary care guidance included four primary recommendations for the care of transgender people with HIV. First, transgender people with HIV should have access to care that is gender-affirming, nondiscriminatory, non-stigmatizing, and culturally sensitive. Second, intake forms, medical records, and other documentation should include gender identity options in addition to sex assigned at birth, providers should address patients using their chosen name and

[12] *See*, *e.g.*, Lauren R. Cirrincione et al., *Drug interactions with gender-affirming hormone therapy: focus on antiretrovirals and direct acting antivirals*, 16 Expert Opin Drug Metab Toxicol 565–82 (2020) (attached as **Exhibit H**); Braun et al., *Transgender women living with HIV frequently take antiretroviral therapy and/or hormone therapy differently than prescribed due to drug-drug interaction concerns*, 4 LGBT Health 371–5 (2017) (attached as **Exhibit I**).

pronouns, and educational materials should reflect the experiences of transgender people. Third, transgender people should be offered medically necessary gender-affirming interventions in accordance with national guidelines. And fourth, HIV care providers should be familiar with gender-affirming hormone treatment and necessary clinical and laboratory monitoring, or work in concert with a provider or endocrinologist experienced in transgender care.

**IV. Gender-Affirming Medical Care under the Ryan White Program**

36. Given the above and Congress's instruction that the Ryan White Program shall be used to cover "outpatient and ambulatory health services" "including services regarding the co-occurring conditions" of HIV patients, HIVMA members who care for transgender patients with HIV have provided gender-affirming hormone therapy to these patients as part of their efforts to address the comprehensive healthcare needs of their patients.

37. As such, a Dear Colleague Letter issued by the Health Resources and Services Administration ("HRSA") issued on December 16, 2021, recognized that "RWHAP funds may be used to support gender affirming care across various HRSA RWHAP core medical and support service categories." A copy of the Dear Colleague Letter is attached hereto as **Exhibit J**. According to the Dear Colleague Letter, "Providing gender-affirming care is an important strategy to effectively address the health and medical needs of transgender people with HIV."

38. What is more, since 2010, HRSA, as the administrator of the Ryan White Program, has published a strategic plan to end the HIV epidemic. In 2024, HRSA introduced Ryan White Program 2030: Engaging People with HIV in Care to End the HIV Epidemic, which it updated on January 21, 2026. A copy of the 2024 Ryan White Program 2030 Briefer is attached hereto as **Exhibit K**, and a copy of the 2026 Ryan White Program 2030 Briefer is attached hereto as **Exhibit L**. This strategic plan recommends building off the lifesaving successes of the Ryan White

Program by "sustain[ing] high-quality care and treatment for people currently receiving services through the RWHAP while expanding efforts to identify and engage individuals with HIV who are undiagnosed or out-of-care." From 2010 to 2024, the Ryan White program successfully increased HIV viral suppression from 69.5% to 91.4%. Nationally, the average viral suppression rate is just 67%. Achieving viral suppression keeps people with HIV healthy and prevents HIV transmissions by stopping the sexual transmission of HIV, which also reduces long-term healthcare costs. The plan reiterates that Ryan White grantees, such as HIVMA's members, "play a critical role in advancing the goals of RWP 2030," "are responsible for employing sound planning and decision-making processes to determine which HIV-related services are prioritized," and "must continue to base service priorities and resource allocation decisions on the size, demographics, and needs of people with or affected by HIV." This plan concludes by reminding the HIV provider community to leverage the infrastructure and expertise of the Ryan White Program, along with its innovations and high-impact activities, to reach people with HIV who are out of care, "ensuring that no one is left behind in our efforts to end the HIV epidemic."

39. The Challenged Conditions seem to be at odds with the goals of the Ryan White Program 2030 plan. This plan recommends HIV providers advocate for and provide the best course of HIV care, while at the same time explicitly recommending that transgender patients' identities be disrespected and that their healthcare needs related to gender dysphoria, when such a co-occurring condition exists, be "left behind." This, in turn, has caused confusion and concern among HIVMA's members.

40. Leaving transgender patients behind by requiring that their identities be unacknowledged or disrespected and prohibiting the use of Ryan White funding for gender-affirming medical care is a turn of events that has led to deep concerns among HIVMA members.

Prohibiting the use of Ryan White funding for gender-affirming medical care is counter to the medical evidence and will cause harm to transgender people with HIV, likely leading to individuals falling out of care and, therefore, likely resulting in a rise in HIV transmissions. HIVMA has been educating HIV providers to provide person-centered, comprehensive, evidence-based care since it was established in 2001. And after the HRSA Dear Colleague letter was issued in 2021, there was an intentional push from the federal government and within the HIV care community to encourage Ryan White providers, to the degree they were not already doing so, to affirm their transgender patients and provide them with gender-affirming hormone therapy if medically indicated.

41. Understanding how the provision of gender-affirming medical care increases HIV care adherence and leads to viral suppression for transgender patients with HIV has been a central tenet of our HIVMA members providing effective HIV care to transgender patients, and is necessary to achieve our nation's goal to end the epidemic. Indeed, the entire national HIV care structure came to recognize that providing transgender patients with this necessary and helpful care ensures that such patients stay in HIV care. And that it is therefore necessary to achieve our goal to end the HIV epidemic.

42. Given this understanding, no one anticipated a future policy prohibiting the use of Ryan White funding for the necessary care of transgender patients with HIV. That is, until the Challenged Conditions and HRSA's actions under the current administration.

## V. The Impact of the Challenged Conditions on HIVMA Members and their Patients

43. Given the current administration's stance towards transgender people and gender-affirming medical care, the Challenged Conditions, as well as the recent attacks on gender-affirming medical care, HIVMA has sought to better understand the funding challenges our

members face because of any restrictions on gender-affirming medical care, including the Challenged Conditions.

44. Concerns about restrictions on gender-affirming medical care services for people with HIV and the impact those restrictions would have on patient care are routinely raised in regular engagements with HIVMA members during open forums and Board, committee, and working group meetings, in addition to surveys. These concerns have also been a focus of discussion at HIVMA/Ryan White Medical Providers Coalition annual luncheons, which cumulatively have been attended by hundreds of providers. In response to the concerns raised, HIVMA created a gender-affirming care resource guide to support members.

45. Among HIVMA members, there is a lot of uncertainty and confusion around the Challenged Conditions and fears that some institutions may preemptively restrict gender-affirming care to protect Ryan White Program funding. Our members are also concerned that the Challenged Conditions will impact all their medical interactions with transgender patients, as the Challenged Conditions seem to suggest.

46. The Challenged Conditions place our members in an untenable position. If they choose to comply with the Challenged Conditions, they endanger the health and wellbeing of their transgender patients with HIV. If they follow their duty to their patients by providing their transgender patients with HIV the best care and the care they need, they risk losing essential federal funding for all their HIV patients, the vast majority of which is unrelated to gender-affirming care, and endanger the health and wellbeing of other HIV patients.

47. Our members also face difficult questions about navigating non-discrimination mandates when the use of Ryan White funds, which sometimes is the only source of funding for medical care, prohibits the provision of gender-affirming medical care. Or when, as the General

Terms and Conditions intimate, members must not acknowledge or respect their transgender patients' identities. By requiring our members to disrespect transgender patients and to deny them evidence-based care, it also puts them out of compliance with state and federal non-discrimination laws. Our members use Ryan White funding to provide comprehensive primary care services, addressing the full spectrum of co-occurring medical conditions for their non-transgender patients with HIV. But they cannot use Ryan White funding to provide their transgender patients with HIV with the same comprehensive primary care services, despite the fact that such care is often essential to maintaining engagement in HIV treatment and longitudinal care.

48. Beyond the unethical demands, HIVMA members are unsure how to navigate administrative and logistical challenges. HIVMA members have long relied on the Ryan White Program as an essential, stable, and comprehensive funding source that supports HIV medications as well as medically necessary healthcare that patients with HIV may need, like primary care and care for co-occurring conditions. This includes gender-affirming medical care for the transgender people living with HIV who need it. HIVMA members have structured integrated care programs on the understanding that Ryan White funds can, and are intended, to deliver such comprehensive primary care. This reliance is based on the structure and purpose of the Ryan White Program, as well as how the program has operated in the past.

49. The Ryan White Program often funds a clinic or a provider's salary, not just the individual care or medication that a patient needs. Even if alternative funding were available, which for many HIVMA members it is not, it remains unclear how providers could meaningfully separate or untangle Ryan White-funded services from the provision of medically necessary care for their transgender patients. Indeed, some Ryan White clinics have expressed concern that the restrictions could jeopardize their operations altogether.

50. The abrupt restrictions on care created by the Challenged Conditions would upend the settled expectations of HIV care providers participating in the Ryan White Program and those of their transgender patients; force providers to dismantle established care models, withdraw needed services from the transgender patients who depend on them; require them to discriminate against their transgender patients, which would cause these patients to fall out of care; and jeopardize both individual health outcomes and broader public health goals.

51. Our members fear that the Challenged Conditions will lead the HIV community to lose even more of its already depleted healthcare workforce, as they are morally depleted by being forced to deny evidence-based services to their patients.

52. If Ryan White healthcare providers are prohibited from providing gender-affirming care or required to discriminate against their transgender patients by refusing to acknowledge and respect their identities, the public health consequences would be serious and significant.

53. As noted, research shows that adherence to HIV care is negatively affected by stigma and discrimination. Transgender patients who are unable to receive gender-affirming medical care or receive care that is affirming and respectful of their identities lose trust in their providers, experience mental health declines, struggle to stay in stable housing, risk losing their jobs, and suffer from greater food insecurity. Ryan White funding addresses these issues because taking care of the whole person is *necessary* to prevent people from falling out of care. Falling out of care can lead to loss of viral suppression, leading to an increase in HIV transmission, and the development of viral resistance to medication, which then requires more intensive therapies. It also puts patients at risk of opportunistic infections that can be life-threatening and require intensive healthcare resource utilization, including inpatient hospitalizations. When people with HIV lose access to HIV treatment, the virus rebounds, impairing the immune system, potentially causing

irreparable harm depending on the length of the treatment disruption and other factors, and increasing the risk of transmitting HIV, leading to not only consequences for the individual, but the community-at-large.

54. Besides the human devastation, there is an economic cost. Lifetime HIV treatment costs for an individual range from $500,000 to $1.2 million. The more people with HIV, the more it costs to treat them and stop the spread. Denying access to services necessary to effectively treat HIV for transgender patients creates an exponential problem that compromises public health.

55. Before the COVID-19 pandemic, epidemiologists and public health experts warned about the system failures they were witnessing. HIVMA and its members fear that HIV care may be reaching a similar crisis point if the Challenged Conditions are allowed to take effect.

56. As the Executive Director of HIVMA, I see that the prohibition of Ryan White funding for gender-affirming medical care and the requirement that Ryan White healthcare providers refrain from respecting the identities of their transgender patients as a condition for funding are contributing to the funding uncertainty, undue workforce strain and attrition, policy shifts, and rising social and economic instability that predate system failure. HIVMA, along with the American Academy of HIV Medicine, Association of Nurses in AIDS Care, GLMA—Health Professionals Advancing LGBTQ+ Equality, and the International Association of Providers of AIDS Care, has joined together in the Emergency HIV Clinical Response Task Force to respond to these threats. The goal of this task force is to monitor and better understand how threats and restrictions on federal funding are impacting HIV care. Based on the 2025 surveys, gender-affirming medical care is the service area most at risk of disruption. By monitoring these threats, HIVMA can advocate for policies that respond to the needs of our members and their patients.

57. HIVMA members cannot achieve the goal of advancing a comprehensive and humane response to the HIV epidemic without addressing the needs of transgender people living with HIV.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June _9_, 2026

Andrea Weddle

____________________________

Andrea Weddle
Executive Director, HIVMA