**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE; HIV MEDICINE ASSOCIATION, a division of the INFECTIOUS DISEASES SOCIETY OF AMERICA; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; JENNIFER K. BRODY, MD; and CHRISTOPHER B. FOX, NP, | |
| *Plaintiffs*, | Case No. |
| v. | |
| HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of the Health Resources and Services Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services, | |
| *Defendants*. | |

**DECLARATION OF JOSÉ M. ZUNIGA, PRESIDENT AND CHIEF EXECUTIVE OFFICER OF THE INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE**

I, José M. Zuniga, hereby state as follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I am the President and Chief Executive Officer of the International Association of Providers of AIDS Care ("IAPAC"), which is an organizational plaintiff in this case bringing claims on behalf of its members and the transgender patients of its members.

4. I joined IAPAC in 1997 as Vice President and have served as its President and CEO since 2000. In 2020, I also became the President and CEO of the Fast-Track Cities Institute, a global network of urban providers and the world's largest urban health initiative, which unites more than 600 cities and municipalities worldwide to accelerate progress towards achieving health-related goals in relation to HIV. As IAPAC's President and CEO, I oversee the association's medical education and technical assistance initiatives. As part of this role, I lecture at various academic institutions, publish research, and write and edit books related to HIV/AIDS care. I also serve as an Editor Emeritus for the *Journal of the International Association of Providers of AIDS Care*, and I am a trustee of IAPAC. I formerly served as a member of the Joint United Nations Programme on HIV/AIDS Scientific and Technical Advisory Committee.

5. I submit this declaration in support of Plaintiffs' Motion for Preliminary Relief under 5 U.S.C. § 705 and for a Preliminary Injunction, which seeks to prevent Defendants from giving effect to certain conditions relating to transgender people and gender-affirming medical care set forth in Ryan White HIV/AIDS Program ("Ryan White Program") Notices of Funding Opportunity issued or forecasted to be issued in 2026 and the 2026 Updated HRSA General Terms and Conditions, issued on March 11, 2026.

6. In this declaration, I explain that transgender people are more likely than others to acquire HIV for many reasons, including social, economic, and legal exclusion, and that the Ryan White Program is a lifeline that ensures comprehensive primary care for people living with HIV. Using survey results, I show that providers are experiencing unwanted operational changes that

impact the most vulnerable populations, including transgender people, and that losing the ability to provide gender-affirming medical care will cause patients to discontinue HIV care. I conclude by explaining that the Challenged Conditions will cause long-term harm to clinic providers and their patients, such as loss of revenue and closure of clinics, poor health outcomes for transgender patients, and the further destabilization of the American HIV response.

## I. Background on IAPAC

7. IAPAC is a 501(c)(3) nonprofit membership organization and the largest world-wide association of clinicians and allied health professionals working to end AIDS as a public health threat by 2030 with programming in over 150 countries.

8. IAPAC's mission is to expand access to and improve the quality of prevention, care, treatment, and support services provided to people affected by and living with HIV and its co-occurring conditions.

9. IAPAC's history spans decades. The Physicians Association for AIDS Care ("PAAC") was established in 1985 as the first organization to support physicians as they struggled to care for people who, given limited treatment options, were dying of AIDS-related complications.

10. PAAC was the precursor to IAPAC. In 1995, coinciding with the advent of antiretroviral therapy ("ART"), PAAC expanded its U.S.-centric geographic focus to one inclusive of all regions of the world. That same year, the association was renamed the International Association of Physicians in AIDS Care. The association was again re-named in 2012 to the International Association of Providers of AIDS Care to reflect the variety of clinicians and lay-providers engaged in the global battle against HIV/AIDS.

11. IAPAC has over 30,000 clinical provider and community health worker members worldwide, with more than 8,500 members in the United States. IAPAC performs traditional functions of professional medical associations, develops HIV care guidelines, and advances global initiatives to end the HIV epidemic. IAPAC also manages the Fast-Track Cities network.

12. IAPAC members represent a broad cross-section of clinicians across the country. Those members accept a mix of Medicaid, Ryan White funding, private insurance, and other sources to fund their HIV care. Survey research conducted by the Emergency HIV Clinical Response Task Force, of which IAPAC is a member, indicates that 67% of HIV medical providers rely on the Ryan White Program to provide comprehensive HIV care. A copy of the Emergency HIV Clinic Response Task Force's report, titled *HIV Response in U.S. Experiencing Renewed Strain*, published in April 2026 is attached hereto as **Exhibit A**.

13. Indeed, over 60% of IAPAC's members provide medical care to their patients with HIV with funding from the Ryan White Program, including through funding under all its parts as well as any supplementary funding. For their transgender patients, this often includes hormone therapy as treatment for their gender dysphoria (also known as "gender-affirming hormone therapy" or "gender-affirming medical care").

14. One of IAPAC's functions is providing clinicians and allied health professionals with education on scientific advancements and best practices in HIV medicine. IAPAC hosts conferences and workshops, publishes the *Journal of the International Association of Providers of AIDS Care*, and coordinates multidisciplinary online educational activities specific to key challenges in reaching hard-to-reach populations of people who are vulnerable to HIV.

15. Given the disproportionate impact of the HIV epidemic on LGBTI+ people, IAPAC has published several resources specific to the health of these populations in relation to HIV care.

For example, in 2021, IAPAC conducted a study that included assessments of fifty cities and municipalities from four geographic regions, as well as 275 key informant interviews with people involved in LGBTI+ health issues at the community level. The study's results are featured in "LGBTI+ Health Equity: A Global Report of 50 Fast-Track Cities," which reflects outcomes across multiple public health and social determinants of health indicators that affect the lives of LGBTI+ people across the Fast-Track Cities network. A copy of the report is attached hereto as **Exhibit B.** IAPAC also published a fact sheet on transgender people that is available on its website and was last reviewed in June 2025. A copy of IAPAC's transgender people fact sheet is attached hereto as **Exhibit C.**

## II. HIV and Transgender People

16. The link between LGBTI+ health equity and our work at IAPAC is perhaps obvious given the longstanding and staggering disparities that LGBTI+ individuals[1] face with respect to HIV. And given my work in this field as well as my role at IAPAC, I am familiar with and must keep informed of the relation between LGBTI+ people and HIV.

17. The first cases of what came to be known as AIDS were detected in gay men in 1981. At the beginning, AIDS was perceived not as a national health problem but as a problem for "homosexuals" and people who inject drugs. As a 2011 report by the Institute of Medicine documents: "Because of the marginal status of these groups, societal response to the epidemic was slow. It was not until there was widespread awareness that AIDS was affecting the 'mainstream'

---

[1] In health research, including some of IAPAC's publications, we refer to sexual and gender minorities in lieu of using "LGBT" or "LGBTI+" people. Sexual minorities are individuals whose sexual attraction, behavior, and/or identity is something other than exclusively heterosexual. Gender minorities include individuals whose gender identity is something other than cisgender and may also include individuals whose gender expression rather than identity does not conform with established social norms. In this declaration, I use the terms "sexual and gender minorities" to be synonymous and encompassing of "LGBT" people. The acronym LGBTI+ is used as an umbrella term to describe sexual and gender minorities as well as intersex individuals.

population that the disease garnered significant attention. Indeed, it was Ryan White, an Indiana adolescent who acquired AIDS through treatment for hemophilia, who became the sympathetic face of AIDS to the nation."[2]

18. The response of the federal government to the epidemic was likewise slow. Throughout most of the 1980s, AIDS was seldom acknowledged by the federal government, and research and prevention efforts were hampered by the stigma associated with being gay. Moreover, virtually no attention was paid to infection rates in the transgender community until the mid-1990s, because transgender people were not understood to be separate from the category of gay men in federal research efforts. As a result, AIDS claimed the lives of a significant portion of the generations of LGBT people who came of age during and after the World War II era and dramatically altered the LGBT community in numerous ways.

19. While the cultural climate in the United States affecting people with HIV has positively improved since the early days of the AIDS epidemic, stigmatization continues to affect all LGBT people, including those living with HIV. Indeed, HIV continues to be a major public health concern among sexual and gender minority populations.

20. As our LGBTI+ Health Equity report documents, the risk of acquiring HIV among transgender and other gender minority individuals is thirteen times that of the cisgender population. While HIV prevalence data among the transgender community remains scarce, we know that transgender people are disproportionately affected by the HIV epidemic. According to the Centers for Disease Control and Prevention ("CDC"), transgender people make up 2% of new

---

[2] Inst. of Med., The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding 68 (2011).

HIV diagnoses in recent year-to-year data[3] despite comprising only about 1% of the United States population aged 13 and older.[4]

21. The existing data specific to transgender people demonstrate a heavy burden of HIV among transgender women, specifically transgender women who have sex with cisgender men. Transgender women are one of the groups most affected by HIV and are forty-nine times more likely to have HIV than the general population.

22. Disparities exist even within this population on intersectional aspects of their identity. For example, racial and ethnic disparities are stark among transgender women in the United States: 62% of Black/African-American transgender women and 35% of Latina/Hispanic transgender women have HIV, while only 17% of White transgender women have HIV. In other words, and as the LGBTI+ Health Equity report states, in the United States, Black transgender individuals are five times more likely to be living with HIV than transgender and nonbinary people in general.

23. CDC data also show that in the United States, HIV diagnoses among transgender people vary by region, with the highest number of new HIV diagnoses among transgender people occurring in the South.

24. There are many factors that put transgender people at heightened risk of HIV, including social, economic, and legal exclusion. As documented in our fact sheet, transgender people face stigma and discrimination, which contributes to higher levels of unemployment,

---

[3] Ctrs. for Disease Control and Prevention, *Fast Facts: HIV and Transgender People* (Mar. 28, 2024) https://tinyurl.com/4a38tazk [https://web.archive.org/web/20250103203335/https://www.cdc.gov/hiv/data-research/facts-stats/transgender-people.html]. A copy of the CDC Fact Sheet is attached hereto as **Exhibit D**.

[4] Williams Inst., Ucla Sch. Of L., *How Many Adults and Youth Identify as Transgender in The United States?* (Aug. 2025), https://tinyurl.com/3haevkt5 [https://perma.cc/M2BZ-9QXK].

poverty, homelessness, sex work, depression and other mental health issues, substance use, incarceration, and violence, all of which are linked to higher rates of HIV. Most transgender people have experienced some form of abuse or harassment because of their gender identity or presentation. This may negatively impact access to HIV testing, care, and/or treatment for HIV. Many patients of IAPAC members report co-occurring social conditions that exacerbate the risk of HIV, such as homelessness, sexual violence, and poverty.

25. In addition, many transgender people have had negative experiences with healthcare providers, which discourages them from seeking care. Finding providers who are knowledgeable about and sensitive toward transgender people can be challenging, but is critically important. Transgender people may not have access to HIV prevention information or adequate treatment when providers are not affirming of their identities. In fact, transgender people may delay seeking treatment due to transphobia and insensitivity among healthcare professionals.

26. Delays in treatment initiation lead to increased morbidity and mortality, and deny transgender patients the therapeutic and preventive benefits of achieving an undetectable viral load. The WHO has reported that a person living with HIV who achieves an undetectable viral load cannot sexually transmit HIV to a sexual partner.[5]

27. As the World Health Organization's *Consolidated Guidelines on HIV, Viral Hepatitis and STI Prevention, Diagnosis, Treatment and Care for Key Populations*, published in 2022, and which IAPAC's transgender people fact sheet references, states: "The high vulnerability and specific health needs of trans and gender diverse people necessitates a distinct and independent

---

[5] Ministry Of Pub. Health Of Thail., World Health Org. & Joint United Nations Programme On Hiv/Aids, People Living With Hiv With An Undetectable Viral Load Cannot Transmit Hiv Sexually (Feb. 21, 2020), https://tinyurl.com/2mr3ejfy [https://perma.cc/AY6V-S5V8].

status in the global HIV response."[6] This means that "[g]ender affirmation is often a priority intervention for the trans and gender diverse community."[7]

## III. HIV Healthcare Disruptions Since 2025

28. Despite decades of progress in HIV prevention and treatment, the HIV response in the United States is experiencing renewed strain. Funding uncertainty, workforce attrition, policy shifts, and rising social and economic precarity are reshaping the delivery of HIV services at the clinic and community levels. In June 2025, in response to reports of HIV clinical and supportive service disruptions, five U.S.-based professional medical and nursing associations—the American Academy of HIV Medicine, Association of Nurses in AIDS Care, Gay and Lesbian Medical Association, HIV Medicine Association, and IAPAC—launched the Emergency HIV Clinical Response Task Force. We launched the task force because we were hearing reports of HIV clinical and supportive service disruptions in the United States caused by the Trump administration, despite decades of progress in HIV prevention and treatment. The Task Force administered two nationwide Emergency HIV Clinical Response Surveys in the summer and winter of 2025 to quantify the scope, nature, and equity dimensions of these disruptions as experienced by frontline HIV service providers across the United States. In April 2026, the Task Force published the results of the winter survey, titled *HIV Response in U.S. Experiencing Renewed Strain* (Exhibit A). Just under 400 clinical providers completed the survey across forty-seven states and Puerto Rico. Respondents included physicians, nurses, pharmacists, case managers, social workers, and community-based providers working across academic medical centers, Federally Qualified Health Centers, hospitals,

---

6 World Health Org., Consolidated Guidelines on HIV, Viral Hepatitis & STI Prevention, Diagnosis, Treatment and Care for Key Populations 54 (2022), https://tinyurl.com/4jr928hy [https://perma.cc/9GNL-6CGG].

7 *Id.*

private medical practices, and outreach settings. Moving forward, the Task Force will continue to field this survey quarterly until the need dissipates.

29. 68% of HIV care providers who responded to the surveys reported unwanted operational changes in their clinical settings from July to October 2025 due to changes in federal or state policies or funding cuts. Respondents reported medical service disruptions to patients caused by the closure of programs, reduction in ability to provide services, and adjustment of staffing, including staff layoffs. 61% of respondents reported at least one HIV service disruption in their clinic setting. These disruptions in medical service spanned the HIV care continuum, with the highest amount of disruption impacting gender-affirming medical care. These disruptions were largely caused by federal policy directives under the current administration.

30. These disruptions impacted the most vulnerable populations, with respondents identifying transgender people (40%) and immigrants (38%) as key populations most affected by population-level disruptions in HIV care. HIV care disruptions are particularly harmful for vulnerable patients who are less likely to receive adequate healthcare due to barriers to care, including housing instability, food insecurity, loss of health insurance, fear of immigration enforcement, loss of employment, and mistrust in healthcare systems.

31. Most respondents experiencing care disruption identified the predominant cause as insurance lapses or loss and reported that the most urgent resource needed to safeguard continuity of HIV services was funding, with specific emphasis on the Ryan White program. Several respondents gave detailed responses beyond the pre-written survey options, specifically noting "continued access to gender-affirming care" and "protection for gender-affirming care" as the most urgent resources or assistance needed to safeguard the continuity of HIV-related services. Additionally, multiple providers described losing transgender patients living with HIV because the

providers could no longer provide gender-affirming medical care due to institutional or state policies. One provider explained that "continued profiling of immigrants and transgender individuals is causing severe mental health issues and distress," leading to current and anticipated service disruptions. Another provider explained that a loss of Ryan White funding would be devastating, and that transgender patients who "perceive changes" have already stopped following up with care, even when those changes have not occurred." Yet another provider wrote, "had to take gender-affirming care off my provider info page on our website because HRSA told us we had to." These prohibitive policies are impacting transgender patients' funding for care, access to care, and mental health due to discrimination.

## IV. Harms to IAPAC Members and their Transgender Patients

32. Given my experience in this field as well as my role in IAPAC, I am aware of the impacts that the restrictions on how HIV care providers may treat their transgender patients with HIV, including the use of Ryan White funding for gender-affirming medical care, may have on HIV care providers like IAPAC's members and their transgender patients.

33. Addressing disruptions in HIV care is imperative to safeguarding lives and decades of progress in the United States's HIV response. The Ryan White Program is vital to prevent these disruptions, as other sources of funding are not sufficient to cover patient needs.

34. Gender-affirming medical care is a vital pathway for transgender patients to receive HIV treatment. Consistent with the Ryan White Program's emphasis on ensuring comprehensive primary care and addressing people living with HIV's co-occurring conditions, we believe that ending the HIV epidemic requires that we meet people's whole health needs in the context of HIV prevention and treatment.

35. As noted, transgender people, and transgender women in particular, are vulnerable to HIV due to socioeconomic marginalization and discrimination in healthcare settings, and we know that transgender people are less likely to maintain regular contact with the healthcare system due to high costs and historic discrimination from providers. Research, like that presented at IAPAC's Continuum Conference and with which we are familiar, consistently shows that when transgender people feel supported and affirmed in their gender identity by health care providers, they are more likely to access HIV testing, engage with pre-exposure prophylaxis, adhere to ART, and achieve viral suppression.[8] Ryan White-funded clinics open the door for treatment for transgender patients who often do not access routine healthcare because clinicians can address patients' comprehensive health needs, including gender-affirming medical care, when administering HIV care.

36. It is my understanding that the current administration indicated that it is conditioning Ryan White funding on the non-promotion of gender ideology, which I understand the administration defined as acknowledging and respecting transgender patients' identities, and prohibiting the use of Ryan White funding for the provision of gender-affirming medical care, notwithstanding that this is an outpatient service for a co-occurring condition that many IAPAC members provide to their transgender patients with HIV.

37. IAPAC members are worried that they will lose their ability to provide gender-affirming medical care in the face of a restriction on gender-affirming medical care for the Ryan White Program. They report that hospital systems will likely end gender-affirming medical care programs rather than risk their funding. Members also fear legal exposure amid confusion about

---

[8] Martha O. de la Paz & Harry Barbee, Beyond Prevention: How Gender-Affirming Care Can Transform HIV Outcomes for Transgender and Gender-Diverse Populations, 115 AM. J. PUB. HEALTH 1613–14 (2025). A copy is attached as **Exhibit E**.

how they may address their transgender patients and what care they are permitted to provide to these patients. As such, this restriction would suddenly change the way providers engage in patient health literacy as well as create a barrier for HIV care and other critical services for transgender Ryan White patients.

38. Our members are concerned that transgender Ryan White patients are likely to discontinue HIV care if this restriction goes into effect. Many transgender patients distrust medical systems because of historic discrimination. Accordingly, trust between medical professionals and transgender patients is crucial for good health outcomes because it reduces healthcare avoidance—but the sudden inability to provide gender-affirming medical care will shatter that hard-earned trust in a way that cannot be repaired. As a result, patients will be less likely to continue any care, including HIV care, with their doctor. These patients will experience worse health outcomes without consistent HIV care, including an increase in viral load, immune system damage, and health complications. Moreover, an increase in viral load will allow for HIV transmission to others. Members worry that the nationwide gains made over the last few decades in decreasing HIV incidence will be reversed due to a key population largely losing access to care, which protects patient health and the broader health of the public.

39. Transgender patients who receive services with Ryan White Program funding would also experience immediate harm if their doctors are unable to provide their gender-affirming medical care with Ryan White funds or are prohibited from acknowledging or respecting their identities. Members worry that many transgender patients would lose access to gender-affirming medical care altogether because they simply could not afford it, or even—if alternative avenues of funding were available——would not come for visits for care unrelated to gender-affirming medical because their Ryan White-funded HIV care provider is prohibited from addressing them with the

right pronouns or in a manner that respects their identity. Most transgender patients in the Ryan White program who have healthcare coverage do so through Medicaid, which does not universally cover gender-affirming medical care.

40. The restriction would also undermine our members' ability to treat their patients by erasing data on transgender people living with or at risk of HIV. The Ryan White program generates significant amounts of data about its patients, which is helpful for our members' understanding of the HIV epidemic and patient needs. Without data on transgender patients, epidemiological data would become inaccurate, noncomprehensive, and create unnecessary HIV risks for both transgender and non-transgender populations. Providers and the communities they serve will be left in the dark about the scope of HIV outbreaks.

41. The restriction would also cause a drop in patients for providers, and as a result cause a loss of revenue for clinics. Members are anxious about the potential closure of clinics specializing in gender-affirming medical care, whether it be from funding loss, loss of revenue, or political pressure.

42. The downstream impacts of these restrictions will harm the ability of the United States to control the HIV epidemic. When any population is omitted from HIV care, it destabilizes the structures in place intended to prevent further cluster events and HIV outbreaks because health professionals lose key information needed to determine causes and solutions. Transgender patients, already vulnerable to HIV, will see worse health outcomes, while providers will have less capacity to address these issues.

## V. Conclusion

43. In the United States and around the world, transgender people are disproportionately affected by HIV. With early testing and treatment, transgender people with HIV

can live longer, healthier lives and prevent the sexual transmission of HIV among those who achieve an undetectable viral load.

44. Based on IAPAC and our members' experience and research, providing HIV care and comprehensive care, including gender-affirming medical care, that affirms transgender patients and addresses their health needs holistically, is an essential component of HIV treatment for transgender patients.

45. Omitting this piece from comprehensive medical care is contrary to best practice, accepted standards of care, and the experiences of IAPAC's members. It will only cause irreparable harm to HIV care providers and the health of their transgender patients. If the restrictions challenged in this case are allowed to go into effect and be incorporated into the Ryan Program, IAPAC members are at imminent risk of losing critical funding that they need to fulfill their obligation as medical providers and meet the health needs of their patients, and the health and wellbeing of transgender people with HIV will be endangered.

46. As IAPAC's LGBTI+ Health Equity report notes, the bottom line is that we cannot adequately address HIV and other health conditions without including LGBT populations, and we cannot adequately serve this population unless we understand its diversity and complexity. To end the HIV epidemic, those of us working in the field of HIV care and in any other area relevant to LGBT health equity must work holistically to end the disparities key populations face, including the transgender community.

I declare under penalty of perjury that the foregoing is true and correct. Dated: June 8, 2026

José M. Zuniga
President and CEO, IAPAC