# EXHIBIT D

CDC HIV

# Fast Facts: HIV and Transgender People

MARCH 28, 2024

For Everyone

Per a court order, HHS is required to restore this website to its version as of 12:00 AM on January 29, 2025. Information on this page may be modified and/or removed in the future subject to the terms of the court's order and implemented consistent with applicable law. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from truth. The Trump Administration rejects gender ideology due to the harms and divisiveness it causes. This page does not reflect reality and therefore the Administration and this Department reject it.

AT A GLANCE

Nearly 1 million people (.3%) identify as transgender in the United States (US), and transgender people made up 2% (671) of new HIV diagnoses in the US and dependent areas in 2019. Get the latest data on HIV among transgender people.



## Fast facts

HIV affects some groups more than others. Social and structural issues—such as HIV stigma, homophobia, discrimination, poverty, and limited access to high-quality health care—influence health outcomes and continue to drive inequities.

### HIV Diagnoses

HIV diagnoses refers to the number of people who received an HIV diagnosis during a given year.

#### HIV diagnoses among transgender people in the US and dependent areas, 2019




Of the **36,801 new HIV diagnoses** in the US and dependent areas in 2019, 2% (671) were among transgender people.

---

Ending the HIV Epidemic

**Overall Goal: Decrease the number of new HIV diagnoses to 9,588 by 2025 and 3,000 by 2030.**

Learn more about HIV diagnoses among transgender people.

Source: CDC. Diagnoses of HIV infection in the United States and dependent areas, 2019. *HIV Surveillance Report* 2021;32.

## HIV diagnoses among transgender people by race/ethnicity in the US and dependent areas, 2019

**Most new HIV diagnoses among transgender people were among Black/African American people.**






Learn more about HIV diagnoses among transgender people by race and ethnicity.

**Black* refers to people having origins in any of the Black racial groups of Africa. *African American* is a term often used for people of African descent with ancestry in North America.

†Hispanic/Latino people can be of any race.

Source: CDC. Diagnoses of HIV infection in the United States and dependent areas, 2019. *HIV Surveillance Report* 2021;32.

## HIV diagnoses among transgender people by age in the US and dependent areas, 2019




Learn more about HIV diagnoses among transgender people by age.

Source: CDC. Diagnoses of HIV infection in the United States and dependent areas, 2019. *HIV Surveillance Report* 2021;32.

HIV diagnoses among transgender people by region in the US and dependent areas, 2019*




Learn more about HIV diagnoses among transgender people by region.

*Regions used in CDC's National HIV Surveillance System: Northeast: CT, ME, MA, NH, NJ, NY, PA, RI, VT Midwest: IL, IN, IA, KS, MI, MN, MO, NE, ND, OH, SD, WI South: AL, AR, DE, DC, FL, GA, KY, LA, MD, MS, NC, OK, SC, TN, TX, VA, WV West: AK, AZ, CA, CO, HI, ID, MT, NV, NM, OR, UT, WA, WY

Source: CDC. Diagnoses of HIV infection in the United States and dependent areas, 2019. *HIV Surveillance Report* 2021;32.

HIV diagnoses among transgender people in the US and dependent areas, 2015-2019*




Learn more about trends in HIV diagnoses among transgender people.

*Changes in subpopulations with fewer HIV diagnoses can lead to a large percentage increase or decrease.

Source: CDC. Diagnoses of HIV infection in the United States and dependent areas, 2019. *HIV Surveillance Report* 2021;32.

## HIV testing

HIV testing is the gateway to care for people who have HIV and to prevention services for people who don't have HIV. CDC recommends that everyone between the ages of 13 and 64 get tested for HIV at least once as part of routine health care. People with certain risk factors should get tested at least once a year. A recent study found that transgender women have high rates of recent and lifetime HIV testing.

### HIV testing among transgender women in 7 US cities, 2019-2020*




Learn more about HIV testing among transgender women.

*Among people aged 18 and older.

Source: CDC. HIV infection, risk, prevention, and testing behaviors among transgender women–National HIV Behavioral Surveillance–7 U.S. Cities, 2019-2020. *HIV Surveillance Special Report* 2021.

## HIV prevention

There are many HIV prevention strategies available, including condoms; pre-exposure prophylaxis (PrEP); post-exposure prophylaxis (PEP); as well as interventions focused on risk reduction; adherence to HIV medicine; linkage to, retention in, and re-engagement in care; structural approaches; and engagement in PrEP care. Additionally, for people with HIV, treatment provides substantial benefits for personal health and reduces HIV transmission to others. This is sometimes called HIV treatment as prevention.

### HIV prevention interventions among transgender women in 7 US cities, 2019-2020*




Learn more about HIV prevention interventions among transgender women.

*Among people aged 18 and older.

Source: CDC. HIV infection, risk, prevention, and testing behaviors among transgender women–National HIV Behavioral Surveillance–7 U.S. Cities, 2019-2020. *HIV Surveillance Special Report* 2021.

### PrEP awareness and use among transgender women in 7 US cities, 2019-2020*

## PrEP is highly effective for preventing HIV from sex or injection drug use.




of transgender women without HIV were aware of PrEP




of transgender women without HIV used PrEP

Learn more about PrEP awareness and use among transgender women.

*Among people aged 18 and older.

Source: CDC. HIV infection, risk, prevention, and testing behaviors among transgender women–National HIV Behavioral Surveillance–7 U.S. Cities, 2019-2020. *HIV Surveillance Special Report* 2021.

### HIV prevalence

HIV prevalence is the number of people with HIV at a given time regardless of the time of infection.

HIV prevalence among transgender women in 7 US cities, 2019-2020*

## Racial and ethnic disparities exist among transgender women with HIV.



### Among transgender women interviewed, 42% had HIV.




of Black/African American transgender women had HIV




of Hispanic/Latina transgender women had HIV




of White transgender women had HIV

Learn more about HIV prevalence among transgender women.

*Among people aged 18 and older.

Source: CDC. HIV infection, risk, prevention, and testing behaviors among transgender women–National HIV Behavioral Surveillance–7 U.S. Cities, 2019-2020. *HIV Surveillance Special Report* 2021.

## Viral suppression and barriers to care

Viral suppression refers to the percentage of people with diagnosed HIV who have less than 200 copies of HIV per milliliter of blood.

### Transgender people with diagnosed HIV in 44 states and the District of Columbia, 2019




Learn more about HIV care and viral suppression among transgender people with diagnosed HIV.

*Had 2 viral load or CD4 tests at least 3 months apart in a year.

† Had less than 200 copies of HIV per milliliter of blood on most recent viral load test.

Source: CDC. Monitoring selected national HIV prevention and care objectives by using HIV surveillance data—United States and 6 Dependent Areas, 2019. *HIV Surveillance Special Report* 2021; 26(2).

Many people with HIV experience challenges with achieving and maintaining viral suppression over time. Some of these challenges include missing HIV medical appointments, needing but not receiving other important health care services, or missing doses of HIV treatment.

### Missed HIV medical care appointments among transgender people with diagnosed HIV in the US, 2020*

## Staying in HIV care is important to achieving and maintaining viral suppression.






of all people with HIV

of transgender people with HIV

missed at least 1 medical appointment in the past 12 months

Learn more about missed HIV medical care appointments among transgender people with diagnosed HIV.

*Among people aged 18 and older.

Source: CDC. Medical Monitoring Project.

HIV treatment among transgender people with diagnosed HIV in the US, 2020*

## Taking HIV medicine consistently and as prescribed is the best way to achieve and maintain viral suppression.






of all people with HIV

of transgender people with HIV

reported taking all of their doses of HIV medicine over the last 30 days

Learn more about HIV treatment among transgender people with diagnosed HIV.

*Among people aged 18 and older.

Source: CDC. Medical Monitoring Project.

Needed HIV ancillary services among transgender people with diagnosed HIV in the US, 2020*†

HIV ancillary care services are essential for supporting people in staying in HIV care and maintaining viral suppression.




THE TOP SERVICE TRANSGENDER PEOPLE WITH HIV REPORTED NEEDING IN 2020 WAS DENTAL CARE, WITH 17% SAYING THEY NEEDED BUT DID NOT RECEIVE IT.




Forty-one percent (41%) of all people with HIV needed, but did not receive, at least 1 HIV ancillary service in the past 12 months.

Learn more about needed HIV ancillary services among transgender people with diagnosed HIV.

*Among people aged 18 and older.

†HIV ancillary services, such as case management and mental health services, are services that support retention in HIV care and viral suppression.

Source: CDC. Medical Monitoring Project.

Homelessness among transgender people with diagnosed HIV in the US, 2020*

People who experience homelessness may find it difficult to get HIV care and treatment.






reported homelessness in the past 12 months

Learn more about homelessness among transgender people with diagnosed HIV.

*Among people aged 18 and older.

Source: CDC. Medical Monitoring Project.

Depression and anxiety among transgender people with diagnosed HIV in the US, 2020*




Learn more about depression and anxiety among transgender people with diagnosed HIV.

*Among people aged 18 and older.

Source: CDC. Medical Monitoring Project.

Median HIV stigma score among transgender people with diagnosed HIV in the US, 2020*




Learn more about HIV stigma experienced by transgender people with diagnosed HIV.

Median HIV stigma scores are presented based on a ten-item scale ranging from 0 (no stigma) to 100 (high stigma) that measures personalized stigma during the past 12 months, current disclosure concerns, current negative self-image, and current perceived public attitudes about people with HIV.

*Among people aged 18 and older.

Source: CDC. Medical Monitoring Project.

SOURCES

**CONTENT SOURCE:**

National Center for HIV, Viral Hepatitis, STD, and Tuberculosis Prevention; Division of HIV Prevention