**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al., <br><br> *Defendants*. | Case No. 1:26-cv-12638-WGY |

**DECLARATION OF JOSE ABRIGO**

I, Jose Abrigo, hereby state and declare as follows:

1.      I am a Senior Attorney at Lambda Legal Defense and Education Fund and counsel for Plaintiffs in the above-referenced litigation. I am admitted to practice in the State of New York and have applied for admission *pro hac vice* in this matter, which remains pending.

2.      I have personal knowledge of the matters stated herein and am competent to testify thereto.

3.      I submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Centers for Disease Control and Prevention's ("CDC") guidance titled *Sexually Transmitted Infections Treatment Guidelines: Transgender and Gender Diverse Persons* (2021), available at https://tinyurl.com/jcjskthp [https://perma.cc/PLX2-H25M].

5.      Attached hereto as **Exhibit B** is a true and correct copy of the "FY 2026 HRSA General Terms and Conditions," issued by the Health Resources and Services Administration

1

("HRSA") on March 11, 2026 (hereafter "**Updated FY2026 General Terms**"), and available at https://www.hrsa.gov/sites/default/files/hrsa/grants/manage/fy2026-hrsa-general-terms-and-conditions-2026-03-11-update.pdf [https://perma.cc/GK9K-2FZ4].

6.      Attached hereto as **Exhibit C** is a true and correct copy of HRSA's priorities webpage titled "Advancing HRSA's Mission Through Focused, Accountable Action," available at https://tinyurl.com/2j65ckdv [https://perma.cc/5TS2-8LE2] ("**HRSA Priorities**").

7.      Attached hereto as **Exhibit D** is a true and correct copy of the *Notice of Funding Opportunity, AIDS Drug Assistance Program (ADAP) Emergency Relief Funds (ERF)*, Opportunity No. HRSA-26-012, issued by HRSA on November 3, 2025 (hereafter "**ADAP NOFO**").

8.      Attached hereto as **Exhibit E** is a true and correct copy of Executive Order No. 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025) (hereafter "**Gender Order**").

9.      Attached hereto as **Exhibit F** is a true and correct copy of the GLAAD webpage titled "Medical Association Statements Supporting Trans Youth Health Care and Against Discriminatory Bills," available at https://tinyurl.com/3n2tp54t [https://perma.cc/WV6P-F9PC].

10.      Attached hereto as **Exhibit G** is a true and correct copy of the Advocates for Trans Equality webpage titled "Medical Organization Statements," available at https://tinyurl.com/4tnf3ny4 [https://perma.cc/A78N-DQMP].

11.      Attached hereto as **Exhibit H** is a true and correct copy of the article titled "Making a Statement: Positions of Professional Medical Organizations on Gender-Affirming Care," published in the *Annals of Surgery* in February 2025, available at https://tinyurl.com/yhndcw5t [https://perma.cc/QG8B-V5BC].

12.     Attached hereto as **Exhibit I** is a true and correct copy of the *Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part B States/Territories Supplemental Grant Program*, Opportunity No. HRSA-26-074, issued by HRSA on June 8, 2026.

13.     Attached hereto as **Exhibit J** is a true and correct copy of the *Notice of Funding Opportunity: Ryan White HIV/AIDS Program Part C Capacity Development Program*, Opportunity No. HRSA-26-061, issued by HRSA on June 5, 2026.

14.     Attached hereto as **Exhibit K** is a true and correct copy of the *Notice of Funding Opportunity: Ryan White HIV/AIDS Program Part F Dental Reimbursement Program*, Opportunity No. HRSA-26-085, issued by HRSA on June 8, 2026.

15.     Attached hereto as **Exhibit L** is a true and correct copy of an excerpt of the transcript of the preliminary injunction hearing held on May 22, 2025 before the Honorable Jon S. Tigar in *San Francisco AIDS Foundation, et al. v Trump, et al.,* No. 25-cv-01824-JST, in the U.S. District Court for the Northern District of California.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026.

 */s/ Jose Abrigo*
Jose Abrigo

3