**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of Health Resources and Services Administration; U.S. DEPARTMETN OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S. Department of Health and Human Services, <br><br> Defendants. | Civil Action No. 1:26-cv-12638-WGY |

## DEFENDANTS' *ASSENTED TO* MOTION FOR LEAVE TO FILE AN OPPOSITION IN EXCESS OF 20 PAGES

Defendants respectfully request that the Court grant leave for Defendants to file their forthcoming opposition to Plaintiffs' Motion for Preliminary Relief Under 5 U.S.C. § 705 and Preliminary Injunction exceeding the 20-page limit set by Local Rule 7.1(b)(4). Specifically, Defendants request that the Court enlarge the page limit from 20 pages to 40 pages. As support for this motion, Defendants state as follows:

1. Given the nature of Plaintiffs' claims, in which they seek to enjoin the government from including certain terms and conditions in their grant awards, Defendants respectfully request a modest enlargement of the 20-page limit set forth in Local Rule 7.1(b)(4) to thoroughly respond to the arguments raised in Plaintiffs' motion.

2.    Defendants' counsel has conferred with counsel for Plaintiffs, who assents to the relief requested by this motion.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court allow this motion and permit Defendants to file the forthcoming response to Plaintiffs' Motin for Preliminary Relief to 40 pages in length.

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

Dated: June 24, 2026                    By:    */s/ Nicole M. O'Connor*
                                               Nicole M. O'Connor
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA 02210
                                               Tel.: 617-748-3112
                                               Email: Nicole.O'Connor@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that I conferred with counsel for Plaintiffs prior to filing this motion, who assented to the relief requested herein.

Dated: June 24, 2026

                                        By:    */s/ Nicole M. O'Connor*
                                               Nicole M. O'Connor
                                               Assistant United States Attorney

**<u>CERTIFICATE OF SERVICE</u>**

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 24, 2026                    By:    */s/ Nicole M. O'Connor*
                                                Nicole M. O'Connor
                                                Assistant United States Attorney