|  |  |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-12638-WGY |
| HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**PLAINTIFFS' ASSENTED TO MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Plaintiffs, by and through their counsel, respectfully move for a three-day extension of time to file their reply in support of their Motion for Preliminary Relief under 5 U.S.C. § 705 and a Preliminary Injunction, from June 29, 2026 to July 2, 2026. As grounds for this motion, Plaintiffs state as follows:

1.      Plaintiffs filed their Motion for Preliminary Relief under 5 U.S.C. § 705 and a Preliminary Injunction on June 11, 2026. (Dkt. 9).

2.      Defendants' response to the Motion is due on June 26, 2026.  Plaintiffs' reply is currently due June 29, 2026, which Plaintiffs had assented to with the expectation that a hearing would occur on July 2, 2026. The Motion hearing was rescheduled to July 9, 2026.

3.      Plaintiffs request a modest extension of the reply date in order to thoroughly respond to the arguments raised in Defendants' response.  The proposed reply date is one week in advance of the Motion hearing.

4. Plaintiffs' counsel have conferred with counsel for Defendants, who assent to the relief requested by this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the time period to file their reply by three days, from Monday, June 29, 2026, to Thursday, July 2, 2026.

Dated: June 25, 2026

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*

Jeffrey S. Trachtman*
Jason M. Moff*
Hannah Kanter*
Stephen P. Ferguson*
**HERBERT SMITH FREEHILLS
KRAMER (US) LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
jeffrey.trachtman@hsfkramer.com
jason.moff@hsfkramer.com
hannah.kanter@hsfkramer.com
stephen.ferguson@hsfkramer.com

Omar Gonzalez-Pagan (BBO No. 678517)
Jose I. Abrigo*
Jessica Polansky*
Charlie Ferguson*
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@ lambdalegal.org
jabrigo@lambdalegal.org
jpolansky@lambdalegal.org
cferguson@lambdalegal.org

Ryan P. Trumbauer*
**HERBERT SMITH FREEHILLS
KRAMER (US) LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Facsimile: 202-775-4510
ryan.trumbauer@hsfkramer.com

Kenneth D. Upton, Jr.*
**Lambda Legal Defense
and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

* Admitted *pro hac vice*.

Pelecanos*
**Lambda Legal Defense
and Education Fund, Inc.**
800 South Figueroa St., Suite 1260[†]
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org

[†] Mailing address only

## <u>RULE 7.1 CERTIFICATE OF COMPLIANCE</u>

I certify that, on June 25, 2026, counsel for Plaintiffs conferred with counsel for Defendants, who assented to the relief requested herein.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system, and that service was effected by and through the Court's CM/ECF system, which sends it electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)