**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.,*<br><br>*Defendants*. | Case No. 1:26-cv-12638-WGY |

**REPLY DECLARATION OF JOSE ABRIGO IN SUPPORT OF PLANTIFFS' MOTION FOR PRELIMINARY RELIEF UNDER 5 U.S.C. § 705 AND PRELIMINARY INJUNCTION**

I, Jose Abrigo, hereby state and declare as follows:

1. I am Counsel at Lambda Legal Defense and Education Fund and counsel for Plaintiffs in the above-referenced litigation. I am admitted to practice in the State of New York, and I am admitted *pro hac vice* in this matter.

2. I have personal knowledge of the matters stated herein and am competent to testify thereto.

3. I submit this Reply Declaration in support of Plaintiffs' Motion for Preliminary Relief Under 5 U.S.C. § 705 and Preliminary Injunction.

4. Attached hereto as **Exhibit J** is a true and correct copy of the *Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas*, Opportunity No. HRSA-26-067, issued by HRSA on June 11, 2026.

5. Attached hereto as **Exhibit K** is a true and correct copy of a July 2, 2026 printout of the Version History webpage on Grants.gov for the funding opportunity titled *Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas*, Opportunity No. HRSA-26-067.

6. Attached hereto as **Exhibit L** is a true and correct copy of a July 2, 2026 printout of the Version History webpage on Grants.gov for the funding opportunity titled *Ryan White HIV/AIDS Program Part B States/Territories Supplemental Grant Program*, Opportunity No. HRSA-26-074.

7. Attached hereto as **Exhibit M** is a true and correct copy of a July 2, 2026 printout of the Version History webpage on Grants.gov for the funding opportunity titled *Ryan White HIV/AIDS Program Part C Capacity Development Program*, Opportunity No. HRSA-26-061.

8. Attached hereto as **Exhibit N** is a true and correct copy of a July 2, 2026 printout of the Version History webpage on Grants.gov for the funding opportunity titled *Ryan White HIV/AIDS Program Part F Dental Reimbursement Program*, Opportunity No. HRSA-26-085.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2026.

*/s/ Jose Abrigo*
Jose Abrigo