# EXHIBIT K

An official website of the United States government Here's how you know



# VIEW GRANT OPPORTUNITY

View similar opportunities

HRSA-26-067

Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas

Department of Health and Human Services

Health Resources and Services Administration

Apply

Subscribe

SYNOPSIS VERSION HISTORY RELATED DOCUMENTS PACKAGE

## Version History

Click on Version Name to view previous versions of this grant opportunity. Modifications from the previous version are highlighted with a light gray background. For more information on versions, see Online Help.

### Synopsis History:

| Version | Modification Description | Updated Date |
|---|---|---|
| Synopsis 1 | | Jun 11, 2026 |

### Forecast History:

| Version | Modification Description | Updated Date |
|---|---|---|
| Forecast 9 | Updated the estimated posting date and application due date. | May 27, 2026 |
| Forecast 8 | Updated the estimated posting date and application due date. | May 27, 2026 |
| Forecast 7 | Updated the estimated posting date and application due date. | May 14, 2 |

| Version | Modification Description | Updated Date |
|---|---|---|
| Forecast 6 | Updated the estimated posting date and application due date. | May 14, 2026 |
| Forecast 5 | Updated the estimated application due date. | Apr 20, 2026 |
| Forecast 4 | Updated the estimated application due date. | Apr 20, 2026 |
| Forecast 3 | Updated the Estimated Post Date | Mar 23, 2026 |
| Forecast 2 | Updated the Estimated Post Date | Mar 23, 2026 |
| Forecast 1 | | Dec 19, 2025 |

# DISPLAYING: Synopsis 1

## General Information

**Document Type:** Grants Notice

**Funding Opportunity Number:** HRSA-26-067

**Funding Opportunity Title:** Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas

**Opportunity Category:** Discretionary

**Opportunity Category Explanation:**

**Funding Instrument Type:** Grant

**Version:** Synopsis 1

**Posted Date:** Jun 11, 2026

**Last Updated Date:** Jun 11, 2026

**Original Closing Date for Applications:** Jul 13, 2026 Electronically submitted applications must be submitted no later than 11:59 p.m., ET, on the listed application due date.

**Current Closing Date for Applications:** Jul 13, 2026 Electronically submitted applications must be submitted no later than 11:59 p.m., ET, on the listed application due date.

**Archive Date:** Oct 31, 2026

**Estimated Total Program Funding:** $69,000,000

**Category of Funding Activity:** Health

**Award Ceiling:** $2,000,000

**Award Floor:** $115,000

**Category Explanation:**

**Expected Number of Awards:** 111

**Assistance Listings:** 93.153 -- Coordinated Services and Access to Research for Women, Infants, Children, and Youth

**Cost Sharing or Matching Requirement:** No

## Eligibility

**Eligible Applicants:**
State governments
City or township governments
Native American tribal governments (Federally recognized)
Small businesses
Private institutions of higher education
Others (see text field entitled "Additional Information on Eligibility" for clarification)
Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education
County governments
Native American tribal organizations (other than Federally recognized tribal governments)
For profit organizations other than small businesses
Public and State controlled institutions of higher education
Nonprofits having a 501(c)(3) status with the IRS, other than institutions of

Search Results Detail | Grants.gov

higher education
Special district governments

**Additional Information on Eligibility:** This competition is open to current RWHAP Part D grant recipients and new, eligible applicant organizations proposing to provide RWHAP Part D family-centered care in outpatient or ambulatory care settings to low income women, infants, children, and youth (WICY) with HIV in the entire service area as identified in the FY 2026 NOFO. As identified in section 2671 of the Public Health Service (PHS) Act, eligible applicants include public and nonprofit private entities (including a health facility operated by or pursuant to a contract with the Indian Health Service) that provide family-centered care involving outpatient or ambulatory care for WICY with HIV.

## Additional Information

**Agency Name:** Health Resources and Services Administration

**Description:** The purpose of the Ryan White HIV/AIDS Program (RWHAP) Part D program is to provide family-centered care in outpatient or ambulatory care settings to low-income women (25 years and older) with HIV, infants (up to 2 years of age) exposed to or with HIV, children (ages 2 to 12) with HIV, and youth (ages 13 to 24) with HIV. The RWHAP Part D funding is intended to improve access to coordinated and comprehensive HIV medical care and support services). The services often include case management, behavioral health, nutrition services, and referrals to specialty care. As the only component of the RWHAP that supports services for affected individuals not living with HIV, Part D may fund services when the primary purpose is to enable the affected individual to participate in the care of a person with HIV, to directly remove barriers to care for the person with HIV, or to promote family stability.

**Link to Additional Information:**

**Grantor Contact Information:** If you have difficulty accessing the full announcement electronically, please contact:
Ijeamaka Ogbonna
AskPartD@hrsa.gov
AskPartD@hrsa.gov

## Similar Opportunities (identified by AI)

HRSA-26-074 HRSA-26-057 HRSA-26-036 HRSA-26-070

SM-26-022

Return to top

### Connect with Us

[Blog]
Twitter
YouTube
Alerts
RSS
XML Extract
Get Adobe Reader

### Health & Human Services

HHS.gov
EEOC / No Fear Act
Accessibility
Privacy
Vulnerability Disclosure Policy
Disclaimers
Site Map

### Community

USA.gov
WhiteHouse.gov
USAspending.gov
SBA.gov
SAM.gov
Report Fraud

### Additional Help

Chat now with Grant
Frequently Asked Questions

GRANTS.GOV[SM]
FIND. APPLY. SUCCEED.[SM]