UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE; HIV MEDICINE ASSOCIATION, a division of the INFECTIOUS DISEASES SOCIETY OF AMERICA; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; JENNIFER K. BRODY, MD; and CHRISTOPHER B. FOX, NP,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HEALTH RESOURCES AND SERVICES; ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of the Health Resources and Services Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 26-cv-12638-WGY |

YOUNG, D.J.                                          July 20, 2026


**ORDER**

The Plaintiffs in this case are "HIV care providers and associations whose members are HIV care providers."  Compl. ¶ 12.  The Defendants are United States government officials being sued in their official capacities and federal agencies.  Id. ¶¶ 42-45.  The dispute concerns the administration of the Ryan

[1]

White Care Act, codified as amended at 42 U.S.C. §§ 300ff-11 to 300ff-140.  The Plaintiffs filed the complaint on June 10, 2026.  ECF No. 1.  The same day, the Plaintiffs filed a Motion Preliminary Relief Under 5 U.S.C. § 705 and Preliminary Injunction, ECF No. 9, and Memorandum of Law in Support of Plaintiff's Motion for Preliminary Relief Under 5 U.S.C. § 705 and Preliminary Injunction.  ECF No. 10.  The Defendants opposed the Motion, ECF No. 46, and the Plaintiffs filed a Reply to the opposition.  ECF No. 47.

In accordance with Rule 65(a), the Motion for Preliminary Injunction, ECF No. 9, is collapsed with trial on the merits.  Fed. R. Civ P. 65(a).  The parties shall, within the next fourteen days days, confer and propose a joint pretrial schedule.  The schedule shall include the proposed filing date of the Administrative Record.  The final pretrial conference is hereby scheduled for September 9, 2026 at 2:30 PM in Courtroom 18.


**SO ORDERED.**


WILLIAM G. YOUNG
DISTRICT JUDGE


[2]