**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-12638-WGY |

**JOINT STIPULATION AND PROPOSED PRE-TRIAL SCHEDULE**

Pursuant to the Court's July 20, 2026 Order scheduling a final pre-trial conference in this matter for September 9, 2026, and directing the parties to propose a joint pretrial schedule, the parties hereby stipulate and propose as follows:

1. Defendants shall file any answer to Plaintiffs' Complaint and the Administrative Record on or before **August 14, 2026**. The parties agree that any motion to dismiss relating to Plaintiffs' APA claims shall be filed in connection with the pre-trial briefing schedule set forth below.
2. Plaintiffs shall file any motion to supplement, modify, or complete the Administrative Record on or before **August 24, 2026**. Defendants shall file any response to any such motion on or before **August 27, 2026**.
3. The parties shall file simultaneous opening pre-trial briefs of no more than 40 pages each on or before **September 1, 2026**. The parties shall file simultaneous response pre-trial briefs of no more than 20 pages each on or before **September 8, 2026**.

4. On or before **August 25, 2026**, the parties shall meet and confer concerning any exhibits and declarations they intend to present at trial. Should the parties agree to the authenticity and admissibility of any exhibits or declarations the parties expect to offer at trial, then the parties shall submit a stipulation setting forth that agreement, with reference to such exhibits or declarations, on or before **September 1, 2026**. Otherwise, on or before **September 1, 2026**, the parties shall submit a list of any exhibits or declarations they each intend to present at trial. Objections to any such evidence shall be filed on or before **September 4, 2026**, and responses to any such objections shall be filed on or before **September 8, 2026**.
5. The parties have agreed, and hereby stipulate, that the parties shall present witness testimony via declaration(s) and no live testimony will be provided unless otherwise ordered by the Court.
6. All filing deadlines herein are at 6:00 p.m. Eastern time on the date provided.

The parties additionally state that they are available for a trial in this matter on **September 10, 17, 18, 23, 24, or 25, 2026**, and respectfully propose that the Court schedule the bench trial/hearing on one of those dates.

The parties further agree that the upcoming trial should be limited to the claims under the Administrative Procedures Act, i.e., Claims I – IV, and that the parties shall jointly propose a case management schedule, if necessary, pertaining to Plaintiffs non-APA claims, i.e., Claims V-VII, following the Court's decision with regards to Plaintiffs' APA claims.

Dated: July 30, 2026

Respectfully submitted,

**For Plaintiffs:**

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
Jose I. Abrigo*
Jessica Polansky*
Charlie Ferguson*
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
jabrigo@lambdalegal.org
jpolansky@lambdalegal.org
cferguson@lambdalegal.org

Kenneth D. Upton, Jr.*
**Lambda Legal Defense and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

Pelecanos*
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa St., Suite 1260†
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org
† Mailing address only

Jeffrey S. Trachtman*
Jason M. Moff*
Hannah Kanter*
Stephen P. Ferguson*
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
jeffrey.trachtman@hsfkramer.com
jason.moff@hsfkramer.com
hannah.kanter@hsfkramer.com
stephen.ferguson@hsfkramer.com

Ryan P. Trumbauer*
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Facsimile: 202-775-4510
ryan.trumbauer@hsfkramer.com

* Admitted *pro hac vice.*

*Counsel for Plaintiffs*

**For Defendants:**

*/s/ Nicole M. O'Connor (with permission)*
Nicole M. O'Connor
Rayford A. Farquhar
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
Telephone: 617-748-3100
nicole.o'connor@usdoj.gov
rayford.farquhar@usdoj.gov

*Counsel for Defendants*