**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,

*Plaintiffs*,

v.

HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,

*Defendants*.

Case No. 1:26-cv-12638-WGY

**JOINT STIPULATION**

On August 14, 2026, Defendants filed a motion to dismiss Plaintiffs' Complaint. ECF No. 54. Pursuant to the Parties' Joint Stipulation and Proposed Pre-Trial Schedule, ECF No. 51, briefing on any motion to dismiss shall be filed in accordance with the pre-trial briefing schedule set forth in Paragraph 3. Accordingly, the Parties hereby stipulate that Plaintiffs' Response to Defendants' motion to dismiss shall be due on September 8, 2026.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Jessica Polansky*______________________

Jeffrey S. Trachtman*
Jason M. Moff*
Hannah Kanter*
Stephen P. Ferguson*
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000

Jessica Polansky*
Omar Gonzalez-Pagan (BBO No. 678517)
Jose I. Abrigo*
Charlie Ferguson*
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
jpolansky@lambdalegal.org

jeffrey.trachtman@hsfkramer.com
jason.moff@hsfkramer.com
hannah.kanter@hsfkramer.com
stephen.ferguson@hsfkramer.com

Ryan P. Trumbauer*
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Facsimile: 202-775-4510
ryan.trumbauer@hsfkramer.com

ogonzalez-pagan@lambdalegal.org
jabrigo@lambdalegal.org
cferguson@lambdalegal.org

Kenneth D. Upton, Jr.*
**Lambda Legal Defense and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

Pelecanos*
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa St., Suite 1260†
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org
† Mailing address only

* Admitted *pro hac vice*.

*Counsel for Plaintiffs*

/s/ Nicole M. O'Connor
Nicole M. O'Connor
Rayford A. Farquhar
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
Telephone: 617-748-3100
nicole.o'connor@usdoj.gov
rayford.farquhar@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that a true copy of the above document was served upon all counsel of record via this court's electronic filing system.

Dated: August 17, 2026

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney