**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-12638-WGY |

**DECLARATION OF RYAN P. TRUMBAUER**

I, Ryan P. Trumbauer, hereby state and declare as follows:

1. I am an Attorney at Herbert Smith Freehills Kramer (US) LLP and counsel for Plaintiffs in the above-referenced litigation. I am admitted to practice in the State of New York and the District of Columbia and am admitted *pro hac vice* in this matter.

2. I have personal knowledge of the matters stated herein and am competent to testify thereto.

3. I submit this Declaration in support of Plaintiffs' Motion to Complete the Administrative Record.

4. On August 14, 2026, Defendants filed the Administrative Record in this action at Dkt. 53. I reviewed the Administrative Record and, together with other counsel for Plaintiffs, identified materials that Plaintiffs contend should be included in the Administrative Record.

5. Filed as **Dkt. Nos. 1-1** and **19-2** is a true and correct copy of the "FY 2026 HRSA General Terms and Conditions," issued by the Health Resources and Services Administration "HRSA") on March 11, 2026 (hereafter "Updated FY2026 General Terms"), and available at

https://www.hrsa.gov/sites/default/files/hrsa/grants/manage/fy2026-hrsa-general-terms-andconditions-2026-03-11-update.pdf [https://perma.cc/GK9K-2FZ4].

6. Filed as **Dkt. Nos. 1-2** and **19-9** is a true and correct copy of the Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part B States/Territories Supplemental Grant Program, Opportunity No. HRSA-26-074, issued by HRSA on June 8, 2026.

7. Filed as **Dkt. Nos. 1-3** and **19-10** is a true and correct copy of the Notice of Funding Opportunity: Ryan White HIV/AIDS Program Part C Capacity Development Program, Opportunity No. HRSA-26-061, issued by HRSA on June 5, 2026.

8. Filed as **Dkt. Nos. 1-4** and **19-11** is a true and correct copy of the Notice of Funding Opportunity: Ryan White HIV/AIDS Program Part F Dental Reimbursement Program, Opportunity No. HRSA-26-085, issued by HRSA on June 8, 2026

9. Filed as **Dkt. No. 47-2** is a true and correct copy of the Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas, Opportunity No. HRSA-26-067, issued by HRSA on June 11, 2026.

10. Filed as **Dkt. No. 19-3** is a true and correct copy of the Health Resources and Services Administration ("HRSA") webpage titled "Advancing HRSA's Mission Through Focused, Accountable Action," available at https://www.hrsa.gov/about/priorities. This is the webpage referenced in the September 15, 2025 email contained at HRSA 0001–0002 of the Administrative Record.

11. Filed as **Dkt. No. 19-5** is a true and correct copy of Executive Order No. 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025).

12. Attached hereto as **Exhibit A** is a true and correct copy of Executive Order No. 14159, *Protecting the American People Against Invasion*, 90 Fed. Reg. 8843 (Jan. 20, 2025).

13. Attached hereto as **Exhibit B** is a true and correct copy of Executive Order No. 14169, *Reevaluating and Realigning United States Foreign Aid*, 90 Fed. Reg. 8619 (Jan. 20, 2025).

14. Attached hereto as **Exhibit C** is a true and correct copy of Executive Order No. 14162, *Putting America First in International Environmental Agreements*, 90 Fed. Reg. 8455 (Jan. 20, 2025).

15. Attached hereto as **Exhibit D** is a true and correct copy of Executive Order No. 14154, *Unleashing American Energy*, 90 Fed. Reg. 8353 (Jan. 20, 2025).

16. Attached hereto as **Exhibit E** is a true and correct copy of Executive Order No. 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing*, 90 Fed. Reg. 8339 (Jan. 20, 2025).

17. Attached hereto as **Exhibit F** is a true and correct copy of Executive Order No. 14182, *Enforcing the Hyde Amendment*, 90 Fed. Reg. 8751 (Jan. 24, 2025).

18. Attached hereto as **Exhibit G** is a true and correct copy of Executive Order No. 14332, *Improving Oversight of Federal Grantmaking*, 90 Fed. Reg. 38929 (Aug. 7, 2025).

19. Attached hereto as **Exhibit H** is a true and correct copy of guidance issued by the U.S. Department of Health and Human Services ("HHS"), Office of the Secretary, on February 19, 2025, titled "Defining Sex: Guidance for Federal Agencies, External Partners, and the Public Implementing Executive Order 14168, 'Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.'"

20. Attached hereto as **Exhibit I** is a true and correct copy of the HHS Grants Policy Statement, effective October 1, 2025, available at https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-oct-2025.pdf.

21. Attached hereto as **Exhibit J** is a true and correct copy of a letter dated April 7, 2026, from Thomas J. Engels, Administrator of HRSA, to Ryan White HIV/AIDS Program awardees and stakeholders. The letter is available at https://tinyurl.com/4neauwpd [https://perma.cc/K3TZ-HWEF].

22. Attached hereto as **Exhibit K** is a true and correct copy of a February 20, 2025 public statement posted by HHS through its official @HHSGov account on X.com concerning the Administration's implementation of Executive Order 14168 and "gender ideology," and which is publicly available at https://x.com/HHSGov/status/1892731580218474861.

23. Attached hereto as **Exhibit L** is a true and correct copy of HRSA's Ryan White HIV/AIDS Program webpage titled "Who We Are," available at https://ryanwhite.hrsa.gov/.

24. Attached hereto as **Exhibit M** is a true and correct copy of HRSA's Ryan White HIV/AIDS Program webpage titled "Part B: Grants to States and Territories," available at https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-b-grants-states-territories.

25. Attached hereto as **Exhibit N** is a true and correct copy of HRSA's Ryan White HIV/AIDS Program webpage titled "Part C: Early Intervention Services (EIS) and Capacity Development Grants," available at https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-c-early-intervention.

26. Attached hereto as **Exhibit O** is a true and correct copy of HRSA's Ryan White HIV/AIDS Program webpage titled "Part F: Special Projects of National Significance (SPNS) Program," available at https://ryanwhite.hrsa.gov/about/parts-and-initiatives/part-f-spns.

27. Attached hereto as **Exhibit P** is a true and correct copy of HHS's webpage titled "Protecting the Rights of Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex (LGBTQI+) People," available at https://www.hhs.gov/ocr/lgbtqi/index.html.

28. Plaintiffs also identified additional internal government materials that are referenced in the Administrative Record but are not themselves contained in the Administrative Record. Because Plaintiffs do not possess copies of those materials, they are not attached to this Declaration. Those materials include:

a. the summary or summaries identifying changes made from prior-year versions of the challenged Notices of Funding Opportunity ("NOFOs") to align them with Administration priorities, as required by the April 3, 2026 HHS NOFO clearance guidance at HRSA 0006;

b. the ASFR Memorandum titled "Clarification on Departmental Review of Grants and Contracts," dated February 20, 2026, the referenced new review process for NOFOs and NOAs, or the review criteria for grant applications, each referenced at HRSA 0013;

c. the "Summary of Key Updates" referenced as an attachment to the February 24–25, 2026 email thread at HRSA 0028–0030;

d. the HRSA Standard NOFO template and the modifications made to that template referenced at HRSA 0028–0030 and HRSA 0079;

e. the September 25, 2025 version of the FY 2026 X09 NOFO referenced at HRSA 0031, including the version in which the Challenged Conditions were added with the comment "Added per HHS. OGC has approved," and any nonprivileged feedback or commentary associated with that version;

f. communications or operative instructions from HHS concerning the addition, approval, or implementation of the Challenged Conditions in the FY 2026 X09 NOFO;

g. OMB comments, edits, or other materials transmitted to HHS or HRSA concerning the challenged Part B Supplemental, Part C, Part D, and Part F NOFOs during the HHS/OMB clearance process; and

h. revised versions of the challenged NOFOs submitted through the HHS/OMB clearance process, including versions containing or addressing OMB's comment concerning a link to the "gender dysphoria report."

29. On August 22, 2026, counsel for Plaintiffs indicated to counsel for Defendants on a telephone call that they would be seeking to file a motion to complete to the Administrative Record and that they would be providing a list of the documents sought through such motion via email. On August 23 and 24, 2026, counsel for Plaintiffs provided Defendants via email with a list of materials that Plaintiffs believed were missing from the Administrative Record and requested Defendants' position as to the addition of such documents to the Administrative Record in order to complete the records. As of 5:00pm EST on August 24, Defendants had yet to provide their position on the inclusion of these documents in the Administrative Record.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

*/s/ Ryan P. Trumbauer*
Ryan P. Trumbauer