# EXHIBIT H

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Washington, D.C. 20201

February 19, 2025

# Defining Sex:

## Guidance for Federal Agencies, External Partners, and the Public Implementing Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*

Background

President Donald Trump issued Executive Order 14168 on January 20, 2025, entitled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," which directs the Department of Health and Human Service (the Department) to promulgate clear guidance to the U.S. Government, external partners, and the public, expanding on the sex-based definitions set forth in the Executive Order.

Defining Sex

There are only two sexes, female and male, because there are only two types of gametes. An individual human is either female or male based on whether the person is of the sex characterized by a reproductive system with the biological function of producing eggs (ova) or sperm.

The sex of a human, female or male, is determined genetically at conception (fertilization), and is observable before birth. Having the biological function to produce eggs or sperm does not require that eggs or sperm are ever produced. Some females or males may not or may no longer produce eggs or sperm due to factors such as age, congenital disorders or other developmental conditions, injury, or medical conditions that cause infertility.

A person's sex is unchangeable and determined by objective biology. The use of hormones or surgical interventions do not change a person's sex because such actions do not change the type of gamete that the person's reproductive system has the biological function to produce. Rare disorders of sexual development do not constitute a third sex because these disorders do not lead to the production of a third gamete. That is, the reproductive system of a person with such a disorder does not produce gametes other than eggs or sperm.

The Department has long recognized that the biological differences between females and males require sex-specific practices in medicine and research to ensure optimal health outcomes and rigorous research, including by considering sex as a biological variable.

Recognizing the immutable and biological nature of sex is essential to ensure the protection of women's health, safety, private spaces, sports, and opportunities. Restoring biological truth to the Federal government is critical to scientific inquiry, public safety, morale, and trust in government itself. Accordingly, the Department promulgates the following definitions:

Definitions

***Sex*** is a person's immutable biological classification as either male or female.

***Female*** is a person of the sex characterized by a reproductive system with the biological function of producing eggs (ova).

***Male*** is a person of the sex characterized by a reproductive system with the biological function of producing sperm.

***Woman*** is an adult human female.

***Girl*** is a minor human female.

***Man*** is an adult human male.

***Boy*** is a minor human male.

***Mother*** is a female parent.

***Father*** is a male parent.