# EXHIBIT K

**HHS**
@HHSGov

The Trump administration is bringing back common sense and restoring biological truth to the federal government. The prior administration's policy of trying to engineer gender ideology into every aspect of public life is over.




From womenshealth.gov

7:22 PM · Feb 20, 2025 · **45.3K** Views

https://x.com/HHSGov/status/1892731580218474861