# EXHIBIT L



## Who We Are

The **HIV/AIDS Bureau** provides a comprehensive system of HIV primary medical care, medications, and essential support service for low-income people with HIV.

Through the Ryan White HIV/AIDS Program:

- We fund cities, counties, states, and local community-based organizations to provide HIV care, treatment, and essential services to more than 600,000 people—over half of the people diagnosed with HIV in the United States.
- 91.4% of clients receiving HIV medical care were virally suppressed in 2024, which means they can live longer and healthier lives and cannot sexually transmit HIV.

Learn More

## Featured



## Find HIV Care and Treatment

Get connected to HIV care, treatment, and support through the Ryan White HIV/AIDS Program.



## New 2024 Ryan White HIV/AIDS Program Data

Read the latest RWHAP Annual Data Report.

Return to top

**Sign up for email updates.** Subscribe

**Find a Ryan White HIV/AIDS Program Medical Provider**

Enter a city name, ZIP code (such as "20002"), or address.

English | Español

## More About the Program

Who Was Ryan White?

State Hotlines

Find Funding

TargetHIV*

*Per a court order, HHS is required to restore this website as of 11:59 p.m., February 14, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department rejects it.*

HRSA
Health Resources & Services Administration

Contact Us

Accessibility | Disclaimers | Freedom of Information Act | Health and Human Services | No FEAR Act | Privacy Policy | USA.gov | Viewers & Players | Vulnerability Disclosure Policy | WhiteHouse.gov