**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as the Administrator of Health Resources and Services Administration; U.S. DEPARTMETN OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 1:26-cv-12638-WGY |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Assistant United States Attorney Nicole M. O'Connor withdraws her appearance as counsel for the Defendants in the above-captioned matter. Assistant United States Attorney Rayford A. Farquhar will continue as counsel for the government.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 27, 2026

By: */s/ Nicole M. O'Connor*

Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3112
Email: Nicole.O'Connor@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 27, 2026

By: *<u>/s/ Nicole M. O'Connor</u>*
Nicole M. O'Connor
Assistant United States Attorney