**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,

*Plaintiffs*,

v.

HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,

*Defendants*.

Case No. 1:26-cv-12638-WGY

## JOINT TRIAL EXHIBIT LIST AND LIST OF DECLARATION TESTIMONY

### TRIAL EXHIBITS

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 1 | FY 2026 HRSA General Terms and Conditions | ECF 1-1; ECF 19-2 | Yes | Stipulated[1] |
| 2 | HRSA Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part B States/Territories Supplemental Grant Program, Opportunity No. HRSA-26-074 | ECF 1-2; ECF 19-9 | Yes | Stipulated |
| 3 | HRSA Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part C Capacity Development Program, Opportunity No. HRSA-26-061 | ECF 1-3; ECF 19-10 | Yes | Stipulated |

[1] Unless otherwise noted, "stipulated" means that something is stipulated both as to authenticity and admissibility.

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 4 | HRSA Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part F Dental Reimbursement Program, Opportunity No. HRSA-26-085 | ECF 1-4; ECF 19-11 | Yes | Stipulated |
| 5 | HRSA Notice of Funding Opportunity, Ryan White HIV/AIDS Program Part D Coordinated HIV Services and Access to Research for Women, Infants, Children, and Youth (WICY) Existing Geographic Service Areas, Opportunity No. HRSA-26-067 | ECF 47-2 | Yes | Stipulated |
| 6 | HRSA Notice of Funding Opportunity, AIDS Drug Assistance Program (ADAP) Emergency Relief Funds (ERF), Opportunity No. HRSA-26-012 | ECF 19-4 | Yes | Stipulated |
| 7 | HRSA Strategic Priorities Areas (May 2026) | ECF 19-3 | Yes | Stipulated |
| 8 | Executive Order No. 14168, Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | ECF 19-5 | Yes | Stipulated |
| 9 | Executive Order No. 14332, Improving Oversight of Government Grantmaking | ECF 59-7 | Yes | Stipulated |
| 10 | HHS, Defining Sex: Guidance for Federal Agencies, External Partners, and the Public Implementing Executive Order 14168 (Feb. 19, 2025) | ECF 59-8 | Yes | Stipulated |
| 11 | HHS Grants Policy Statement (effective Oct. 1, 2025) | ECF 59-9 | Yes | Stipulated |

| **Exhibit No.** | **Description** | **ECF No.** | **Stipulated As Part of A.R.** | **Stipulated/ Defendants' Objection** |
|---|---|---|---|---|
| 12 | Certified Administrative Record (HRSA 0001–HRSA 0083) | ECF 53 | N/A | Stipulated |
| 13 | Executive Order No. 14159, Protecting the American People Against Invasion | ECF 59-1 | Yes | Stipulated |
| 14 | Executive Order No. 14169, Reevaluating and Realigning United States Foreign Aid | ECF 59-2 | Yes | Stipulated |
| 15 | Executive Order No. 14162, Putting America First in International Environmental Agreements | ECF 59-3 | Yes | Stipulated |
| 16 | Executive Order No. 14154, Unleashing American Energy | ECF 59-4 | Yes | Stipulated |
| 17 | Executive Order No. 14151, Ending Radical and Wasteful Government DEI Programs and Preferencing | ECF 59-5 | Yes | Stipulated |
| 18 | Executive Order No. 14182, Enforcing the Hyde Amendment | ECF 59-6 | Yes | Stipulated |
| 19 | Required summary of changes made from prior-year versions of the challenged NOFOs to align with Administration priorities | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 20 | ASFR Memorandum, Clarification on Departmental Review of Grants and Contracts (Feb. 20, 2026) | *Part of Motion to Complete (ECF 58)* | Yes | Stipulated |
| 21 | Review Criteria and Scoring Rubrics for Grant proposals | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 22 | "Summary of Key Updates" referenced in the February 24/25, 2026 HRSA email concerning updates applicable to all HRSA NOFO templates | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |

| **Exhibit No.** | **Description** | **ECF No.** | **Stipulated As Part of A.R.** | **Stipulated/ Defendants' Objection** |
|---|---|---|---|---|
| 23 | HRSA Standard NOFO template and modifications to that template | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 24 | Version(s) of the FY X09 NOFO, including versions saved on SharePoint and any revised version | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 25 | Feedback or commentary related to the FY X09 NOFO versions | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 26 | Communications between HHS and Susan Robilotto concerning addition of the Challenged Conditions to the FY X09 NOFO | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 27 | Version(s) of the challenged NOFOs containing a link to the "gender dysphoria report" | *Part of Motion to Complete (ECF 58)* | Not stipulated | Not stipulated |
| 28 | Letter from Thomas J. Engels, HRSA Administrator, to Ryan White HIV/AIDS Program Awardees and Stakeholders (Apr. 7, 2026) | ECF 59-10 | Yes | Stipulated |
| 29 | HHS (@HHSGov), X.com (Feb. 20, 2025) | ECF 59-11 | Yes | Stipulated |
| 30 | HRSA Ryan White HIV/AIDS Program, "Who We Are" webpage | ECF 59-12 | Yes | Stipulated |
| 31 | HRSA Ryan White HIV/AIDS Program, Part B: Grants to States and Territories webpage | ECF 59-13 | Yes | Stipulated |
| 32 | HRSA Ryan White HIV/AIDS Program, Part C: Early Intervention Services (EIS) and Capacity Development Grants webpage | ECF 59-14 | Yes | Stipulated |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 33 | HRSA Ryan White HIV/AIDS Program, Part F: Special Projects of National Significance (SPNS) Program webpage | ECF 59-15 | Yes | Stipulated |
| 34 | HHS, Protecting the Rights of Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex (LGBTQI+) People webpage | ECF 59-16 | Yes | Stipulated |
| 35 | Grants.gov Version History Webpage for Part B Supplemental NOFO | ECF 47-4 | N/A | Stipulated |
| 36 | Grants.gov Version History Webpage for Part C NOFO | ECF 47-5 | N/A | Stipulated |
| 37 | Grants.gov Version History Webpage for Part D NOFO | ECF 47-3 | N/A | Stipulated |
| 38 | Grants.gov Version History Webpage for Part F NOFO | ECF 47-6 | N/A | Stipulated |
| 39 | HRSA Ryan White HIV/AIDS Program Letter, December 16, 2021 | ECF 12-10 | N/A | Stipulated as to authenticity |
| 40 | HRSA 2024 Ryan White Program 2030 Briefer | ECF 12-11 | N/A | Stipulated as to authenticity |
| 41 | HRSA 2026 Ryan White Program 2030 Briefer | ECF 12-12 | N/A | Stipulated as to authenticity |
| 42 | HHS Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents With HIV (Sept. 2024) | ECF 1-5; ECF 12-6 | N/A | Stipulated as to authenticity |
| 43 | HHS Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents With HIV (Sept. 2025) | ECF 12-7 | N/A | Stipulated as to authenticity |
| 44 | CDC, Sexually Transmitted Infections Treatment Guidelines: Transgender and Gender Diverse Persons (2021) | ECF 19-1 | N/A | Stipulated as to authenticity |
| 45 | CDC, Fast Facts: HIV and Transgender People (March 2024) | ECF 13-4 | N/A | Stipulated as to authenticity |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 46 | Massachusetts and Boston EMA Integrated HIV/AIDS Prevention and Care Plan | ECF 16-1 | N/A | Stipulated as to authenticity |
| 47 | Boston EMA Ryan White Part A: Integrated HIV Prevention and Care Plan 2017-2021 | ECF 16-2 | N/A | Stipulated as to authenticity |
| 48 | N.Y.C. Health Dep't, Application for Grant Funding (2020) | | N/A | Stipulated as to authenticity |
| 49 | N.Y. Dep't of Health, New York State's Integrated HIV Prevention and Care Plan 2022-2026 (2022) | | N/A | Stipulated as to authenticity |
| 50 | N.Y. HIV Health & Hum. Servs. Planning Council, Needs Assessment Comm., Achieving Gender Affirming Care in the Ryan White Part A Portfolio (2018) | | N/A | Stipulated as to authenticity |
| 51 | S.F. Dep't of Pub. Health, San Francisco's Integrated Ending the Epidemics Plan 2024-2026 (2024) Strategies and Activities | | N/A | Stipulated as to authenticity |
| 52 | Cnty. of L.A. Pub. Health et al., Los Angeles County Integrated HIV Prevention and Care Plan, 2022-2026 (2022) | | N/A | Stipulated as to authenticity |
| 53 | L.A. Cnty. Comm'n on HIV, Planning Committee Meeting Minutes (Oct. 21, 2025) | | N/A | Stipulated as to authenticity |
| 54 | San Diego HIV Health Servs. Planning Council, Practice Guidelines for the Care of Persons Living with HIV/AIDS (Sept. 22, 2021), | | N/A | Stipulated as to authenticity |
| 55 | Fla. Dep't of Health et al., State of Florida Integrated HIV Prevention and Care Plan (2023) | | N/A | Stipulated as to authenticity |
| 56 | Dallas Cnty. Health & Hum. Servs., FY 2025 Standards of Care & Service Delivery Guidelines (2025) | | N/A | Stipulated as to authenticity |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 57 | American Academy of HIV Medicine Statement on Transgender Care | ECF 11-1 | N/A | Stipulated as to authenticity |
| 58 | American Academy of HIV Medicine Clinical Research Update (April 8, 2025) | ECF 11-2 | N/A | Stipulated as to authenticity |
| 59 | Reisner et al., *HIV seropositivity and viral non-suppression in transgender, non-binary, and gender-diverse people in primary care receiving gender-affirming hormone therapy in the USA between 2013 and 2019 (LEGACY): an observational, longitudinal, cohort study*, The Lancet HIV (2025) | ECF 11-3 | N/A | Stipulated as to authenticity |
| 60 | Ciszek et al., *Health Communication in an Era of Disinformation: Perceived Source Credibility Among Transgender and Gender Diverse Individuals*, Journal of Health Communication (2024) | ECF 12-4 | N/A | Stipulated as to authenticity |
| 61 | Stutterheim et al., *The worldwide burden of HIV in transgender individuals: An updated systematic review and meta-analysis*, PLoS ONE (2021) | ECF 12-5 | N/A | Stipulated as to authenticity |
| 62 | Cirrincione et al., *Drug Interactions with Gender-Affirming Hormone Therapy: Focus on Antiretrovirals and Direct Acting Antivirals*, Expert Opinion on Drug Metabolism and Toxicology (2020) | ECF 12-8 | N/A | Stipulated as to authenticity |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 63 | Braun et al., *Transgender Women Living with HIV Frequently Take Antiretroviral Therapy and/or Feminizing Hormone Therapy Differently Than Prescribed Due to Drug–Drug Interaction Concerns*, LGBT Health (2017) | ECF 12-9 | N/A | Stipulated as to authenticity |
| 64 | de la Paz and Barbee, *Beyond Prevention: How Gender-Affirming Care Can Transform HIV Outcomes for Transgender and Gender-Diverse Populations*, American Journal of Public Health (2025) | ECF 13-5 | N/A | Stipulated as to authenticity |
| 65 | LaValley et al., *Making a Statement: Positions of Professional Medical Organizations Towards Gender-Affirming Care*, Annals of Surgery (2025) | ECF 19-8 | N/A | Stipulated as to authenticity |
| 66 | HIV Response in U.S. Experiencing Renewed Strain (2026) | ECF 11-4; ECF 13-1 | N/A | Stipulated as to authenticity |
| 67 | HIVMA Primary Care Guidance for Providers Who Care for Persons with HIV (2024) | ECF 12-1 | N/A | Stipulated as to authenticity |
| 68 | IAPAC, LGBTI+ Health Equity: A Global Report of 50 Fast-Track Cities (2021) | ECF 13-2 | N/A | Stipulated as to authenticity |
| 69 | IAPAC, Transgender People (June 2025) | ECF 13-3 | N/A | Stipulated as to authenticity |
| 70 | HRSA Guide for HIV/AIDS Clinical Care (2014) | | N/A | Stipulated as to authenticity |
| 71 | HRSA Ryan White Conference Presentation 2022, Providing Gender-Affirming Care to People with HIV | | N/A | Stipulated as to authenticity |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 72 | CDC/HRSA's Advisory Committee on HIV, Viral Hepatitis, and STI Prevention and Treatment (CHAC) Meeting Minutes (April 2022) | | N/A | Stipulated as to authenticity |
| 73 | HRSA and CDC Integrated HIV Prevention and Care Plan Guidance, including the Statewide Coordinated Statement of Need, CY 2027- 2031 (Dec. 2024) | | N/A | Stipulated as to authenticity |
| 74 | National HIV/AIDS Strategy for the United States 2022-2025 | | N/A | Stipulated as to authenticity |
| 75 | HRSA (@HRSAGov), X.com (Jan. 28, 2022), https://tinyurl.com/42pc3uu3 | | N/A | Stipulated as to authenticity |
| 76 | HRSA (@HRSAGov), X.com (Mar. 25, 2022), https://tinyurl.com/39ka9xhy | | N/A | Stipulated as to authenticity |
| 77 | Exec. Order No. 14183, Prioritizing Military Excellence and Readiness, 90 Fed. Reg. 8757 (Jan. 27, 2025) | | N/A | Stipulated as to authenticity |
| 78 | Exec. Order No. 14187, Protecting Children From Chemical and Surgical Mutilation, 90 Fed. Reg. 8771, § 1 (Jan. 28, 2025) | | N/A | Stipulated as to authenticity |
| 79 | Exec. Order No. 14190, Ending Radical Indoctrination in K-12 Schooling, 90 Fed. Reg. 8853 (Jan. 29, 2025) | | N/A | Stipulated as to authenticity |
| 80 | Exec. Order No. 14201, Keeping Men Out of Women's Sports, 90 Fed. Reg. 9279 (Feb. 11, 2025) | | N/A | Stipulated as to authenticity |
| 81 | The White House, Supreme Court Bolsters President Trump's Push to Eliminate Transgender Insanity (June 30, 2026) | | N/A | Stipulated as to authenticity |

| Exhibit No. | Description | ECF No. | Stipulated As Part of A.R. | Stipulated/ Defendants' Objection |
|---|---|---|---|---|
| 82 | The White House, President Trump Ended Democrats' "Transgender for Everybody" Insanity (Mar. 31, 2026) | | N/A | Stipulated as to authenticity |
| 83 | The White House, National Child Abuse Prevention Month, 2025 (Apr. 3, 2025) | | N/A | Stipulated as to authenticity |
| 84 | U.S. Off. of Pers. Mgmt., Initial Guidance Regarding President Trump's Executive Order Defending Women (Jan. 29, 2025) | | N/A | Stipulated as to authenticity |
| 85 | Matthew J. Vaeth, Off. of Mgmt. & Budget, M-25-13, Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs (Jan. 27, 2025) | | N/A | Stipulated as to authenticity |
| 86 | Nat'l Inst. of Health, Directive on NIH Priorities: Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards (Feb. 21, 2025) | | N/A | Stipulated as to authenticity |
| 87 | HRSA Guide to Primary Care of People with HIV/AIDS (2004) | | N/A | Stipulated as to authenticity |
| 88 | HHS (@HHSGov), X.com (Aug. 26, 2025), https://tinyurl.com/fth82rp7 | | N/A | Stipulated as to authenticity |
| 89 | HHS (@HHSGov), X.com (Sept. 27, 2025), https://tinyurl.com/2kuchns5 | | N/A | Stipulated as to authenticity |
| 90 | Donald J. Trump (@realDonaldTrump), Truth Social (Feb. 27, 2025; 9:37 PM) | | N/A | Stipulated as to authenticity |
| 91 | Donald J. Trump (@realDonaldTrump), Truth Social (Jan. 21, 2025; 2:53 AM) | | N/A | Stipulated as to authenticity |

**DECLARATIONS / STIPULATED TESTIMONY**

| No. | Declarant / Declaration | ECF No. | Stipulated as to authenticity and admissibility |
|---|---|---|---|
| 1 | Declaration of Bruce J. Packett II | ECF 11 | Yes |
| 2 | Declaration of Andrea Weddle | ECF 12 | Yes |
| 3 | Declaration of José M. Zuniga | ECF 13 | Yes |
| 4 | Declaration of Jennifer K. Brody, M.D. | ECF 14 | Yes |
| 5 | Declaration of Christopher B. Fox, N.P. | ECF 15 | Yes |
| 6 | Declaration of Danielle Doe, N.P. | ECF 16 | Yes |
| 7 | Declaration of Michelle Collins-Ogle, M.D. | ECF 17 | Yes |
| 8 | Declaration of Rachel Roe, M.D. | ECF 18 | Yes |

Dated: September 1, 2026

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
Jose I. Abrigo*
Jessica Polansky (BBO No. 663750)
Charlie Ferguson*
**Lambda Legal Defense**
**and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
jabrigo@lambdalegal.org
jpolansky@lambdalegal.org
cferguson@lambdalegal.org

Jeffrey S. Trachtman*
Jason M. Moff*
Hannah Kanter*
Stephen P. Ferguson*
**HERBERT SMITH FREEHILLS**
**KRAMER (US) LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
jeffrey.trachtman@hsfkramer.com
jason.moff@hsfkramer.com
hannah.kanter@hsfkramer.com
stephen.ferguson@hsfkramer.com

Ryan P. Trumbauer*
**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Facsimile: 202-775-4510
ryan.trumbauer@hsfkramer.com

Kenneth D. Upton, Jr.*
**Lambda Legal Defense and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

Pelecanos*
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa St., Suite 1260†
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org
† Mailing address only

* Admitted *pro hac vice*.

*Counsel for Plaintiffs*

/s/ Peter R. Goldstone
Peter R. Goldstone (B.B.O. # 682050)
Trial Attorney
Federal Programs Branch
Civil Division
United States Department of Justice
1100 L Street NW, 11th Floor
Washington, DC 20530
Telephone: (202) 598-0912
Peter.R.Goldstone@usdoj.gov

*Counsel for Defendants*