**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-12638-WGY |

**PLAINTIFFS' MOTION REQUESTING JUDICIAL NOTICE OF GOVERNMENTAL STATEMENTS, POLICIES, AND REPORTS**

Pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 7.1, and Federal Rule of Evidence 201, Plaintiffs hereby respectfully request that this Court take judicial notice of governmental statements, policies, and reports, as well as certain information stated within those materials. These documents memorialize the long role of the provision of HIV care that is affirming and respectful of transgender patients' identities and of gender-affirming medical care in the Ryan White Program and reveal Defendants' intentional mistreatment of individuals who receive such care. As such, they are relevant to show and summarize Defendants' unlawful behavior under the strictures of the APA.

Therefore, pursuant to Rule 201, Plaintiffs hereby request that this Court take judicial notice of the existence of the governmental statements, policies, and reports listed in the table below, and the adjudicative facts contained therein.

| **Governmental Statement, Policy, or Report** | **Filed as** |
|---|---|
| Grants.gov, *Version History Webpage for Part B Supplemental NOFO* | **Dkt. 47-4** |
| Grants.gov, *Version History Webpage for Part C NOFO* | **Dkt. 47-5** |
| Grants.gov, *Version History Webpage for Part D NOFO* | **Dkt. 47-3** |
| Grants.gov, *Version History Webpage for Part F NOFO* | **Dkt. 47-6** |
| HRSA Ryan White HIV/AIDS Program, *Letter* (December 16, 2021) | **Dkt. 12-10** |
| HRSA, *2024 Ryan White Program 2030 Briefer* | **Dkt. 12-11** |
| HRSA, *2026 Ryan White Program 2030 Briefer* | **Dkt. 12-12** |
| HHS, *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents With HIV* (Sept. 2024) | **Dkt. 1-5; Dkt. 12-6** |
| HHS, *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents With HIV* (Sept. 2025) | **Dkt. 12-7** |
| CDC, *Sexually Transmitted Infections Treatment Guidelines: Transgender and Gender Diverse Persons* (2021) | **Dkt. 19-1** |
| CDC, *Fast Facts: HIV and Transgender People* (March 2024) | **Dkt. 13-4** |
| *Massachusetts and Boston EMA Integrated HIV/AIDS Prevention and Care Plan* | **Dkt. 16-1** |
| *Boston EMA Ryan White Part A: Integrated HIV Prevention and Care Plan 2017-2021* | **Dkt. 16-2** |
| New York City Health Department, *Application for Grant Funding in response to a HIV Emergency Relief Program Ryan White HIV/AIDS Program (RWHAP) Part A Funding Opportunity Announcement* (2020) | **Exhibit A** to Ferguson Decl.[1] |
| New York Department of Health, *New York State's Integrated HIV Prevention and Care Plan 2022-2026* (2022) | **Exhibit B** to Ferguson Decl. |
| NY HIV Health & Human Services Planning Council Needs Assessment Committee, *Achieving Gender Affirming Care in the Ryan White Part A Portfolio: Recommendations from the Needs Assessment Committee of the NY HIV Health & Human Services Planning Council* (July 2018) | **Exhibit C** to Ferguson Decl. |
| San Francisco Department of Public Health, *San Francisco's Integrated Ending the Epidemics Plan: 2024-2026 Strategies and Activities* (2024) | **Exhibit D** to Ferguson Decl. |
| Los Angeles County Commission on HIV and Los Angeles County Department of Public Health, *Los Angeles County Integrated HIV Prevention and Care Plan, 2022-2026* (December 2022) | **Exhibit E** to Ferguson Decl. |

[1] Declaration of Stephen P. Ferguson in Support of Plaintiffs' Request for Judicial Notice of Governmental Statements, Policies, and Reports ("Ferguson Decl."), filed contemporaneously with this Motion and accompanying Memorandum of Law.

| | |
|---|---|
| Los Angeles County Commission on HIV Planning, Priorities, and Allocations Committee, *Agenda and Meeting Materials for the Regular Meeting* (October 21, 2025) | **Exhibit F** to Ferguson Decl. |
| San Diego HIV Health Services Planning Group, *Practice Guidelines for the Care of Persons Living with HIV/AIDS* (September 22, 2021) | **Exhibit G** to Ferguson Decl. |
| Florida Department of Health, *State of Florida Integrated HIV Prevention and Care Plan* (January 20, 2023) | **Exhibit H** to Ferguson Decl. |
| Ryan White Planning Council of the Dallas Area, Ryan White Grants Management Division of Dallas County Health & Human Services, *FY 2025 Standards of Care & Service Delivery Guidelines: Dallas Planning Area* (2025) | **Exhibit I** to Ferguson Decl. |
| Health Resources and Services Administration, *Guide for HIV/AIDS Clinical Care* (2014) | **Exhibit J** to Ferguson Decl. |
| Health Resources and Services Administration HIV/AIDS Bureau, *Providing Gender-Affirming Care to People with HIV* (August 25, 2022) | **Exhibit K** to Ferguson Decl. |
| CDC/HRSA Advisory Committee on HIV, Viral Hepatitis, and STD Prevention and Treatment, *Record of the Proceedings of the Virtual Meeting* (April 26-28, 2022) | **Exhibit L** to Ferguson Decl. |
| Centers for Disease Control and Prevention and Health Resources and Services Administration, *Integrated HIV Prevention and Care Plan Guidance, including the Statewide Coordinated Statement of Need, CY 2027-2031* (December 2024) | **Exhibit M** to Ferguson Decl. |
| The White House, *National HIV/AIDS Strategy for the United States 2022-2025* (2021) | **Exhibit N** to Ferguson Decl. |
| Health Resources and Services Administration (@HRSAGov), *Social media post concerning the importance of providing gender-affirming HIV care and treatment services for transgender people with HIV* (January 28, 2022; 3:41 PM) | **Exhibit O** to Ferguson Decl. |
| Health Resources and Services Administration (@HRSAGov), *Social media post concerning gender-affirming HIV care and viral suppression among transgender and gender-diverse clients* (March 25, 2022; 11:13 AM) | **Exhibit P** to Ferguson Decl. |
| Executive Office of the President, *Executive Order No. 14183, Prioritizing Military Excellence and Readiness*, 90 Fed. Reg. 8757 (January 27, 2025) | **Exhibit Q** to Ferguson Decl. |
| Executive Office of the President, *Executive Order No. 14187, Protecting Children From Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771 (January 28, 2025) | **Exhibit R** to Ferguson Decl. |
| Executive Office of the President, *Executive Order No. 14190, Ending Radical Indoctrination in K-12 Schooling*, 90 Fed. Reg. 8853 (January 29, 2025) | **Exhibit S** to Ferguson Decl. |

| | |
|---|---|
| Executive Office of the President, *Executive Order No. 14201, Keeping Men Out of Women's Sports*, 90 Fed. Reg. 9279 (February 11, 2025) | **Exhibit T** to Ferguson Decl. |
| The White House, *Supreme Court Bolsters President Trump's Push to Eliminate Transgender Insanity* (June 30, 2026) | **Exhibit U** to Ferguson Decl. |
| The White House, *President Trump Ended Democrats' "Transgender for Everybody" Insanity* (March 31, 2026) | **Exhibit V** to Ferguson Decl. |
| The White House, *National Child Abuse Prevention Month, 2025* (April 3, 2025) | **Exhibit W** to Ferguson Decl. |
| U.S. Office of Personnel Management, *Initial Guidance Regarding President Trump's Executive Order Defending Women* (January 29, 2025) | **Exhibit X** to Ferguson Decl. |
| Matthew J. Vaeth, Office of Management and Budget, *Memorandum M-25-13, Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs* (January 27, 2025) | **Exhibit Y** to Ferguson Decl. |
| Matthew J. Memoli, National Institutes of Health, *Directive on NIH Priorities: Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards* (February 21, 2025) | **Exhibit Z** to Ferguson Decl. |
| Health Resources and Services Administration, *A Guide to Primary Care of People with HIV/AIDS* (2004) | **Exhibit AA** to Ferguson Decl. |
| U.S. Department of Health and Human Services (@HHSGov), *Social media post concerning removal of references to "gender ideology" from federally funded sex-education materials* (August 21, 2025; 5:48 PM) | **Exhibit BB** to Ferguson Decl. |
| U.S. Department of Health and Human Services (@HHSGov), *Social media post concerning remarks by HHS Secretary Kennedy at the United Nations General Assembly opposing "destructive gender ideology"* (September 27, 2025; 9:00 AM) | **Exhibit CC** to Ferguson Decl. |
| Donald J. Trump (@realDonaldTrump), *Social media post concerning Iowa legislation and "Radical Gender Ideology"* (February 27, 2025; 9:37 PM) | **Exhibit DD** to Ferguson Decl. |
| Donald J. Trump (@realDonaldTrump), *Social media repost of a TeamTrump post concerning "radical gender ideology"* (January 21, 2025) | **Exhibit EE** to Ferguson Decl. |

Dated: September 1, 2026

Respectfully submitted,


*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
Jose I. Abrigo*
Jessica Polansky (BBO No. 663750)
Charlie Ferguson*
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
jabrigo@lambdalegal.org
jpolansky@lambdalegal.org
cferguson@lambdalegal.org

Kenneth D. Upton, Jr.*
**Lambda Legal Defense and Education Fund, Inc.**
3656 North Halsted Street
Chicago, Illinois 60613
Telephone: 312-663-4413
Facsimile: 855-535-2236
kupton@lambdalegal.org

Pelecanos*
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa St., Suite 1260†
Los Angeles, California 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
pelecanos@lambdalegal.org
†Mailing address only

Jeffrey S. Trachtman*
Jason M. Moff*
Hannah Kanter*
Stephen P. Ferguson*
**Herbert Smith Freehills Kramer (US) LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
jeffrey.trachtman@hsfkramer.com
jason.moff@hsfkramer.com
hannah.kanter@hsfkramer.com
stephen.ferguson@hsfkramer.com

Ryan P. Trumbauer*
**Herbert Smith Freehills Kramer (US) LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: 202-775-4500
Facsimile: 202-775-4510
ryan.trumbauer@hsfkramer.com


* Admitted *pro hac vice*.

*Counsel for Plaintiffs*

**RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that, on September 1, 2026, counsel for Plaintiffs met and conferred with counsel for Defendants regarding this motion, seeking to ascertain Defendants' position as to the relief requested herein. As of the time of filing, Defendants have yet to take a position on the relief requested herein.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
**Lambda Legal Defense**
**and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

**CERTIFICATE OF SERVICE**

I certify that, on September 1, 2026, electronically with the Clerk of the Court using the CM/Dkt. system, which will send notice of such filing to the registered participants as identified in the Notice of Electronic Filing (NEF), including the following counsel:

Peter R. ("P.R.") Goldstone
Trial Attorney, Federal Programs Branch, Civil Division
Department of Justice
1100 L. Street NW, 11th Floor
Washington, DC 20530
Peter.R.Goldstone@usdoj.gov

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (BBO No. 678517)
**Lambda Legal Defense**
**and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org