**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-12638-WGY |

**DECLARATION OF STEPHEN P. FERGUSON**
**IN SUPPORT OF PLAINTIFFS' MOTION REQUESTING JUDICIAL NOTICE**
**OF GOVERNMENTAL STATEMENTS, POLICIES, AND REPORTS**

I, Stephen P. Ferguson, hereby state and declare as follows:

1. I am an Attorney at Herbert Smith Freehills Kramer (US) LLP and counsel for Plaintiffs in the above-referenced litigation. I am admitted to practice in the State of New York and am admitted *pro hac vice* in this matter.

2. I have personal knowledge of the matters stated herein and am competent to testify thereto.

3. I submit this Declaration in support of Plaintiffs' Request for Judicial Notice of Governmental Statements, Policies, and Reports. The exhibits attached to this Declaration have not previously been filed on the docket in this action.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Application for Grant Funding by the New York City Health Department in response to a HIV Emergency Relief Program Ryan White HIV/AIDS Program (RWHAP) Part A Funding Opportunity Announcement,

submitted in 2020, and which is publicly available at https://tinyurl.com/5dauxze2 [https://perma.cc/TH4Q-EVMH].

5. Attached hereto as **Exhibit B** is a true and correct copy of *New York State's Integrated HIV Prevention and Care Plan 2022-2026*, published by the New York Department of Health in 2022, and which is publicly available at https://tinyurl.com/456xpnxd.

6. Attached hereto as **Exhibit C** is a true and correct copy of the publication *Achieving Gender Affirming Care in the Ryan White Part A Portfolio: Recommendations from the Needs Assessment Committee of the NY HIV Health & Human Services Planning Council*, which was published in July 2018, and which is publicly available at https://tinyurl.com/838cuteb [https://perma.cc/YZ49-QJQG].

7. Attached hereto as **Exhibit D** is a true and correct copy of *San Francisco's Integrated Ending the Epidemics Plan: 2024-2026 Strategies and Activities*, published by the San Francisco Department of Public Health in 2024, and which is publicly available at https://tinyurl.com/4hvmze5x [https://perma.cc/B82X-HE7B].

8. Attached hereto as **Exhibit E** is a true and correct copy of the *Los Angeles County Integrated HIV Prevention and Care Plan, 2022-2026*, published by the Los Angeles County Commission on HIV and the Los Angeles County Department of Public Health in December 2022, and which is publicly available at https://tinyurl.com/552z3uah [https://perma.cc/2PUL-NDFG].

9. Attached hereto as **Exhibit F** is a true and correct copy of the *Agenda and Meeting Materials for the Regular Meeting of the Los Angeles County Commission on HIV Planning, Priorities, and Allocations Committee* that occurred on October 21, 2025,and which is publicly available at https://tinyurl.com/mwk6utxk.

10. Attached hereto as **Exhibit G** is a true and correct copy of *Practice Guidelines for the Care of Persons Living with HIV/AIDS*, published by the San Diego HIV Health Services Planning Group on September 22, 2021, and which is publicly available at https://tinyurl.com/3btnrs69 [https://perma.cc/L7T6-AMDR].

11. Attached hereto as **Exhibit H** is a true and correct copy of the *State of Florida Integrated HIV Prevention and Care Plan*, published by the Florida Department of Health on January 20, 2023, and which is publicly available at https://tinyurl.com/4y5mfwh8 [https://perma.cc/ELN6-VGFR].

12. Attached hereto as **Exhibit I** is a true and correct copy of the *FY 2025 Standards of Care & Service Delivery Guidelines: Dallas Planning Area*, prepared by the Ryan White Planning Council of the Dallas Area in collaboration with the Ryan White Grants Management Division of Dallas County Health & Human Services and issued in 2025, and which is publicly available at https://tinyurl.com/y924sasv [https://perma.cc/7YCK-EZHF].

13. Attached hereto as **Exhibit J** is a true and correct copy of the *Guide for HIV/AIDS Clinical Care* published by the Health Resources and Services Administration in 2014, and which is publicly available at https://tinyurl.com/3jwvtvc4.

14. Attached hereto as **Exhibit K** is a true and correct copy of the presentation titled "Providing Gender-Affirming Care to People with HIV" by an employee of the Health Resources and Services Administration's HIV/AIDS Bureau on August 25, 2022, at the 2022 National Ryan White Conference on HIV Care and Treatment.

15. Attached hereto as **Exhibit L** is a true and correct copy of the Record of the Proceedings of the Virtual Meeting of the CDC/HRSA Advisory Committee on HIV, Viral Hepatitis, and STD Prevention and Treatment that took place on April 26-28, 2022, and which is

publicly available at https://www.cdc.gov/faca/committees/pdfs/chachspt/chachspt-minutes-20220426-28-508.pdf.

16. Attached hereto as **Exhibit M** is a true and correct copy of the *Integrated HIV Prevention and Care Plan Guidance, including the Statewide Coordinated Statement of Need, CY 2027-2031*, published by Centers for Disease Control and Prevention and the Health Resources and Services Administration in December 2024, and which is publicly available at https://ryanwhite.hrsa.gov/sites/default/files/ryanwhite/grants/integrated-hiv-prevention-care-plan-guidance-2027-2031.pdf.

17. Attached hereto as **Exhibit N** is a true and correct copy of the *National HIV/AIDS Strategy for the United States 2022-2025*, published by The White House in 2021, and which is publicly available at https://files.hiv.gov/s3fs-public/NHAS-2022-2025.pdf.

18. Attached hereto as **Exhibit O** is a true and correct copy of a social media post by the Health Resources and Services Administration on January 28, 2022 (3:41 PM) through its official @HRSAGov account on X.com concerning the importance of providing gender-affirming HIV care and treatment services for transgender people with HIV, and which is publicly available at https://tinyurl.com/42pc3uu3.

19. Attached hereto as **Exhibit P** is a true and correct copy of a social media post by the Health Resources and Services Administration on March 25, 2022 (11:13 AM) through its official @HRSAGov account on X.com concerning gender-affirming HIV care and viral suppression among transgender and gender-diverse clients, and which is publicly available at https://tinyurl.com/39ka9xhy.

20. Attached hereto as **Exhibit Q** is a true and correct copy of Executive Order No. 14183, *Prioritizing Military Excellence and Readiness*, 90 Fed. Reg. 8757 (Jan. 27, 2025).

21. Attached hereto as **Exhibit R** is a true and correct copy of Executive Order No. 14187, *Protecting Children From Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771 (Jan. 28, 2025).

22. Attached hereto as **Exhibit S** is a true and correct copy of Executive Order No. 14190, *Ending Radical Indoctrination in K-12 Schooling*, 90 Fed. Reg. 8853 (Jan. 29, 2025).

23. Attached hereto as **Exhibit T** is a true and correct copy of Executive Order No. 14201, *Keeping Men Out of Women's Sports*, 90 Fed. Reg. 9279 (Feb. 11, 2025).

24. Attached hereto as **Exhibit U** is a true and correct copy of the release titled "Supreme Court Bolsters President Trump's Push to Eliminate Transgender Insanity," issued by The White House on June 30, 2026, and which is publicly available at https://perma.cc/484A-4MDN.

25. Attached hereto as **Exhibit V** is a true and correct copy of the release titled "President Trump Ended Democrats' 'Transgender for Everybody' Insanity," issued by The White House on March 31, 2026, and which is publicly available at https://tinyurl.com/2u3jupbf.

26. Attached hereto as **Exhibit W** is a true and correct copy of the proclamation titled "National Child Abuse Prevention Month, 2025," issued by The White House on April 3, 2025, and which is publicly available at https://tinyurl.com/2aywxnsj.

27. Attached hereto as **Exhibit X** is a true and correct copy of U.S. Office of Personnel Management, Initial Guidance Regarding President Trump's Executive Order Defending Women (Jan. 29, 2025), which is publicly available at https://tinyurl.com/243c49d6.

28. Attached hereto as **Exhibit Y** is a true and correct copy of Matthew J. Vaeth, Office of Management and Budget, Memorandum M-25-13, Temporary Pause of Agency Grant, Loan,

and Other Financial Assistance Programs (Jan. 27, 2025), which is publicly available at https://tinyurl.com/3zpchy7r.

29. Attached hereto as **Exhibit Z** is a true and correct copy of the *Directive on NIH Priorities: Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards*, issued by the then-Acting Director of the NIH Matthew J. Memoli on February 21, 2025.

30. Attached hereto as **Exhibit AA** is a true and correct copy of A Guide to Primary Care of People with HIV/AIDS, published by the Health Resources and Services Administration in 2004, and which is publicly available at https://tinyurl.com/4y7h5xvr.

31. Attached hereto as **Exhibit BB** is a true and correct copy of a social media post by the U.S. Department of Health and Human Services on August 21, 2025 (5:48 PM) through its official @HHSGov account on X.com concerning removal of references to "gender ideology" from federally funded sex-education materials, and which is publicly available at https://tinyurl.com/fth82rp7.

32. Attached hereto as **Exhibit CC** is a true and correct copy of a social media post by the U.S. Department of Health and Human Services on September 27, 2025 (9:00 AM) through its official @HHSGov account on X.com concerning remarks by HHS Secretary Kennedy at the United Nations General Assembly opposing "destructive gender ideology," and which is publicly available at https://tinyurl.com/2kuchns5.

33. Attached hereto as **Exhibit DD** is a true and correct copy of a social medial post by President Donald J. Trump on February 27, 2025 (9:37 PM) through his @realDonaldTrump account on Truth Social concerning Iowa legislation and "Radical Gender Ideology".

34. Attached hereto as **Exhibit EE** is a true and correct copy of a social medial repost by President Donald J. Trump on January 21, 2025, through his @realDonaldTrump account on Truth Social of a social media post by the @TeamTrump account on January 20, 2026, concerning "radical gender ideology."

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

*/s/ Stephen P. Ferguson*
Stephen P. Ferguson