**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,

Plaintiffs,

v.

HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,

Defendants.

Case No. 26-cv-12638-WGY

**SUPPLEMENTAL ADMINISTRATIVE RECORD**
**TABLE OF CONTENTS**

| | |
|---|---|
| | Certification of Cynthia R. Baugh |
| **BATES NUMBER** | **DESCRIPTION** |
| HRSA 0084 – HRSA 0089 | HRSA's FY 2026 General Terms and Conditions of Award (March 11, 2026 version) at https://www.hrsa.gov/ |
| HRSA 0090 – HRSA 0093 | HRSA's Strategic Priorities – *Advancing HRSA's Missing Through Focused, Accountable Action* at HRSA.gov webpage |
| HRSA 0094 – HRSA 0096 | HHS's Assistant Secretary for Financial Resources (HHS/ASFR) Memorandum *Clarification on Departmental Review of Grants and Contracts,* dated February 20, 2026 and distributed to HHS awarding divisions |
| HRSA 0097 – HRSA 0100 | Executive Office of the President's Executive Order No. 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,* 90 Fed. Reg. 8615 (Jan. 30, 2025) |
| HRSA 0101 – HRSA 0105 | Executive Office of the President's Executive Order No. 14332, *Improving Oversight of Government Grantmaking* 90 Fed. Reg. 38929 (Aug. 12, 2025) |
| HRSA 0106 – HRSA 0111 | Executive Office of the President's Executive Order No. 14159, *Protecting the American People Against Invasion* 90 Fed. Reg. 8443 (Jan. 29, 2025) |
| HRSA 0112 – HRSA 0113 | Executive Office of the President's Executive Order No. 14169, *Reevaluating and Realigning United States Foreign Aid* 90 Fed. Reg. 8619 (Jan. 30, 2025) |

| | |
|---|---|
| HRSA 0114 – HRSA 0116 | Executive Office of the President's Executive Order No. 14162, *Putting America First in International Environmental Agreements* 90 Fed. Reg. 8455 (Jan. 30, 2025) |
| HRSA 0117 – HRSA 0123 | Executive Office of the President's Executive Order No. 14154, *Unleashing American Energy* 90 Fed. Reg. 8353 (Jan. 29, 2025) |
| HRSA 0124 – HRSA 0126 | Executive Office of the President's Executive Order No. 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing* 90 Fed. Reg. 8339 (Jan. 29, 2025) |
| HRSA 0127 – HRSA 0128 | Executive Office of the President's Executive Order No. 14182, *Enforcing the Hyde Amendment* 90 Fed. Reg. 8751 (Jan. 31, 2025) |
| HRSA 0129 – HRSA 0131 | Executive Office of the President's Executive Order No. 14183, *Prioritizing Military Excellence and Readiness*, 90 Fed. Reg. 8757 (Jan. 27, 2025) |
| HRSA 0132 – HRSA 0134 | Executive Office of the President's Executive Order No. 14187, *Protecting Children From Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771, § 1 (Jan. 28, 2025) |
| HRSA 0135 – HRSA 0139 | Executive Office of the President's Executive Order No. 14190, *Ending Radical Indoctrination in K-12 Schooling*, 90 Fed. Reg. 8853 (Jan. 29, 2025) |
| HRSA 0140 – HRSA 0142 | Executive Office of the President's Executive Order No. 14201, *Keeping Men Out of Women's Sports*, 90 Fed. Reg. 9279 (Feb. 11, 2025) |
| HRSA 0143 | HRSA Social Media post (@HRSAGov) to X.com (Jan. 28, 2022) |
| HRSA 0144 | HRSA Social Media post (@HRSAGov) to X.com (Mar. 25, 2022) |
| HRSA 0145 | HHS Social Media post (@HHSGov) to X.com (Aug. 21, 2025) |
| HRSA 0146 | HHS Social Media post (@HHSGov) to X.com (Sept. 27, 2025) |
| HRSA 0147 – HRSA 0148 | HRSA Ryan White HIV/AIDS Program, "Who We Are" webpage at https://www.hrsa.gov/ |
| HRSA 0149 – HRSA 0152 | HRSA Ryan White HIV/AIDS Program, Part B: Grants to States and Territories webpage at https://www.hrsa.gov/ |
| HRSA 0153 – HRSA 0154 | HRSA Ryan White HIV/AIDS Program, Part C: Early Intervention Services (EIS) and Capacity Development Grants webpage at https://www.hrsa.gov/ |
| HRSA 0155 – HRSA 0156 | HRSA Ryan White HIV/AIDS Program, Part F: Special Projects of National Significance (SPNS) Program webpage at https://www.hrsa.gov/ |
| HRSA 0157 – HRSA 0162 | HHS Office of Civil Rights' Protecting the Rights of Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex (LGBTQI+) People webpage at https://www.hhs.gov/ocr/lgbtqi/index.html. |
| HRSA 0163 – HRSA 0572 | HHS Office of Population Affairs' Gender Dysphoria Report - *Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices* published to the HHS website in November 2025 at https://opa.hhs.gov/gender-dysphoria-report. |