**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 26-cv-12638-WGY |

**CERTIFCATION OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

I, Cynthia R. Baugh, Associate Administrator of the Office of Federal Assistance and Acquisition Management within the Health Resources and Services Administration, a component of the U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute the supplemental non-privileged documents that were considered, either directly or indirectly, in connection with the government actions challenged in the above-captioned matter.

Executed this 8th day of September 2026, in Rockville, MD.

/s/

Cynthia R. Baugh

CYNTHIA R. BAUGH -S

Digitally signed by CYNTHIA R. BAUGH -S
Date: 2026.09.08 14:28:40 -04'00'