**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF HIV MEDICINE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 26-cv-12638-WGY |

**DEFENDANTS' MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE POST-TRIAL MEMORANDUM**

After closing arguments at the hearing on September 23, 2026, the Court invited the parties to file post-trial briefs, should they opt to do so. See Dkts. 80, 81 (Trial Transcript, 40:21-25). Defendants requested a brief extension, to Tuesday, October 6, 2026 to file their post-trial brief, Dkt. 84, to which the Court agreed; see Dkt. 86.

Defendants respectfully request that the Court grant them a second modest extension of time to file their Post-Trial Memorandum, allowing them to file the post-trial brief by the end of this week, Friday, October 9, 2026. Further consultation and discussion within the Defendant agencies and offices has proven necessary to fully determine the substance of the brief. The Defendants believe this modest extension will work no prejudice to any party but will to the contrary aid the Court in its determinations by allowing a more thorough examination of the issues raised at the hearing; the Court has already indicated that it would resume its adjudication should

parties not reach agreement by October 2, as they notified the Court they did not (Dkt. 85), so this additional short extension would not delay the Court's work.

For the reasons set forth above, Defendants respectfully request that the Court grant the Motion and allow Defendants to file their Post-Trial Memorandum by Friday, October 9, 2026.

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

By: *<u>/s/ --P. R. Goldstone</u>*
Peter R. ("P. R.") Goldstone
(B.B.O. # 682050)
Trial Attorney, Federal Programs Branch
Civil Division
Department of Justice
1100 L Street NW, 11th Floor
Washington, DC 20530
(202) 598-0912
Peter.R.Goldstone@usdoj.gov

Dated: October 6, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I, P. R. Goldstone, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered parties via regular mail.

Dated: October 6, 2026

*<u>/s/ --P. R. Goldstone</u>*
Peter R. ("P. R.") Goldstone
(B.B.O. # 682050)
Trial Attorney, Federal Programs Branch