UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF HIV MEDICINE; HIV MEDICINE ASSOCIATION; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; JENNIFER K. BRODY, M.D.; and CHRISTOPHER B. FOX, N.P.,

Plaintiffs,

v.

HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and Services Administration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services,

Defendants.

CIVIL ACTION NO. 26-12638-WGY

YOUNG, D.J. November 19, 2026

**JUDGMENT IN A CIVIL CASE**

**X Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Findings of Fact, Rulings of Law, and Order this Court finds for the Associational and Provider Plaintiffs and declares:

(1) The Challenged Conditions violate the APA because they are arbitrary and capricious, not in accordance with law, and contrary to constitutional right.

(2) The Challenged Conditions violate the ACA's non-discrimination mandate.

(3) The Challenged Conditions violate the equal protection component of the Due Process Clause of the Fifth Amendment.

(4) The Challenged Conditions violate the Free Speech Clause of the First Amendment.

(5) Accordingly, the Court VACATES the Challenged Conditions and declares they are of no force and effect.

(6) Agency and Public Official Defendants, their officers, agents, servants, employees, attorneys, and all others acting in concert or participation with any of them including any other federal employee bureaucratically subordinate or superior -- save only the President of the United States himself as he may not be enjoined, see Franklin v. Massachusetts, 505 U.S. 788 (1992) -- are prospectively ENJOINED from promulgating, effectuating or enforcing the Challenged Conditions,

or materially similar policies in the context of the Ryan White Program, against Provider Plaintiffs and Associational Plaintiffs' members who continue to receive Ryan White Program funds.

ROBERT M. FARRELL
CLERK OF COURT

Dated: November 19, 2026

by /s/ Kellyann Belmont
Deputy Clerk